# SEALED

ORIGINAL

Anthony M. Keats (CA Bar No. 123672)
E-mail: akeats@kmwlaw.com
Jeffrey K. Joyner (CA Bar No. 180485)
E-mail: jjoyner@kmwlaw.com
Gary P. Simonian (CA Bar No. 177747)
E-mail: gsimonian@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Todd L. Bice (NV Bar No. 4534)
E-mail: tbice@schreklaw.com
SCHRECK BRIGNONE
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

2:05-CV-01532

Attorneys for Plaintiff
Koninklijke Philips Electronics, N.V.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V., a Netherlands Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KXD TECHNOLOGY, INC.; ASTAR ELECTRONICS, INC.; SHENZHEN KXD MULTIMEDIA CO., LTD.; SHENZHEN KAIXINDA ELECTRONICS CO., LTD.; KXD DIGITAL ENTERTAINMENT, LTD.; JINGYI LUO, a/k/a JAMES LUO; SUNGALE GROUP, INC.; SUNGALE ELECTRONICS (SHENZHEN), LTD.; AMOI ELECTRONICS, INC.; AMOI ELECTRONICS CO., LTD.; AMOI ELECTRONICS, LTD.; CHINA ELECTRONICS CORPORATION; AMOISONIC ELECTRONICS, INC.; INTERNATIONAL NORCENT TECHNOLOGY, INC.; NORCENT HOLDINGS, INC.; SHANGHAI HONGSHENG TECHNOLOGY CO., LTD.; SHENZHEN NEWLAND ELECTRONIC INDUSTRY CO., LTD.; DESAY A&V (USA), INC.; DESAY A&V SCIENCE & TECHNOLOGY CO., LTD.; | Case No.:<br><br>**DOCUMENT FILED UNDER SEAL**<br><br>**DECLARATION OF CHRISTOPHER J. HORGAN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR:**<br><br>**1. TEMPORARY RESTRAINING ORDER;**<br><br>**2. SEIZURE ORDER; AND**<br><br>**3. ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

| | |
|---|---|
| 1 | DESAY HOLDINGS CO., LTD.; XORO ELECTRONICS (SHANGHAI), LTD.; |
| 2 | SHENZHEN XORO ELECTRONICS CO., LTD.; MAS ELEKTRONIK AG |
| 3 | CORPORATION; SHENZHEN ORIENTAL DIGITAL TECHNOLOGY |
| 4 | CO., LTD.; and JOHN DOES 1 through 20, |
| 5 | Defendants. |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Christopher J. Horgan, under penalty of perjury, state the following:

1. I am a Senior Intellectual Property Counsel for Philips Intellectual Property & Standards, 1109 McKay Drive, Mail Stop SJ41, San Jose, California, 95131. I have personal knowledge of the facts set forth in this declaration.

2. I make this declaration in support of Koninklijke Philips Electronic N.V.'s ("Philips") Ex Parte Application for a Temporary Restraining Order, Seizure Order, and Order to Show Cause Re: Preliminary Injunction.

3. In my role as Senior Intellectual Property Counsel, I am responsible for identifying potential licensees for the Philips optical disc patent portfolios, including the digital versatile disc ("DVD") patent packages and trademark licenses, contacting and negotiating with prospective licensees, ensuring compliance with license terms, and pursuing patent and trademark litigation against infringers and counterfeiters.

**Background of Philips and the DVD+R/+RW Technology**

4. Philips is a corporation of the Netherlands having its principal place of business in Amsterdam, The Netherlands. Philips is one of the world's biggest electronics companies with facilities in over 60 countries. The United States is a key market for Philips, accounting for one-third ($8.9 billion) of the company's worldwide sales in 2003. Philips along with other corporations contributed to perfecting the DVD technology and standardizing it for universal consumer use and application, worldwide.

5. The DVD technology makes it possible for content (or data) to be stored in larger amounts than was previously commercially available, in a smaller medium. A single, one-sided, DVD disc can hold about 4.7 gigabytes, the equal of 13 CD discs.

