

10458

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 29, 2003

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,610,036* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 20, 2002*
SAID RECORDS SHOW TITLE TO BE IN:  *KONINKLIJKE PHILIPS ELECTRONICS N.V.*
*A CORPORATION OF THE NETHERLANDS*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

M. LEE
Certifying Officer

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,610,036
Registered Aug. 20, 2002

## TRADEMARK
### PRINCIPAL REGISTER



SONY KABUSHIKI KAISHA (JAPAN CORPORA-
TION), TA SONY CORPORATION,
7-35 KITASHINAGAWA, 6-CHOME
SHINAGAWA-KU, TOKYO, JAPAN

FOR: BLANK MAGNETO-OPTICAL DISCS, PRE-
RECORDED MAGNETO OPTICAL DISCS FEATUR-
ING MUSIC, MUSICAL DATA, MOTION PICTURES,
PHOTOGRAPHS AND COMPUTER PROGRAMS
DESIGNED TO SIMPLIFY THE USE OF COMPU-
TERS; MAGNETO-OPTICAL/OPTICAL/MAGNETIC
DISC DRIVES; COMPUTERS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 11-30-2001; IN COMMERCE 11-30-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "RW" AND "DVD PLUS REWRITA-
BLE", APART FROM THE MARK AS SHOWN.

SN 75-492,446, FILED 5-28-1998.

MELVIN AXILBUND, EXAMINING ATTORNEY

## ASSIGNMENT

WHEREAS, **SONY KABUSHIKI KAISHA** (a Japanese corporation) of 7-35 Kitashinagawa, 6-chome, Shinagawa-ku, Tokyo, JAPAN, is the owner of the Trademark **RW DVD+REWRITABLE & Design**, which mark is registered in the United States Patent and Trademark Office under U.S. Registration No. 2,610,036, and

WHEREAS, **KONINKLIJKE PHILIPS ELECTRONICS N.V.** (a Netherlands corporation) of Groenewoudseweg 1, Eindhoven, The Netherlands, is desirous of acquiring the trademark **RW DVD+REWRITABLE & Design** and the registration, U.S. Registration No. 2,610,036;

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, said **SONY KABUSHIKI KAISHA** does hereby assign unto the said **KONINKLIJKE PHILIPS ELECTRONICS N.V.** all right, title and interest in and to said trademark and to said trademark registration, together with the goodwill of the business symbolized by said mark.

**SONY KABUSHIKI KAISHA**

By: _____

Name: Keiji Morita
Title: Senior Manager
Trademark & Design Section
Dated: ___June 20, 2003___   Intellectual Property Division

## DECLARATION

___Keiji Morita___ declares that he is ___Senior Manager___ of **SONY KABUSHIKI KAISHA** and that he is authorized to execute this Assignment of said corporation and that the facts set forth in this Assignment are true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both under Section 1001 of Title 18 of the United States Code and that such false statements may jeopardize the validity of the Assignment.

**SONY KABUSHIKI KAISHA**

By: _____

Name: Keiji Morita
Title: Senior Manager
Trademark & Design Section
Dated: ___June 20, 2003___   Intellectual Property Division













One Touch Dubbing - Easily
your DV/Digital 8 tapes on D
through i.LINK Digital Interfa

**One Touch Dubbing - Eas...**
your DV/Digital 8 tapes o...
through i.LINK Digital Int...





Page

of 1



# DVD + R / +RW
# LOGO GUIDE

## INTRODUCTION

This logo guide describes a set of rules for the correct use of the DVD+R/+RW logo, including all related logos, for the consumer electronics field as well as professional and entertainment areas. These instructions for logo utilisation supersede all other instructions for DVD+R/+RW logo usage and they determine the manner in which the logo is to be used on the objects indicated.

Manufacturers licensed under any of the DVD+R/+RW License Agreements with Philips are entitled to apply the appropriate logo under the condition that they comply with these guidelines and use the logo(s) correctly. No company or person is entitled to apply any of the DVD+R/+RW logo(s) to products (disc, player or software) without first acquiring the appropriate License Agreement. Companies or persons wishing to apply the logo(s) on materials other than described in this document under "Appearance" must contact Philips for approval.