6. There are two types of recordable DVD formats commonly used which are distinguished by a plus "+" or a minus "-." The DVD-R/-RW format is different than the DVD+R/+RW format. Philips, and its partners, developed the DVD+R/+RW format with the goal of creating a recordable optical disc that is compatible with past and present DVD players and computer DVD drives. DVD+R/+RW devices are

1  commonly made as part of a computer's internal drive, as an external drive to be
2  connected to a computer (known as "after market"), and as your typical home-theater
3  component (known as a "recorder"). The compatibility of the DVD+R/+RW format is
4  so versatile that you can record data on a DVD+R disc and DVD+RW disc and play
5  them on any DVD player or DVD drive, and advanced editing of DVD+R discs and
6  DVD+RW discs can be done on a computer, and then played on a conventional DVD
7  player.

8      7.    To protect the integrity of the marketplace and consumers as well as
9  Philips and its licensees, a trademark is affixed upon Philips' licensed DVD+R/+RW
10 products to assure the consumer that the articles are genuine and are compatible with
11 products bearing the trademark.

### Philips' Federally Registered DVD+RW Trademark

13     8.    Philips licenses the DVD+R/+RW technology as well as the trademarks
14 that are associated with such products to original equipment manufacturers ("OEMs").
15 Philips is the owner of the DVD+ReWritable & Design trademark (the "DVD+RW"
16 mark), which is registered on the Principal Register of the United States Patent &
17 Trademark Office, Reg. No. 2,610,036.

18     9.    A true and correct copy of the certificate of registration for the
19 DVD+RW mark is attached hereto as **Exhibit 1**.

20     10.    The DVD+RW mark, originally registered to Sony Kabushiki Kaisha
21 Corporation, was assigned to Philips on June 20, 2003. A true and correct copy of the
22 assignment is attached hereto as **Exhibit 2**.

23     11.    The DVD+RW mark is used on DVD+R/+RW recorders, DVD+R/+RW
24 computer disc drives (internal and external), and DVD+RW discs. True and correct
25 copies of authorized products bearing the DVD+RW mark are attached hereto as
26 **Exhibit 3**.

27     12.    Prior to affixing the mark on a DVD+R/+RW product, OEMs first enter
28 into a patent license agreement with Philips for a specific DVD+R/+RW technology.

1  The licensee also enters into a Logo Agreement with Philips and completes and
2  returns a Confirmation Card to Philips.

3       13.   True and correct copies of the DVD+R/+RW Logo Guide, the DVD+RW
4  Logo Agreement, and the Confirmation Card regarding the DVD+R/+RW logo files
5  are attached hereto as **Exhibit 4**.

6       14.   The logo is meant to represent to the consumer that Philips has
7  authorized the product.

8       15.   A licensee that does not comply with the rules set forth in the logo guide
9  may lose its right to use the mark.

### Public Recognition and Advertising of the DVD+RW mark

      16.   All of Philips' DVD+R/+RW patent license agreements provide for the
use of trademarks. Licensees, therefore, affix the appropriate marks, including the
DVD+RW mark, on their DVD+R/+RW products, packaging, labels, and containers.
Over the years, the result of this practice has developed broad and worldwide public
recognition in these marks, especially in the United States.

      17.   In 2004 and the first quarter of 2005, over 2.5 million DVD+RW discs
were sold in the United States. From 2002 through 2004, there were over 1.2 million
DVD+R/+RW recorders sold in the United States, and it is estimated that another 1.4
million will be sold in 2005. In 2005, it is estimated that over 2 million external
DVD+R/+RW computer drives were sold in the United States. Philips' yearly
advertising, promotional, and market development budget for discs sold under the
DVD+RW mark has averaged between $500,000 to $1,000,000.

      18.   Through its long and continuous use of the DVD+RW mark as a source
identifier, the substantial sales and advertising of the mark, and Philips' successful
licensing program, Philips has achieved public recognition for the purpose of
identifying the quality and characteristics of the associated DVD+R/+RW products
and to help consumers protect themselves from counterfeit and "knock-off" products.
///

## Recording the DVD+RW Mark with
## United States Custom and Border Protection

19. A true and correct copy of a published article dated April 19, 2004, from the DVD Recordable website about China's global export of DVD products is attached hereto as **Exhibit 5**.

20. A true and correct copy of the Customs Recordation is attached hereto as **Exhibit 6**.

21. To Philips' knowledge, United States Customs and Border Patrol has seized 11,418 counterfeit DVD+R/+RW recorders bearing the DVD+RW mark, being exported from China by Apex (Jiangsu) Digital Co., Ltd. to the United States, from August 25, 2003, to September 3, 2003.