If a logo is used, it must be used correctly

## CONDITIONS OF PUBLICATION

Use of any of the logos described in this guide is permitted only via a license and/or explicit written permission from Koninklijke Philips Electronics N.V.

This document is made available without prejudice to any of the rights of Koninklijke Philips Electronics N.V.

It is not allowed to use or distribute the logos in any other way than explicitly described in this logo guide.

## WARNING

This document will mainly be distributed as .pdf file. This may result in some not readable parts/ characters due to unavailable character sets on the viewing platform and/or due to limitations of the printer used. The applied compression has a noticeable effect on the resolution of the logos and other graphics shown in this guide.

For further information, please contact:
**Philips Intellectual Property & Standards**
Business Support,
Building WAH-2, P.O. Box 220, 5600 AE Eindhoven,
The Netherlands,
Fax.: +31-40-2732113
Or check our web site:
http://www.licensing.philips.com

© 2001-2004 Koninklijke Philips Electronics NV. All rights reserved. Reproduction in whole or in part is prohibited without written permission of the copyright owner.

The data provided in this information sheet are merely for information purposes. No right, license or privilege can be claimed on the basis of this document. The information herein contained is subject to change.

12/10/04-3122 783 0088 2

PHILIPS



## OBJECT

The DVD+R/+RW logo may only be applied on DVD+R/+RW products (e.g. DVD+R/+RW recorders, DVD+RW discs and DVD+R discs) and related packaging, advertising, printed materials, etc. The logo may also be displayed on electrically generated images (e.g. banners or trailers of program material displayed on television and computer monitors).
In all cases the logo is to indicate compliance with the specification and the products must be in compliance with the specification.

## TERRITORY

These instructions for use, specify the way the logo is to be used worldwide, except in those countries where the use of such trade marks is limited by law.

## USE OF THE DVD+R/+RW LOGO

### Shape

The DVD+R/+RW logo is a representation of the abbreviation "RW" and Philips Approved logo additions. (The approved "additions" are defined as lettering underneath of and/or beside the logo). The logo must always be used in the fixed combination and form as present in the logo files. Variations and additions are strictly forbidden. Any user- created additions, deletions and modifications to any part of the logo and its additions, if any, are also strictly forbidden.

### Clear zone

A complete logo must be used maintaining a clear zone. A clear zone is an area in which no other graphical or textual elements appear and is at least the height of the stylised letter "R" of the abbreviation "RW" .

The DVD+R/+RW logo must not be enclosed on its own in any kind of border, box or frame, nor may any text, slogan, etc. be added. The complete DVD+R/+RW logo must therefore be used on its own.

### Colour

The allowed colours for the area B ("RW" part) of the logo are: black, white, silver, gold or the colour of the area C (background/clear zone).  The allowed colours  for area A (the remaining part of the logo) are: black, white, silver or gold. The colour used for the area A shall be different from Area B For  the area A, B and C, the intensity must be uniform across the entire logo. Shadows and/or graphic effects are not allowed.  Different  textures or surface irregularities within the same logo may not be utilised.
When engraving or moulding the logo one colour and a different uniform texture for each of the parts areas A, B and C are acceptable.

The mentioned areas A, B and C are indicated in the illustration on the next page





2

Size
The DVD+R/+RW logo may be reduced or enlarged on the condition that the same relative positions and proportions between the respective elements are maintained and that the logo is always legible with the naked human eye. The recommended minimum size of the width of the logo is 9 mm. There is no maximum size. The indicated aspect ratio (+/- 5% )is to be maintained.

## Appearance

The logo (as described in the above sections) may only be applied in the following positions:

- the control panel of DVD+R/+RW recorders;
- the label area of a DVD+RW disc or DVD+R disc; Only if the disc is intended to be used for recording purposes.