## The Defendants and Their Counterfeit Products

22. In the past, unlicensed products bearing the DVD+RW mark ("Counterfeit Products") have been offered for sale at retail establishments, such as, Wal-Mart, Target, Amazon.com, and Sears. Representatives from these retailers will be present at the International Consumer Electronic Show ("CES") in 2006. The named defendants are registered as exhibitors at the upcoming 2006 CES. In anticipation of the introduction of Counterfeit Products, Philips sent letters in December 2005 to each of these defendants notifying them of Philips' proprietary interest and ownership in the DVD+RW mark and warning them not to exhibit or offer for sale Counterfeit Products at the 2006 CES.

## The KXD Defendants

23. Shenzhen KXD Multimedia Co. Ltd. ("Shenzhen KXD"), KXD Technology, Inc. ("KXD Technology"), and Astar Electronics, Inc. ("Astar") have a principle place of business at 5101 Commerce Dr., Baldwin Park, California, 91706. Upon information and belief, Shenzhen KXD, KXD Technology, Astar and their related companies, Shenzhen Kaixinda Electronics Co., Ltd. and KXD Digital Entertainment, Ltd. f/k/a KXD Digital Entertainment Pte. Ltd. f/k/a KXD Electronics

1  Pte. Ltd., and Jingyi Luo, also known as James Luo, an individual, (collectively
2  "KXD") have manufactured, imported, distributed, advertised, offered for sale and/or
3  sold counterfeit DVD+R/+RW recorders bearing the DVD+RW mark. KXD has
4  never been a Philips' recorder licensee. KXD exhibited and offered for sale
5  Counterfeit Products at the 2005 CES, namely DVD+R/+RW recorders. I
6  admonished KXD in person at the 2005 CES and instructed it to discontinue its
7  manufacture, distribution, offering for sale and sale of its DVD+R/+RW recorders and
8  any other unauthorized products that bear the DVD+RW mark.

   24.  Shenzhen KXD is a registered exhibitor at the 2006 CES. A true and correct copy of a printout from the CES exhibitor directory of the CES website is attached hereto as **Exhibit 7**. True and correct copies of letters dated December 14, 2005, from Philips' attorney to KXD and its affiliates, sent via Federal Express, and the proof of receipt of one of those letters are attached hereto as **Exhibit 8**. KXD has not responded to these letters.

   25.  I have recently learned from Philips' investigator that KXD will be offering for sale product bearing the DVD+RW mark at the 2006 CES. True and correct copies of photographs of KXD's product, model DVR-2100, bearing the DVD+RW mark, that I received from Philips' counsel are attached hereto as **Exhibit 9**. After examining these photographs, it is clear to me that the DVR-2100 depicted therein bears a counterfeit of Philips' DVD+RW mark.

### The Sungale Defendants

   26.  Sungale Group, Inc. ("Sungale Group") has a principle place of business at 13358 Monte Vista Avenue, Chino, California, 91710. Upon information and belief, Sungale Group, Inc., and its related entity, Sungale Electronics (Shenzhen), Ltd. (collectively, "Sungale Group"), have manufactured, imported, distributed, advertised, offered for sale and/or sold counterfeit DVD+R/+RW recorders bearing the DVD+RW mark. Sungale has never been a Philips' recorder licensee.

   27.  Sungale Group is a registered exhibitor at the 2006 CES. A true and

correct copy of a printout from the CES exhibitor directory of the CES website is attached hereto as **Exhibit 10**. True and correct copies of letters dated December 16, 2005, from Philips' attorney to Sungale, sent via Federal Express, and the proof of receipt of one of these letters are attached hereto as **Exhibit 11**. A true and correct copy of a letter dated December 19, 2005, from Sungale Group to Philips' counsel is attached hereto as **Exhibit 12**.

28. I have recently learned from Philips' investigator that Sungale will be offering for sale product bearing the DVD+RW mark at the 2006 CES. A true and correct copy of an e-mail message from Sungale's representative to Philips' investigator, dated December 22, 2005, is attached hereto as **Exhibit 13**. True and correct copies of photographs of Sungale's DVD+R/+RW recorder, model DR-601, and an enlarged photocopy of the business card of David Peng received from Philips' counsel are attached hereto as **Exhibit 14**. After examining these photographs, it is clear to me that the Sungale products depicted therein bear a counterfeit of Philips' DVD+RW mark.