The DVD+R/+RW logo may also be applied on the following:

- the jewel box and/or the disc holder, the inlay card and or booklet and/or its covering material;
- the instruction manual of the DVD+R/+RW product (in whatever form the manual is provided, it is recommended that the DVD+R/+RW logo appear at least on the cover of the manual);
- outer packaging of DVD+R/+RW products;
- printed materials (including catalogues, posters, advertising materials, etc.).



area C: Background/clear zone

area B: "RW" part of the logo

area A: Remainder part of the logo

SIZE/ASPECT RATIO

Height = 0.64 x Width
(RW part)

Min. Width = 9 mm

1

0.64

DVD+ReWritable

12/1\004-3122 783 0098 2



## Defined logos

The DVD+R/+RW logos with the approved additions are shown below. It is not allowed to scan the logos shown on these pages.

### Definitions

Disc usage:       States on which type of discs the associated logo may be used by referring to the specific standard specifications.

Player usage:    States on which type of players(s) and or recorder(s) use of this logo is allowed. A player or recorder is defined as a player or recorder, which solely plays back the type of disc stated in the disc usage part of this logo guide

Comments:       Various comments are provided for clarity.
                The term "play' or "record" is defined as the act of reading and/or recording respectively, information to or from the respective disc(s) by the respective player(s) or recorder(s) which will use this logo.

For any questions about logo usage and validity of the artwork please contact us.

| | System name | **DVD + RW** |
|---|---|---|
| **RW** DVD+ReWritable | Disc usage | This logo may only be used on discs complying with the DVD+RW specification. |
| | Player usage | This logo may be used on recorders which can record onto discs which conform to the DVD+RW specifications. |
| | Comments | For DVD+R/+RW recorders, which are able to record onto disc which are conforming to the DVD+R Part 2 and/or Part 1 specifications it is recommended to use the DVD+RW logo. Manufacturers are advised to include in the product documentation of the recorder a statement, by displaying the relevant logos, which discs can be handled by the recorder. |
| | System name | **DVD + RW High Speed** |
| **RW** High Speed DVD+ReWritable | Disc usage | This logo may only be used on discs complying with the DVD+RW part 2 specification. |
| | Player usage | This logo may only be used on recorders which can record onto discs which conform to the DVD+RW part 2 specification. |
| | Comments | For DVD+R/+RW recorders, which are able to record onto disc which are conforming to the DVD+RW Part 2 and/or Part 1 specifications it is recommended to use the DVD+RW logo. Manufacturers are advised to include in the product documentation of the recorder a statement, by displaying the relevant logos, which discs can be handled by the recorder. |




| | System name | **DVD + R** |
|---|---|---|
| | Disc usage | This logo may only be used on discs complying with the DVD+R part 1 specification. |
| | Player usage | This logo may be used on recorders which can record onto discs which conform to the DVD+R part 1 specification. |

| | System name | **DVD + R Dual Layer** |
|---|---|---|
| | Disc usage | This logo may only be used on discs complying with the DVD+R part 2 specification. |
| | Player usage | This logo may be used on recorders which can record onto discs which conform to the DVD+R part 2 specification. |
| | Comments | For DVD+R/+RW recorders, which are able to record onto disc which are conforming to the DVD+R Part 2 and/or Part 1 specifications it is recommended to use the DVD+RW logo. As commercial name for DVD+R DL, it is recommended to use DVD+R Double Layer to prevent confusion with Dual Format products. Manufacturers are advised to include in the product documentation of the recorder a statement, by displaying the relevant logos, which discs can be handled by the recorder. |





## Artwork files

This document is delivered with electronic artwork or separately.
If you need the electronic artwork please check our web site (www.licensing.philips.com)

| System | File name logo | File types |
|---|---|---|
| DVD + RW | dvd70pRW | .tif and .eps |
| DVD + RW High Speed | dvd74pRWh | .tif and .eps |
| DVD + R | dvd71pR | .tif and .eps |
| DVD + R DL | dvd73pR9 | .tif and .eps |



# DVD+RW Logo Agreement

By downloading the enclosed software files and by returning the confirmation Card as present in the file "card.pdf", End-User accepts to be bound by the following terms and conditions.