### The Amoi Defendants

29. Amoi Electronics Company, Ltd. ("Amoi Electronics"), has a principle place of business at 17777 Center Court Drive, Suite 260, Cerritos, California, 90703. Upon information and belief, Amoi Electronics and its related entities, Amoi Electronics, Inc., Amoi Electronics, Ltd., China Electronics Corporation, and Amoisonic Electronics, Inc. (collectively "Amoi"), have manufactured, imported, distributed, advertised, offered for sale and/or sold counterfeit DVD+R/+RW recorders bearing the DVD+RW mark. Amoi has never been a Philips' recorder licensee. A true and correct copy of a letter, dated December 23, 2004, from Philips to Amoisonic by Federal Express, notifying Amoi that Philips is the owner of the DVD+RW mark and that Amoisonic's manufacture, distribution, offering for sale and/or sale of unlicensed product bearing the DVD+RW mark is a violation of federal law is attached hereto as **Exhibit 15**. Despite the December 23, 2004 letter, I

1  observed Amoisonic exhibiting and offering for sale Counterfeit Products bearing
2  Philips' DVD+RW mark at the 2005 CES.
3      30.  Amoi Electronics is a registered exhibitor at the 2006 CES. A true and
4  correct copy of a printout from the CES exhibitor directory of the CES website is
5  attached hereto as **Exhibit 16**. True and correct copies of letters dated December 14,
6  2005, from Philips' attorney to Amoi, sent via Federal Express, and the proofs of
7  receipt of said letters are attached hereto as **Exhibit 17**. Amoi has not responded to
8  these letters.
9      31.  The e-mail of David Peng at Sungale, attached hereto as **Exhibit 13**, was
10  signed on behalf of Amoi and Sungale at the same address located in Chino,
11  California. Based upon my prior observation of Amoi at the 2005 CES, the
12  representations of Sungale of the products it will exhibit at the 2006 CES, and the
13  affiliation between Amoi and Sungale, I believe that Amoi will exhibit DVD+R/+RW
14  recorders bearing the DVD+RW mark.

### The Norcent Defendants

16      32.  International Norcent Technology, Inc., ("International Norcent") is a
17  California Corporation and has a principle place of business at 550 Cliffside Dr., San
18  Dimas, California, 91773. Upon information and belief, International Norcent and its
19  related entities, Norcent Holdings, Inc., Norcent Hong Kong Co., Ltd., and Shanghai
20  Hongsheng Technology Co., Ltd. (collectively, "Norcent"), have manufactured,
21  imported, distributed, advertised, offered for sale and/or sold counterfeit
22  DVD+R/+RW recorders bearing the DVD+RW mark. Norcent has never been a
23  Philips' recorder licensee. A true and correct copy of a letter, dated December 23,
24  2004, from Philips to Norcent by Federal Express, notifying Norcent that Philips is the
25  owner of the DVD+RW mark and that Norcent's manufacture, distribution, offering
26  for sale and/or sale of unlicensed product bearing the DVD+RW mark is a violation of
27  federal law is attached hereto as **Exhibit 18**.
28      33.  International Norcent (listed under the name Norcent) is a registered

1  exhibitor at the 2006 CES. A true and correct copy of a printout from the CES
2  exhibitor directory of the CES website is attached hereto as **Exhibit 19**. True and
3  correct copies of letters dated December 14, 2005, from Philips' attorney to Norcent,
4  sent via Federal Express, and the proofs of receipt of said letters are attached hereto as
5  **Exhibit 20**.

6      34. A true and correct copy of a letter dated December 16, 2005, from
7  Dennis Robinson, CFO of Norcent, to Philips' counsel is attached hereto as **Exhibit
8  21**. Mr. Robinson, responding on behalf of Norcent to the December 14, 2005 letter,
9  writes that Norcent "will not be displaying and (sic) DVD products at CES."

10     35. Despite Mr. Robinson's statement, I have recently learned from Philips'
11 investigator that Norcent will be offering for sale DVD+R/+RW recorders and that
12 Norcent is expecting a shipment of new DVD+R/+RW recorders for the 2006 CES. A
13 true and correct copy of Norcent's DVD+R/+RW recorder, model number DVR3000
14 as obtained from its website bearing the DVD+RW mark is attached hereto as **Exhibit
15 22**. Based upon my prior experience with Norcent at the 2005 CES and the website
16 image of Norcent's DVD+R/+RW recorder bearing the counterfeit DVD+RW mark, I
17 believe that Norcent will exhibit the DVD+R/+RW recorders bearing a counterfeit of
18 Philips' DVD+RW mark at the 2006 CES.