## 1. COPYRIGHT

Philips retains title and ownership of the DVD+RW logos.

## 2. RIGHT TO USE

End-User is hereby granted the non-transferable, non-exclusive right to use the DVD + RW logos in accordance with the conditions as specified in the DVD+RW logo guidelines.

## 3. TERMINATION.

Philips may terminate this DVD+RW logo Agreement by written notice to End-User in the event that End-User fails to comply with any of its obligations pursuant to this Agreement.

Upon such termination of this Agreement, End-User shall immediately cease the use of the DVD+RW logos and destroy all electronic copies of the DVD+RW logos.

## 4. UPDATES

Philips may issue updates and/or new releases of the DVD+RW logos without prior notice.

## 5. NO MAINTENANCE OR END-USER SUPPORT

Philips shall have no obligation whatsoever to provide End-User with any kind of maintenance or end-user-support in relation to the DVD+RW logos.

## 6. NO WARRANTY  /  DISCLAIMER

THE DVD+RW  LOGO FILES ARE MADE AVAILABLE ON AN "AS IS"  BASIS. PHILIPS DOES NOT MAKE ANY REPRESENTATION OR WARRANTY, WHETHER  EXPRESS OR  IMPLIED, AS TO THE FITNESS  FOR A PARTICULAR PURPOSE. PHILIPS MAKES NO REPRESENTATION OR WARRANTY THAT DVD+RW LOGO FILES ARE  ERROR-FREE.
PHILIPS EXPRESSLY DISCLAIMS ANY AND ALL LIABILITY WITH RESPECT TO POSSIBLE INFRINGEMENTS OF THIRD PARTY RIGHTS IN CONNECTION WITH THE USE OF THE DVD+RW LOGO.



23/01/02-3122 783 0089 2

1



**PHILIPS**

# Confirmation Card

We, _____

_____

_____

_____

(Name and Address)

hereby confirm that we have read and agreed the **DVD+R/+RW logo Agreement** delivered together with the DVD+R/+RW logo files, and agree to be bound by the terms and conditions of this agreement as attached.

Please send the access codes to    _____
(fax number)

☐ My company manufactures    ☐ Players    ☐ Discs

☐ My company has a Logo License Agreement

☐ My company is in Software development

☐ My company is in Artwork preparation

☐ Other:_____

_____
(Authorised Signature)

Name: _____

Date: _____

To register as a user and to obtain an access code please send this document to:
Philips Intellectual Property and Standards, Business Support
Building WAH-2, P.O. Box 220, 5600 AE Eindhoven, The Netherlands,
Fax. : +31-40-2732113

17/09/04-3122 783 0089 2

 



### Chinese DVR Production Rockets

Date Monday, April 19 @ 16:29:28
Topic Latest News

China will export an estimated five million DVD recorders this year, a huge increase over the 3,000 units exported last year, Chinese makers of DVD players/drives indicated.
Global demand for portable DVD drives will also grow significantly this year, indicated Global Sources' analyst Bruce Humes at the 2004 Electronics & Components China Sourcing Fair held last week in Shanghai (China). China exported 1.8 million portable DVD drives last year, and the export volume is estimated to rise to 3 million this year.

Because of relatively high technological barriers, most DVD recorders exported from China this year will be produced by foreign or joint venture OEM makers.

With local makers of DVD players confronted by shrinking margins, they are now preparing to compete for OEM production of DVD recorders. These makers include TCL, Malata, Sichuan Changhong Electric, JiangSu Shinco Electronic and Skyworth. The current OEM margins for DVD recorders exceed US$15, local makers pointed out.

China exported about 70 million DVD players in 2003, accounting for 80% of global demand.

In related news, DVD recorders from foreign brands, including Samsung, Panasonic and Philips, currently retail for 6,000-8,000 yuan (£400-£540) in China, while local brands sell at 3,000-4,000 (£200-£270) yuan. However, on April 20, local brand Malata will launch its R20 DVD recorder for 1,999 yuan (£135). Retail prices of DVD players have also fallen to 600-700 yuan (£40-£50).