19     **The Newland Defendants**

20     36. Shenzhen Newland Electronic Industry Co. Ltd. ("Newland"), has a
21 principle place of business at Bldg. 1-2, Zhaofuda Industrial Zone, Hong Qiao Tou
22 Village, Songgang Town, Baoan District, Shenzhen, Guangdong, 518105, Peoples
23 Republic of China. Upon information and belief, Newland has manufactured,
24 imported, distributed, advertised, offered for sale and/or sold counterfeit
25 DVD+R/+RW recorders bearing the DVD+RW mark. Newland has never been a
26 Philips' recorder licensee. A true and correct copy of a letter, dated December 23,
27 2004, from Philips to Newland by Federal Express, notifying Newland that Philips is
28 the owner of the DVD+RW mark and that Newland's manufacture, distribution,

offering for sale and/or sale of unlicensed product bearing the DVD+RW mark is a violation of federal law is attached hereto as **Exhibit 23**. Despite the December 23, 2004 letter, I observed Newland exhibiting and offering for sale Counterfeit Products bearing Philips' DVD+RW mark at the 2005 CES.

37. Newland is a registered exhibitor at the 2006 CES. A true and correct copy of a printout from the CES exhibitor directory of the CES website is attached hereto as **Exhibit 24**. A true and correct copy of a letter dated December 14, 2005, from Philips' attorney to Newland and its affiliates, sent via Federal Express, and the proof of receipt of said letter are attached hereto as **Exhibit 25**. Newland has not responded to this letter.

38. I have recently learned from Philips' investigator that Newland will be offering for sale two DVD+R/+RW recorders, model numbers DVR-4001 and DHR-5001, bearing the DVD+RW mark at the 2006 CES. True and correct copies of the images of the two DVD+R/+RW recorders sent from Newland and received by Philips' investigator bearing the DVD+RW mark are attached hereto as **Exhibit 26**. After examining these images, it is clear to me that the Newland products depicted therein bear a counterfeit of Philips' DVD+RW mark.

### The Desay Defendants

39. Desay A&V Science & Technology Co. Ltd. ("Desay A&V"), has a principle place of business at Desay 3rd Industry Zone, Chenjiang, Huizhou City, Guangdong Province, Peoples Republic of China. Upon information and belief, Desay A&V and its related entities, Desay A&V (USA), Inc., and Desay Holdings Co., Ltd. (collectively "Desay"), have manufactured, imported, distributed, advertised, offered for sale and/or sold counterfeit DVD+R/+RW recorders bearing the DVD+RW mark. Desay has never been a Philips' recorder licensee.

40. Desay A&V is a registered exhibitor at the 2006 CES. A true and correct copy of a printout from the CES exhibitor directory of the CES website is attached hereto as **Exhibit 27**. A true and correct copy of a letter dated December 14,

2005, from Philips' attorney to Desay, sent via Federal Express, and the proof of receipt of said letter are attached hereto as **Exhibit 28**. Desay has not responded to this letter.

41.     True and correct copies of images depicting two Desay DVD+R/+RW recorders, model numbers DS-R80 and DS-R85, as obtained from its website are attached hereto as **Exhibit 29**. After examining these images, it is clear to me that the Desay products depicted therein bear a counterfeit of Philips' DVD+RW mark.

## The Xoro Defendants

42.     Xoro Electronics (Shanghai) Ltd. ("Xoro Electronics"), has a principle place of business at 2F Bldg. B, 489 Songtao Rd., Pudong New District, Shanghai 201203, Peoples Republic of China. Upon information and belief, Xoro Electronics and its related entities, Xoro Shenzhen Electronics Co., Ltd., and MAS Elektronik AG Corporation (collectively "Xoro"), have manufactured, imported, distributed, advertised, offered for sale and/or sold counterfeit DVD+R/+RW recorders bearing the DVD+RW mark. Xoro has never been a Philips' recorder licensee.

43.     Xoro Electronics is a registered exhibitor at the 2006 CES. A true and correct copy of a printout from the CES exhibitor directory of the CES website is attached hereto as **Exhibit 30**. True and correct copies of letters dated December 14, 2005, from Philips' attorney to Xoro, sent via Federal Express, and the proof of receipt of one of those letters are attached hereto as **Exhibit 31**. Xoro has not responded to this letter.