Story source: digitimes.com.

This article comes from DVD Recordable
http://www.dvd-recordable.org/

The URL for this story is:
http://www.dvd-recordable.org/modules.php?op=modload&name=News&file=article&sid=1257

Effective Date: 9/10/2003
Expiration Date: 8/20/2012

# Trademark
## Customs Recordation Number: TMK 03-00705

`◄ BACK`

| | |
|---|---|
| Title | RW DVD+REWRITABLE & DESIGN |
| Product | BLANK MAGNETO-OPTICAL DISCS, PRERECORDED MAGNETO-OPTICAL DISCS FEATURING MUSIC 474696 |
| Description | WORD MARK AND DESIGN; NO CLAIM IS MADE TO THE EXCLUSIVE |
| Owner Name | KONINKLIJKE PHILIPS ELECTRONICS |
| Gray Market Importations Restricted | NO |
| U.S. Patent and Trademark Office Registration Number | 2,610,036 |
| Firm | **KEATS MCFARLAND & WILSON LLP** 9720 WILSHIRE BLVD. JJOYNER@KMWLAW.COM BEVERLY HILLS, CA 90212 |
| Contact Name | JEFFREY K. JOYNER, ESQ. |
| Phone Number | (310) 248-3830 |

Case 2:05-cv-01532-RLH-GWF   Document 11-2   Filed 12/28/05   Page 25 of 26





## 2006 International CES Exhibitor Directory



**Shenzhen KXD Multimedia Co. Ltd.**
5101 Commerce Dr.
Baldwin Park, CA 91706
USA
Telephone: us: 626-851-2528/ china: 86-755-83412406
Fax: us: 626-851-2579/ china: 86-755-83305964
E-mail: info@astarelectronics.com/ market@szkxd.com
URL: www.astarelectronics.com/ www.kxddigital.com

Astar is a brand developed and manufactured by KXD for North America. KXD is a premium manufacturer of LCD TV's, stand alone DVD and HTIB products, Portable DVD and PMP players. KXD's OEM customers include many top bands across the globe.

| Company Booth(s): | Booth Number | Show Location |
|---|---|---|
| | 25530 | South Hall 2 |

| Company Contact(s): | Fusheng Liu, CEO |
|---|---|
| | Jimmy Luo, EVP |
| | Peter Calderon, Sr. VP |
| | Sarah Shao, CFO |
| | Lisa Chang, COO |
| | Lisa Chang (International Sales) |

| Brand Name(s): | Astar |
|---|---|
| | KXD |

| Product Categories: | Audio - Other Audio Products |
|---|---|
| | Audio - Portable Audio - Other Portable Audio Products |
| | Audio - Portable Audio - Portable Media Player |
| | Home Theater |
| | Home Theater - Other Home Theater Products |
| | Home Theater - Video - Flat Panel Displays |
| | Video - Digital TV Products |
| | Video - Digital TV Products - LCD Screen Displays |
| | Video - Other Video Products |
| | Video - Video Hardware - DVD Recordables |
| | Video - Video Hardware - LCD Screen Displays |

| New Product(s): | Astar PD-3015 |
|---|---|
| | Astar PD-3050 |

Astar PD-8800
Astar LTV-3201
Astar LTV-37LS

**Export Market(s):**    CANADA
China
Denmark
France
Germany
Italy
Japan
Korea
South
MEXICO
South Africa
Spain
United Kingdom

**Financial Exchange(s):**    None listed.

**Public**    **Year-round**                    **On-site (at the show)**
**Relations Contact(s):**    Lisa Chang                    Classic Communications
Ph: 626-851-2528                Nancy Andrew
Ph: 949-709-4129

Classic Communications
Nancy Andrew
Ph: 949-709-4129

**Investor**
**Relations Contact:**    Lisa Chang
Ph: 626-851-2528

**Press Event(s):**    None listed.

**Attention exhibitors:** Edit your directory listing.

[perform another search]