44.     True and correct copies of images depicting the Xoro DVD+R/+RW recorder, model number HSD R545, as obtained from its website are attached hereto as **Exhibit 32**. After examining these images, it is clear to me that the Xoro product depicted therein bears a counterfeit of Philips' DVD+RW mark.

## Shenzhen Oriental Digital Technology Co. Ltd.

45.     Shenzhen Oriental Digital Technology Co. Ltd. ("Oriental Digital"), has a principle place of business at Meilan Industrial Park, Xuegang North Road No. 1,

1  Buji, Longgang District, Shenzhen 518829, Peoples Republic of China. Oriental
2  Digital has never been a Philips' recorder licensee.
3     46.   Oriental Digital is a registered exhibitor at the 2006 CES. A true and
4  correct copy of a printout from the CES exhibitor directory of the CES website is
5  attached hereto as **Exhibit 33**. True and correct copies of letters dated December 14,
6  2005, from Philips' attorney to Oriental Digital and its affiliates, sent via Federal
7  Express, and the proof of receipt of said letter are attached hereto as **Exhibit 34**.
8  Oriental Digital has not responded to this letter.
9     47.   A true and correct copy of an image depicting a Oriental Digital
10 DVD+R/+RW recorder, model number DVR-2000 obtained from its website is
11 attached hereto as **Exhibit 35**. After examining this image, it is clear to me that the
12 Oriental Digital product depicted therein bears a counterfeit of Philips' DVD+RW
13 mark.

### Defendants' Presence at the 2006 CES, in Las Vegas, Nevada, from January 5, 2006, through January 8, 2006.

16    48.   At the 2005 CES, there were 146,240 attendees, of which 43,393 were
17 exhibitors, 40,672 were senior level executives, 16,561 were the president/CEO/owner
18 of a retail industry company, 257 were from Fortune 500 companies (about one-half),
19 and 79 were from Fortune 100 companies. According to eBrain Market Research (a
20 service of CES), CES represents an estimated 95% ($107 billion) of the industry's
21 $113.5 billion buying power. CES, therefore, delivers crucial access with the
22 industry's decision-makers
23    49.   A true and correct copy of the 2005 CES Preliminary Attendee Highlight
24 Document from the CES website, outlining last year's attendees' demographics, is
25 attached hereto as **Exhibit 36**.
26    50.   True and correct copies of the 2006 CES Exhibitor Overview, the 2006
27 CES Digital Entertainment overview, and the 2006 CES Video overview are attached
28 hereto as **Exhibit 37**.

11

51. A true and correct copy of the Application and Exhibit Space Contract for the 2006 CES (as taken from its website) is attached hereto as **Exhibit 38**. Paragraph 39 of the application requires that each exhibitor own the intellectual property rights used in the promotion and/or exhibition of its products.

52. A true and correct copy of the Rule and Regulations for the 2006 CES (as taken from its website) is attached hereto as **Exhibit 39**. Under the heading "Exhibit Booth Display Regulations" (page three), the first bullet point states the following: "**NEW THIS YEAR!** Exhibitors must own or have the rights to use all intellectual property (patent, trademark, copyright, etc.) employed by them to promote their product at CES" (emphasis in original).

53. The defendants' unlawful activities will cause irreparable injury to Philips. The defendants' Counterfeit Products will be displayed in the same vicinity as Philips' and its licensees' authorized products. By offering for sale their Counterfeit Products, the defendants will likely cause injury to Philips and its licensees and prevent them from pursuing potential business opportunities and relationships at the 2006 CES.

### A Temporary Restraining Order and Seizure Order Are Necessary To Prevent The Defendants From Importing and Distributing Large Quantities of Counterfeit Products

54. Philips seeks to address the problem before the defendants are able to introduce their Counterfeit Products to the CES attendees and secure distribution deals for their Counterfeit Products. Preventing the defendants from securing future business or distribution deals for their Counterfeit Products will foster and protect the integrity and purpose of the CES, which is to bring together and facilitate lawful business and innovation in the field of consumer electronics. Otherwise, these defendants will return to their foreign homelands with distribution and retail contracts in hand and begin manufacturing and distributing Counterfeit Products to the United States.

**Actual Confusion**

55. I periodically will receive a telephone call from importers and/or retailers that believed they had purchased authorized products bearing the DVD+RW mark but, instead, had purchased Counterfeit Products from unauthorized manufacturers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the foregoing is true and correct.

Executed on December 27th, 2005, at San Jose, California.

_____
Christopher J. Horgan

13