

*David Peng*
*Sales*

**Sungale Group Inc.**
13358 Monte Vista Ave.
Chino, CA 91710
Tel : 909-902-9282 ext. 112
Fax: 909-902-9283
E-mail:david@sungale.com
http://www.sungale.com



*David Peng*
*Sales*

Sungale Group Inc.
13358 Monte Vista Ave.
Chino, CA 91710
Tel : 909-902-9282 ext. 112
Fax: 909-902-9283
E-mail:david@sungale.com
http://www.sungale.com



## Philips Intellectual Property & Standards

Direct Dial:  (408) 474-9072
E-Mail:  chris.horgan@philips.com

VIA FEDERAL EXPRESS

December 23, 2004

Mr. Ningjun Sun, President
Amoisonic
13358 Monte Vista Ave.
Chino, CA 91710
USA

**Re:  Intellectual Property Rights Covering CD, DVD, CD-R/RW, DVD-R/RW, DVD+R/RW, and SACD Products and CES 2005**

Dear Sir/Madam:

We understand that your company is a purchaser, seller and or trader of Compact Disc ("CD") or Digital Versatile Disc ("DVD") related products and will be displaying at the upcoming 2005 International Consumer Electronics Show (CES) in Las Vegas, Nevada. We write to offer you information concerning Philips' Intellectual Property Rights in optical media products and a reminder that it is an infringement of these rights to make, use, sell, offer to sell or import unlicensed optical media products.

Koninklijke Philips Electronics N.V. ("Philips") is the owner of the world-wide patent portfolio of the Philips group of companies.  Philips operates a number of licensing programs whereby certain patent rights are made available to manufacturers of the relevant technology under reasonable and non-discriminatory conditions.  In addition to licensing its own patent rights, Philips has been authorized by certain third party patent owners (notably Sony Corporation) to include in the patent portfolio available under license agreements, the patents of such third parties, relevant to the technology concerned.  A list of the essential patents for each format is available at our website www.licensing.philips.com.  Every CD, CD-R/RW, DVD, DVD-R/RW, DVD+R/RW and SACD player and disc manufactured in, imported into, purchased or sold within the United States and/or Canada is covered by these essential patents.  Further, Philips owns the trademark rights in the CD-Recordable (U.S. Registration No. 2,712,766), CD-ReWritable (U.S. Registration No. 2,718,596), and DVD+RW (U.S. Registration No. 2,610,036) marks.

Currently, some manufacturers of CD, DVD, CD-R\RW, DVD-R/RW, and DVD+R



Philips Electronics North America Corporation
1109 McKay Drive, M/S-41SJ
San Jose, CA 95131         Tel: (408) 434-3000
                           Fax: (408) 474-9082

/RW players and discs remain unlicensed despite repeated efforts by Philips and their knowledge of the use of these patent and trademark rights. The manufacture and sale of CD, DVD, CD-R\RW, DVD-R/RW, DVD+R/RW and SACD players and discs without an appropriate license is an infringement of the attached essential patents. Manufacturers that continue this practice are candidates for litigation and seizure of products. Companies that purchase or trade in unlicensed products, even without knowledge, are direct infringers of our patents and are also potential candidates for legal action and product seizures. Furthermore, companies that trade in unlicensed products pass this liability along to their unwitting customers. A promise by a manufacturer to somehow "indemnify" its customers against an action by Philips will not prevent Philips from collecting royalties and other damages directly from those customers. If you are promised indemnification by a manufacturer, you should investigate whether the manufacturer has sufficient financial resources to make payment under the indemnification. You should also consider the costs to you (e.g., legal fees) of enforcing the indemnification against a manufacturer.

We are informing you of the existence of unlicensed products in the market so that your company may take the necessary steps to protect itself from legal liability. We strongly encourage you to scrutinize the legitimacy of any CD, DVD, CD-R\RW, DVD-R/RW, DVD+R/RW and SACD products supplied to your company and to place orders only with manufacturers that are duly licensed by Philips. You may do this by checking the list of licensed manufacturers at our website www.licensing.philips.com or by contacting this office for the status of any particular supplier. When accessing the website, please scroll down the first page of the website to the "Licensee Database". The Licensee Database is organized by company name, country and type of agreement (CD, DVD, etc). If a company is licensed to manufacture under one type of agreement or in one country, it does not mean they are licensed to manufacture under any other type of agreement or in any other country.

To summarize, we ask that you carefully check the legitimacy of your suppliers and refuse to purchase any optical media products from unlicensed manufacturers. Also, if applicable, we suggest that you add the Philips' optical media licenses to your Vendor Qualification List.

We thank you in advance for your cooperation in this matter.

Sincerely,

Christopher J. Horgan
Senior Intellectual Property Counsel
Philips Electronics North America

cc: Becky Ellis, General Counsel, CES

Enclosures: CD and DVD Optical Media Player and Disc Patent Lists



🖨 Click to Print

## 2006 International CES Exhibitor Directory



**Amoi Electronics Co. Ltd.**
17777 Ctr. Ct. Dr., Ste. 260
Cerritos, CA 90703
USA
Telephone: (562)246-0790
Fax: (562)246-0799
E-mail: overseas@amoi.com.cn
URL: www.amoi.com



Mobile phone / LCD TV / MP3 player / Notebook computer

| **Company Booth(s):** | **Booth Number** | **Show Location** |
|---|---|---|
| | 31453 | South Hall 3 |

**Company Contact(s):**   Wade Wang, Vice GM

**Brand Name(s):**   AMOI

**Product Categories:**   Computer Hardware and Software - Notebook Computers
Home Theater - Video - Flat Panel Displays
Wireless Communications - Digital Wireless Phones - 3G Based Phones

**New Product(s):**   None listed.

**Export Market(s):**   None listed.

| **Financial Exchange(s):** | **Exchange** | **Ticker Symbol** |
|---|---|---|
| | Pacific Stock Exchange | 600057 |

| **Public Relations Contact(s):** | **Year-round** | **On-site (at the show)** |
|---|---|---|
| | Wade Wang | Wade Wang |
| | Ph: (562)246-0790 | Ph: (562)246-0790 |

**Investor Relations Contact:**   Donglin Huang
Ph: +86(592)5058123

**Press Event(s):**        None listed.


**Attention exhibitors:** Edit your directory listing.


[perform another search]

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL  (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL
(310) 777-3725

WRITER'S EMAIL
jjoyner@kmwlaw.com

December 14, 2005

**VIA FEDERAL EXPRESS**

Amoi Electronics, Inc.
17777 Center Court Drive, Suite 260
Cerritos, CA 90703

Re:   **Koninklijke Philips Electronics N.V./DVD+RW, CD-R and CD-RW Properties**

Dear Sir or Madam:

This letter is written to you and your company on behalf of Koninklijke Philips Electronics N.V. ("Philips").  Philips is a pioneer of optical recording technologies and products and is the owner of trademarks, patents, and other proprietary rights in and to such technologies and products (hereinafter the "Philips Properties").  The Philips Properties include, but are not limited to, trademark rights in and to the world famous Compact Disc Recordable (U.S. Reg. No. 2,712,766) (also known as "CD-R"), Compact Disc ReWritable (U.S. Reg. No. 2,718,596) (also known as "CD-RW"), and DVD+ReWritable (U.S. Reg. No. 2,610,036) (also known as "DVD+RW") marks, among others (hereinafter, collectively referred to as the "Logos").  Depictions of the Logos are enclosed with this letter.

Because of the foregoing rights, no one is authorized to manufacture, advertise, offer for sale or sell any products or engage in any conduct utilizing any of the Philips Properties, including the Logos, without the express written permission of Philips.  Philips operates a number of licensing programs whereby certain trademark and patent rights are made available to manufacturers of the relevant technology under reasonable and non-discriminatory conditions.  In order to affix or use any of Philips' Logos, an agreement must be obtained from Philips.

Notwithstanding this, it has come to our attention that you and your company are manufacturing, importing, advertising, distributing, offering for sale and/or selling, unauthorized merchandise (hereinafter referred to as "Counterfeit Products") including, but not limited to, CD-R, CD-RW and/or DVD+RW drives and/or recorders bearing Philips' Logos without Philips' written consent.  It is also our understanding that you and your company will attend the 2006 International Consumer Electronics Show in Las Vegas, Nevada, USA ("CES"), and that your company intends to exhibit and offer for sale the Counterfeit Product at CES.  Your unauthorized use of the Logos constitutes trademark infringement and unfair competition in that purchasers of your Counterfeit Products in question will erroneously believe that such merchandise is authorized by Philips.  In addition, your Counterfeit Products dilute the distinctiveness of the Philips Properties and Logos by trading upon the goodwill and reputation which the public associates with the Philips Properties and Logos.  Further, your acts of unfair competition

December 14, 2005
Page 2

substantially interfere with the merchandising and licensing of the Philips Properties and with the businesses of Philips and its licensees who are authorized to use the Philips Properties.

Moreover, the violators of such rights face, among other things, seizure of counterfeit products, injunctions, damages (which may be trebled), attorneys' fees, and, in appropriate circumstances, a criminal arrest. The Trademark Counterfeiting Act of 1984 specifically prohibits the distribution, offering for sale and sale of counterfeit merchandise and makes such activity punishable by fine of up to $5,000,000 and a possible prison term of 10 years. 18 U.S.C. § 2320.

On behalf of Philips, we demand that you and each and every person or company affiliated with you:

    (1)    Immediately and permanently discontinue the importation, manufacture, advertising, distribution, sale and offering for sale of all of your Counterfeit Products;

    (2)    Refrain from exhibiting and/or offering for sale your Counterfeit Product, or conducting any business with respect to your Counterfeit Products, at the CES;

    (3)    Immediately and voluntarily surrender to our firm your entire inventory of such Counterfeit Products on hand as of this date, including all advertising material, brochures, and the such that bear the Logos; and

    (4)    Advise us in writing of your compliance with the foregoing and furnish us with the following information within five (5) days:

        (a)    A list describing each item manufactured, advertised, distributed, sold, and/or offered for sale by you which utilizes any of the Philips Properties;

        (b)    Any catalogs, promotional brochures or advertisements for any of the items listed in response to paragraph (a) above;

        (c)    The date you began to manufacture, advertise, distribute, sell and/or offer for sale each of the above-mentioned items;

        (d)    The number of each item listed pursuant to paragraph (a) above which you manufactured, advertised, distributed, sold and/or offered for sale; and

        (e)    The amount of unfulfilled orders you have received for the manufacture, distribution, or sale of each item listed in response to paragraph (a) above.

Philips considers your conduct to constitute a serious violation of its rights and to be very damaging to its businesses and reputations. We have been instructed to pursue this matter fully and seek all available remedies and the maximum allowable damages against you.

December 14, 2005
Page 3

Please confirm that you have ceased to engage in the infringing conduct described above by signing this letter in the space provided below. Philips has authorized us to pursue further legal action against you and seek the relief to which it is entitled including a seizure of counterfeit products, injunction, damages (which may be trebled), and attorneys' fees unless we receive a comprehensive response from you on or before the close of business on **December 16, 2005.**

Nothing in this letter shall be construed as a waiver or relinquishment of any right or remedy possessed by Philips or any other affected party, all of which are expressly reserved.

Very truly yours,

Jeffrey K. Joyner, of
KEATS/MCFARLAND & WILSON LLP

JKJ:gps
Enclosure

cc:     Koninklijke Philips Electronics N.V.

I, _____, on behalf of myself, the company _____, and any other entities under my direction or control, hereby acknowledge that I have ceased manufacturing, importing, advertising, distributing, offering for sale and selling any goods which infringe the Philips Properties; and have complied with paragraphs (1)-(4) above.

_____
Signature

_____
Print Name

REGISTERED TRADEMARKS OWNED BY KONINKLIJKE PHILIPS ELECTRONICS N.V.

DVD+RW, CD-R, and CD-RW









FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

12/19/2005

Dear Customer:

The following is the proof of delivery you requested with the tracking number **850803991408**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 17777 CENTER CT 260 |
| **Signed for by:** | L.HOOTS | **Delivery date:** | Dec 15, 2005 10:43 |
| **Service type:** | Priority Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 850803991408 | **Ship date:** | Dec 14, 2005 |

**Recipient:**
AMOI ELECTRONICS INC
17777 CENTER COURT DR 260
90703 US

**Shipper:**
JEFFREY YOYNER
KEATS MCFARLAND & WILSON LLP
9720 WILSHIRE BLVD PH
902122017 US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# KEATS McFARLAND & WILSON LLP

### ATTORNEYS AT LAW

TEL  (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

WRITER'S DIRECT DIAL
(310) 777-3725

WRITER'S EMAIL
jjoyner@kmwlaw.com

www.kmwlaw.com

December 14, 2005

**VIA FEDERAL EXPRESS**

Amoisonic Electronics Company, Ltd.
Amoi Electronics Company, Ltd.
45 Tiyu Road
Xiamen Fujian 361012
CHINA

Re:   **Koninklijke Philips Electronics N.V./DVD+RW, CD-R and CD-RW Properties**

Dear Sir or Madam:

This letter is written to you and your company on behalf of Koninklijke Philips Electronics N.V. ("Philips").  Philips is a pioneer of optical recording technologies and products and is the owner of trademarks, patents, and other proprietary rights in and to such technologies and products (hereinafter the "Philips Properties").  The Philips Properties include, but are not limited to, trademark rights in and to the world famous Compact Disc Recordable (U.S. Reg. No. 2,712,766) (also known as "CD-R"), Compact Disc ReWritable (U.S. Reg. No. 2,718,596) (also known as "CD-RW"), and DVD+ReWritable (U.S. Reg. No. 2,610,036) (also known as "DVD+RW") marks, among others (hereinafter, collectively referred to as the "Logos").  Depictions of the Logos are enclosed with this letter.

Because of the foregoing rights, no one is authorized to manufacture, advertise, offer for sale or sell any products or engage in any conduct utilizing any of the Philips Properties, including the Logos, without the express written permission of Philips.  Philips operates a number of licensing programs whereby certain trademark and patent rights are made available to manufacturers of the relevant technology under reasonable and non-discriminatory conditions.  In order to affix or use any of Philips' Logos, an agreement must be obtained from Philips.

Notwithstanding this, it has come to our attention that you and your company are manufacturing, importing, advertising, distributing, offering for sale and/or selling, unauthorized merchandise (hereinafter referred to as "Counterfeit Products") including, but not limited to, CD-R, CD-RW and/or DVD+RW drives and/or recorders bearing Philips' Logos without Philips' written consent.  It is also our understanding that you and your company will attend the 2006 International Consumer Electronics Show in Las Vegas, Nevada, USA ("CES"), and that your company intends to exhibit and offer for sale the Counterfeit Product at CES.  Your unauthorized use of the Logos constitutes trademark infringement and unfair competition in that purchasers of your Counterfeit Products in question will erroneously believe that such merchandise is authorized by Philips.  In addition, your Counterfeit Products dilute the

December 14, 2005
Page 2

distinctiveness of the Philips Properties and Logos by trading upon the goodwill and reputation which the public associates with the Philips Properties and Logos. Further, your acts of unfair competition substantially interfere with the merchandising and licensing of the Philips Properties and with the businesses of Philips and its licensees who are authorized to use the Philips Properties.

Moreover, the violators of such rights face, among other things, seizure of counterfeit products, injunctions, damages (which may be trebled), attorneys' fees, and, in appropriate circumstances, a criminal arrest. The Trademark Counterfeiting Act of 1984 specifically prohibits the distribution, offering for sale and sale of counterfeit merchandise and makes such activity punishable by fine of up to $5,000,000 and a possible prison term of 10 years. 18 U.S.C. § 2320.

On behalf of Philips, we demand that you and each and every person or company affiliated with you:

(1)    Immediately and permanently discontinue the importation, manufacture, advertising, distribution, sale and offering for sale of all of your Counterfeit Products;

(2)    Refrain from exhibiting and/or offering for sale your Counterfeit Product, or conducting any business with respect to your Counterfeit Products, at the CES;

(3)    Immediately and voluntarily surrender to our firm your entire inventory of such Counterfeit Products on hand as of this date, including all advertising material, brochures, and the such that bear the Logos; and

(4)    Advise us in writing of your compliance with the foregoing and furnish us with the following information within five (5) days:

(a)    A list describing each item manufactured, advertised, distributed, sold, and/or offered for sale by you which utilizes any of the Philips Properties;

(b)    Any catalogs, promotional brochures or advertisements for any of the items listed in response to paragraph (a) above;

(c)    The date you began to manufacture, advertise, distribute, sell and/or offer for sale each of the above-mentioned items;

(d)    The number of each item listed pursuant to paragraph (a) above which you manufactured, advertised, distributed, sold and/or offered for sale; and

(e)    The amount of unfulfilled orders you have received for the manufacture, distribution, or sale of each item listed in response to paragraph (a) above.

Philips considers your conduct to constitute a serious violation of its rights and to be very

December 14, 2005
Page 3

Philips considers your conduct to constitute a serious violation of its rights and to be very damaging to its businesses and reputations. We have been instructed to pursue this matter fully and seek all available remedies and the maximum allowable damages against you.

Please confirm that you have ceased to engage in the infringing conduct described above by signing this letter in the space provided below. Philips has authorized us to pursue further legal action against you and seek the relief to which it is entitled including a seizure of counterfeit products, injunction, damages (which may be trebled), and attorneys' fees unless we receive a comprehensive response from you on or before the close of business on **December 16, 2005.**

Nothing in this letter shall be construed as a waiver or relinquishment of any right or remedy possessed by Philips or any other affected party, all of which are expressly reserved.

Very truly yours,

Jeffrey K. Joyner, of
KEATS MCFARLAND & WILSON LLP

JKJ:gps
Enclosure

cc:    Koninklijke Philips Electronics N.V.


I, _____, on behalf of myself, the company _____, and any other entities under my direction or control, hereby acknowledge that I have ceased manufacturing, importing, advertising, distributing, offering for sale and selling any goods which infringe the Philips Properties; and have complied with paragraphs (1)-(4) above.


_____

Signature


_____

Print Name

**REGISTERED TRADEMARKS OWNED BY KONINKLIJKE PHILIPS ELECTRONICS N.V.**

**DVD+RW, CD-R, and CD-RW**









FedEx Express                    U.S. Mail: PO Box 727
Customer Support Trace           Memphis, TN 38194-4643
3875 Airways Boulevard
Module H, 4th Floor              Telephone: 901-369-3600
Memphis, TN 38116

12/20/2005

Dear Customer:

The following is the proof of delivery you requested with the tracking number **848578755426**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Dec 17, 2005 09:18 |
| **Signed for by:** | ..MR.FANG | | |
| **Service type:** | Priority Envelope | | |

### NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 848578755426 | **Ship date:** | Dec 14, 2005 |
| | | **Weight:** | 0.5 lbs. |
| **Recipient:** | | **Shipper:** | |
| XIAMEN FUJIAN CN | | BEVERLY HILLS, CA US | |
| **Reference** | | 1028200022 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



United States Home

Information Center | Custom

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi |

| Ship | Track | Manage My Account | International Tools |

## FedEx Express® Signature Proof of Delivery
# No Signature Found

? Quick Help

Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment.  Availability of signature images may take up to 5 days after delivery date. Please check again later for a signature.

**You can also track:**
- Signature Pro

**Related Links**
- Track more sh
- My FedEx

Signature Proof of information is provid shipper, recipient, or payor only. Effectiv you will need to pr account number for details.

**Shipment Information**

| | | | | |
|---|---|---|---|---|
| **Tracking number:** | 848578755426 | **Ship date:** | Dec 14, 2005 | |
| **Status:** | Delivered | **Weight:** | 0.5 lbs. | |
| **Signed for by:** | ..MR.FANG | **Delivery location:** | 45 TIYU ROAD | |
| **Service type:** | Priority Envelope | **Delivery date:** | Dec 17, 2005 09:18 | |

| | | | |
|---|---|---|---|
| **Recipient:** | AMASONIC ELECTRONICS COMPANY, 45 TIYU ROAD XIAMEN FUJIAN 361012 CN | **Shipper:** | JEFFREY K. JOYNER KEATS MCFARLAND & WILSON LLP 9720 WILSHIRE BLVD PH BEVERLY HILLS , CA 902122017 US |

| **Reference** | 1028200022 |
|---|---|

Your next step

◉ Online letter (no signature)
○ Fax letter (no signature)
○ Make a new request

**Please note**
If you have any questions about this shipment, please contact us .

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

United States Home                                            Information Center | Custom

**FedEx** ®

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi |

| Ship | Track | Manage My Account | International Tools |

## Track Shipments
## Detailed Results

🖶 Printable Version        ❓ Quick Help

| | | | | | **Wrong Address?** |
|---|---|---|---|---|---|
| **Tracking number** | 848578755426 | **Reference** | | 1028200022 | Reduce future mistal |
| **Signed for by** | ..MR.FANG | **Destination** | | XIAMEN FUJIAN CN | FedEx Address Chec |
| **Ship date** | Dec 14, 2005 | **Delivered to** | | Receptionist/Front Desk | |
| **Delivery date** | Dec 17, 2005 9:18 AM | **Service type** | | Priority Envelope | **Shipping Freight?** |
| | | **Weight** | | 0.5 lbs. | FedEx has LTL, air fr |
| **Status** | Delivered | | | | surface and air expe |
| | | | | | multi piece package |
| | | | | | and ocean freight. |

| Date/Time | | Activity | Location | Details | |
|---|---|---|---|---|---|
| **Dec 17, 2005** | 9:18 AM | **Delivered** | XIAMEN FUJIAN CN | | **Need to track a** |
| | 8:49 AM | On FedEx vehicle for delivery | XIAMEN CN | | **FedEx SmartPost** |
| | 8:36 AM | At local FedEx facility | XIAMEN CN | | **shipment?** |
| **Dec 16, 2005** | 9:10 PM | Int'l shipment release | SHENZHEN CN | | |
| | 3:06 PM | Shipment exception | SHENZHEN CN | Held, cleared regulatory agency(s) after aircraft departed | |
| **Dec 15, 2005** | 8:43 AM | Departed FedEx location | ANCHORAGE, AK | | |
| | 7:24 AM | Arrived at FedEx location | ANCHORAGE, AK | | |
| | 2:53 AM | Departed FedEx location | MEMPHIS, TN | | |
| **Dec 14, 2005** | 7:19 PM | Arrived at FedEx location | LOS ANGELES, CA | | |
| | 7:15 PM | In transit | LOS ANGELES, CA | | |
| | 6:56 PM | Left origin | LOS ANGELES, CA | | |

[ Signature proof ]   [ Email results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                          **Your Email Address:**

| Email address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

English

**Select format:** ⦿ HTML  ◯ Text  ◯ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and Conditions</u>

Submit

<u>Global Home</u> | <u>Service Info</u> | <u>About FedEx</u> | <u>Investor Relations</u> | <u>Careers</u> | <u>fedex.com Terms of Use</u> | <u>Privacy Policy</u>
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx



United States Home      Information Center | Custom

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi |

| Ship | Track | Manage My Account | International Tools |

## FedEx Express® Signature Proof of Delivery
**No Signature Found**

? Quick Help

You can also track:
- Signature Pro

Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date. Please check again later for a signature.

Related Links
- Track more sh
- My FedEx

Shipment Information

Signature Proof of information is provid shipper, recipient, or payor only. Effectiv you will need to pr account number for details.

| Tracking number: | 848578755426 | Ship date: | Dec 14, 2005 |
| Status: | Delivered | Weight: | 0.5 lbs. |
| Signed for by: | ..MR.FANG | Delivery date: | Dec 17, 2005 09:18 |
| Service type: | Priority Envelope | | |

| Recipient: | XIAMEN FUJIAN CN | Shipper: | BEVERLY HILLS , CA US |

| Reference | 1028200022 | | |

Your next step

⦿ Online letter (no signature)
◯ Fax letter (no signature)
◯ Make a new request

**Please note**
If you have any questions about this shipment, please contact us .

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx



## Philips Intellectual Property & Standards

Direct Dial:  (408) 474-9072
E-Mail:  chris.horgan@philips.com

VIA FEDERAL EXPRESS

December 23, 2004

Ms. M. Jeannie Vogler, SVP of Operations
Norcent
550 Cliffside Dr.
San Dimas, CA 91773
USA

**Re:  Intellectual Property Rights Covering CD, DVD, CD-R/RW, DVD-R/RW, DVD+R/RW, and SACD Products and CES 2005**

Dear Sir/Madam:

We understand that your company is a purchaser, seller and or trader of Compact Disc ("CD") or Digital Versatile Disc ("DVD") related products and will be displaying at the upcoming 2005 International Consumer Electronics Show (CES) in Las Vegas, Nevada.  We write to offer you information concerning Philips' Intellectual Property Rights in optical media products and a reminder that it is an infringement of these rights to make, use, sell, offer to sell or import unlicensed optical media products.

Koninklijke Philips Electronics N.V. ("Philips") is the owner of the world-wide patent portfolio of the Philips group of companies.  Philips operates a number of licensing programs whereby certain patent rights are made available to manufacturers of the relevant technology under reasonable and non-discriminatory conditions.  In addition to licensing its own patent rights, Philips has been authorized by certain third party patent owners (notably Sony Corporation) to include in the patent portfolio available under license agreements, the patents of such third parties, relevant to the technology concerned.  A list of the essential patents for each format is available at our website www.licensing.philips.com.  Every CD, CD-R/RW, DVD, DVD-R/RW, DVD+R/RW and SACD player and disc manufactured in, imported into, purchased or sold within the United States and/or Canada is covered by these essential patents.  Further, Philips owns the trademark rights in the CD-Recordable (U.S. Registration No. 2,712,766), CD-ReWritable (U.S. Registration No. 2,718,596), and DVD+RW (U.S. Registration No. 2,610,036) marks.

Currently, some manufacturers of CD, DVD, CD-R\RW, DVD-R/RW, and DVD+R



Philips Electronics North America Corporation
1109 McKay Drive, M/S-41SJ      Tel: (408) 434-3000
San Jose, CA 95131               Fax: (408) 474-9082

/RW players and discs remain unlicensed despite repeated efforts by Philips and their knowledge of the use of these patent and trademark rights. The manufacture and sale of CD, DVD, CD-R\RW, DVD-R/RW, DVD+R/RW and SACD players and discs without an appropriate license is an infringement of the attached essential patents. Manufacturers that continue this practice are candidates for litigation and seizure of products. Companies that purchase or trade in unlicensed products, even without knowledge, are direct infringers of our patents and are also potential candidates for legal action and product seizures. Furthermore, companies that trade in unlicensed products pass this liability along to their unwitting customers. A promise by a manufacturer to somehow "indemnify" its customers against an action by Philips will not prevent Philips from collecting royalties and other damages directly from those customers. If you are promised indemnification by a manufacturer, you should investigate whether the manufacturer has sufficient financial resources to make payment under the indemnification. You should also consider the costs to you (e.g., legal fees) of enforcing the indemnification against a manufacturer.

We are informing you of the existence of unlicensed products in the market so that your company may take the necessary steps to protect itself from legal liability. We strongly encourage you to scrutinize the legitimacy of any CD, DVD, CD-R\RW, DVD-R/RW, DVD+R/RW and SACD products supplied to your company and to place orders only with manufacturers that are duly licensed by Philips. You may do this by checking the list of licensed manufacturers at our website www.licensing.philips.com or by contacting this office for the status of any particular supplier. When accessing the website, please scroll down the first page of the website to the "Licensee Database". The Licensee Database is organized by company name, country and type of agreement (CD, DVD, etc). If a company is licensed to manufacture under one type of agreement or in one country, it does not mean they are licensed to manufacture under any other type of agreement or in any other country.

To summarize, we ask that you carefully check the legitimacy of your suppliers and refuse to purchase any optical media products from unlicensed manufacturers. Also, if applicable, we suggest that you add the Philips' optical media licenses to your Vendor Qualification List.

We thank you in advance for your cooperation in this matter.

Sincerely,

Chris Horgan

Christopher J. Horgan
Senior Intellectual Property Counsel
Philips Electronics North America

cc: Becky Ellis, General Counsel, CES

Enclosures: CD and DVD Optical Media Player and Disc Patent Lists



# 2006 International CES Exhibitor Directory



**Norcent**
550 Cliffside Dr.
San Dimas, CA 91773
USA
Telephone: 909-305-8885
Fax: 909-305-8816
E-mail: susanaperez@norcent.net
URL: www.norcent.net



Norcent is a worldwide, award-winning consumer electronics manufacturer dedicated to bringing the latest digital technology to the mainstream consumer market. Strategic technology partnerships along with Norcent's ability to leverage the most competitive ISO certified manufacturing facilities allows them to provide cutting-edge digital products to consumers at the best overall value.

| **Company Booth(s):** | **Booth Number** | **Show Location** |
|---|---|---|
| | 20425 | South Hall 1 |
| | 9836 | Central Hall |

**Company Contact(s):** Ms. Susana Santos-Perez, Executive Assistant to CEO

**Brand Name(s):** Norcent

**Product Categories:**
Blank Media
Home Theater
Other Consumer Electronics
Video

**New Product(s):** None listed.

**Export Market(s):** None listed.

**Financial Exchange(s):** None listed.

| **Public Relations Contact(s):** | **Year-round** | **On-site (at the show)** |
|---|---|---|
| | Antarra Communications | Antarra Communications |
| | Susan Van Barneveld | Susan Van Barneveld |
| | Ph: 714-891-3660 | Ph: 714-891-3660 |

**Investor Relations Contact:** Dennis Robinson

Ph: 909-305-8885

**Press Event(s):**        None listed.


**Attention exhibitors:** Edit your directory listing.


[perform another search]

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL
(310) 777-3725

WRITER'S EMAIL
jjoyner@kmwlaw.com

December 14, 2005

**VIA FEDERAL EXPRESS**

Norcent Technology
550 Cliffside Drive
San Dimas, CA 91773

Re:   **Koninklijke Philips Electronics N.V./DVD+RW, CD-R and CD-RW Properties**

Dear Sir or Madam:

        This letter is written to you and your company on behalf of Koninklijke Philips Electronics N.V. ("Philips"). Philips is a pioneer of optical recording technologies and products and is the owner of trademarks, patents, and other proprietary rights in and to such technologies and products (hereinafter the "Philips Properties"). The Philips Properties include, but are not limited to, trademark rights in and to the world famous Compact Disc Recordable (U.S. Reg. No. 2,712,766) (also known as "CD-R"), Compact Disc ReWritable (U.S. Reg. No. 2,718,596) (also known as "CD-RW"), and DVD+ReWritable (U.S. Reg. No. 2,610,036) (also known as "DVD+RW") marks, among others (hereinafter, collectively referred to as the "Logos"). Depictions of the Logos are enclosed with this letter.

        Because of the foregoing rights, no one is authorized to manufacture, advertise, offer for sale or sell any products or engage in any conduct utilizing any of the Philips Properties, including the Logos, without the express written permission of Philips. Philips operates a number of licensing programs whereby certain trademark and patent rights are made available to manufacturers of the relevant technology under reasonable and non-discriminatory conditions. In order to affix or use any of Philips' Logos, an agreement must be obtained from Philips.

        Notwithstanding this, it has come to our attention that you and your company are manufacturing, importing, advertising, distributing, offering for sale and/or selling, unauthorized merchandise (hereinafter referred to as "Counterfeit Products") including, but not limited to, CD-R, CD-RW and/or DVD+RW drives and/or recorders bearing Philips' Logos without Philips' written consent. It is also our understanding that you and your company will attend the 2006 International Consumer Electronics Show in Las Vegas, Nevada, USA ("CES"), and that your company intends to exhibit and offer for sale the Counterfeit Product at CES. Your unauthorized use of the Logos constitutes trademark infringement and unfair competition in that purchasers of your Counterfeit Products in question will erroneously believe that such merchandise is authorized by Philips. In addition, your Counterfeit Products dilute the distinctiveness of the Philips Properties and Logos by trading upon the goodwill and reputation which the public associates with the Philips Properties and Logos. Further, your acts of unfair competition

December 14, 2005
Page 2

substantially interfere with the merchandising and licensing of the Philips Properties and with the businesses of Philips and its licensees who are authorized to use the Philips Properties.

Moreover, the violators of such rights face, among other things, seizure of counterfeit products, injunctions, damages (which may be trebled), attorneys' fees, and, in appropriate circumstances, a criminal arrest. The Trademark Counterfeiting Act of 1984 specifically prohibits the distribution, offering for sale and sale of counterfeit merchandise and makes such activity punishable by fine of up to $5,000,000 and a possible prison term of 10 years. 18 U.S.C. § 2320.

On behalf of Philips, we demand that you and each and every person or company affiliated with you:

(1) Immediately and permanently discontinue the importation, manufacture, advertising, distribution, sale and offering for sale of all of your Counterfeit Products;

(2) Refrain from exhibiting and/or offering for sale your Counterfeit Product, or conducting any business with respect to your Counterfeit Products, at the CES;

(3) Immediately and voluntarily surrender to our firm your entire inventory of such Counterfeit Products on hand as of this date, including all advertising material, brochures, and the such that bear the Logos; and

(4) Advise us in writing of your compliance with the foregoing and furnish us with the following information within five (5) days:

(a) A list describing each item manufactured, advertised, distributed, sold, and/or offered for sale by you which utilizes any of the Philips Properties;

(b) Any catalogs, promotional brochures or advertisements for any of the items listed in response to paragraph (a) above;

(c) The date you began to manufacture, advertise, distribute, sell and/or offer for sale each of the above-mentioned items;

(d) The number of each item listed pursuant to paragraph (a) above which you manufactured, advertised, distributed, sold and/or offered for sale; and

(e) The amount of unfulfilled orders you have received for the manufacture, distribution, or sale of each item listed in response to paragraph (a) above.

Philips considers your conduct to constitute a serious violation of its rights and to be very damaging to its businesses and reputations. We have been instructed to pursue this matter fully and seek all available remedies and the maximum allowable damages against you.

December 14, 2005
Page 3

     Please confirm that you have ceased to engage in the infringing conduct described above by signing this letter in the space provided below.  Philips has authorized us to pursue further legal action against you and seek the relief to which it is entitled including a seizure of counterfeit products, injunction, damages (which may be trebled), and attorneys' fees unless we receive a comprehensive response from you on or before the close of business on **December 16, 2005.**

     Nothing in this letter shall be construed as a waiver or relinquishment of any right or remedy possessed by Philips or any other affected party, all of which are expressly reserved.

Very truly yours,

Jeffrey K. Joyner, of
KEATS MCFARLAND & WILSON LLP

JKJ:gps
Enclosure

cc:    Koninklijke Philips Electronics N.V.

I, _____, on behalf of myself, the company _____, and any other entities under my direction or control, hereby acknowledge that I have ceased manufacturing, importing, advertising, distributing, offering for sale and selling any goods which infringe the Philips Properties; and have complied with paragraphs (1)-(4) above.

_____
Signature

_____
Print Name

**REGISTERED TRADEMARKS OWNED BY KONINKLIJKE PHILIPS ELECTRONICS N.V.**

**DVD+RW, CD-R, and CD-RW**









FedEx Express                          U.S. Mail: PO Box 727
Customer Support Trace                 Memphis, TN 38194-4643
3875 Airways Boulevard
Module H, 4th Floor                     Telephone: 901-369-3600
Memphis, TN 38116

12/19/2005

Dear Customer:

The following is the proof of delivery you requested with the tracking number **853491545787**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 550 CLIFFSIDE DRIVE |
| **Signed for by:** | J.CHEN | **Delivery date:** | Dec 15, 2005 09:27 |
| **Service type:** | Priority Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 853491545787 | **Ship date:** | Dec 14, 2005 |
| **Recipient:** | | **Shipper:** | |
| | | JEFFREY JOYNER | |
| NORCENT TECHNOLOGY | | KEATS MCFARLAND & WILSON LLP | |
| 550 CLIFFSIDE DR | | 9720 WILSHIRE BLVD PH | |
| | | BEVERLY HILLS, CA 902122017 US | |
| SAN DIMAS, CA 91773 US | | | |
| **Reference** | | 10282-00022 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# KEATS McFARLAND & WILSON LLP

### ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

WRITER'S DIRECT DIAL
(310) 777-3725

WRITER'S EMAIL
jjoyner@kmwlaw.com

www.kmwlaw.com

December 14, 2005

**VIA FEDERAL EXPRESS**

Shanghai Norcent Technology Co., Ltd.
Shanghai Hong Sheng Technology Co., Ltd.
618 Shangcheng Road
Pudong, Shanghai 200120
CHINA

Re:   **Koninklijke Philips Electronics N.V./DVD+RW, CD-R and CD-RW Properties**

Dear Sir or Madam:

This letter is written to you and your company on behalf of Koninklijke Philips Electronics N.V. ("Philips"). Philips is a pioneer of optical recording technologies and products and is the owner of trademarks, patents, and other proprietary rights in and to such technologies and products (hereinafter the "Philips Properties"). The Philips Properties include, but are not limited to, trademark rights in and to the world famous Compact Disc Recordable (U.S. Reg. No. 2,712,766) (also known as "CD-R"), Compact Disc ReWritable (U.S. Reg. No. 2,718,596) (also known as "CD-RW"), and DVD+ReWritable (U.S. Reg. No. 2,610,036) (also known as "DVD+RW") marks, among others (hereinafter, collectively referred to as the "Logos"). Depictions of the Logos are enclosed with this letter.

Because of the foregoing rights, no one is authorized to manufacture, advertise, offer for sale or sell any products or engage in any conduct utilizing any of the Philips Properties, including the Logos, without the express written permission of Philips. Philips operates a number of licensing programs whereby certain trademark and patent rights are made available to manufacturers of the relevant technology under reasonable and non-discriminatory conditions. In order to affix or use any of Philips' Logos, an agreement must be obtained from Philips.

Notwithstanding this, it has come to our attention that you and your company are manufacturing, importing, advertising, distributing, offering for sale and/or selling, unauthorized merchandise (hereinafter referred to as "Counterfeit Products") including, but not limited to, CD-R, CD-RW and/or DVD+RW drives and/or recorders bearing Philips' Logos without Philips' written consent. It is also our understanding that you and your company will attend the 2006 International Consumer Electronics Show in Las Vegas, Nevada, USA ("CES"), and that your company intends to exhibit and offer for sale the Counterfeit Product at CES. Your unauthorized use of the Logos constitutes trademark infringement and unfair competition in that purchasers of your Counterfeit Products in question will erroneously believe that such merchandise is authorized by Philips. In addition, your Counterfeit Products dilute the

December 14, 2005
Page 2

distinctiveness of the Philips Properties and Logos by trading upon the goodwill and reputation which the public associates with the Philips Properties and Logos. Further, your acts of unfair competition substantially interfere with the merchandising and licensing of the Philips Properties and with the businesses of Philips and its licensees who are authorized to use the Philips Properties.

Moreover, the violators of such rights face, among other things, seizure of counterfeit products, injunctions, damages (which may be trebled), attorneys' fees, and, in appropriate circumstances, a criminal arrest. The Trademark Counterfeiting Act of 1984 specifically prohibits the distribution, offering for sale and sale of counterfeit merchandise and makes such activity punishable by fine of up to $5,000,000 and a possible prison term of 10 years. 18 U.S.C. § 2320.

On behalf of Philips, we demand that you and each and every person or company affiliated with you:

    (1)    Immediately and permanently discontinue the importation, manufacture, advertising, distribution, sale and offering for sale of all of your Counterfeit Products;

    (2)    Refrain from exhibiting and/or offering for sale your Counterfeit Product, or conducting any business with respect to your Counterfeit Products, at the CES;

    (3)    Immediately and voluntarily surrender to our firm your entire inventory of such Counterfeit Products on hand as of this date, including all advertising material, brochures, and the such that bear the Logos; and

    (4)    Advise us in writing of your compliance with the foregoing and furnish us with the following information within five (5) days:

        (a)    A list describing each item manufactured, advertised, distributed, sold, and/or offered for sale by you which utilizes any of the Philips Properties;

        (b)    Any catalogs, promotional brochures or advertisements for any of the items listed in response to paragraph (a) above;

        (c)    The date you began to manufacture, advertise, distribute, sell and/or offer for sale each of the above-mentioned items;

        (d)    The number of each item listed pursuant to paragraph (a) above which you manufactured, advertised, distributed, sold and/or offered for sale; and

        (e)    The amount of unfulfilled orders you have received for the manufacture, distribution, or sale of each item listed in response to paragraph (a) above.

December 14, 2005
Page 3

Philips considers your conduct to constitute a serious violation of its rights and to be very damaging to its businesses and reputations. We have been instructed to pursue this matter fully and seek all available remedies and the maximum allowable damages against you.

Please confirm that you have ceased to engage in the infringing conduct described above by signing this letter in the space provided below. Philips has authorized us to pursue further legal action against you and seek the relief to which it is entitled including a seizure of counterfeit products, injunction, damages (which may be trebled), and attorneys' fees unless we receive a comprehensive response from you on or before the close of business on **December 16, 2005.**

Nothing in this letter shall be construed as a waiver or relinquishment of any right or remedy possessed by Philips or any other affected party, all of which are expressly reserved.

Very truly yours,

Jeffrey K. Joyner, of
KEATS MCFARLAND & WILSON LLP

JKJ:gps
Enclosure

cc:    Koninklijke Philips Electronics N.V.

I, _____, on behalf of myself, the company _____, and any other entities under my direction or control, hereby acknowledge that I have ceased manufacturing, importing, advertising, distributing, offering for sale and selling any goods which infringe the Philips Properties; and have complied with paragraphs (1)-(4) above.

_____
Signature

_____
Print Name

REGISTERED TRADEMARKS OWNED BY KONINKLIJKE PHILIPS ELECTRONICS N.V.

DVD+RW, CD-R, and CD-RW








FedEx Express                      U.S. Mail: PO Box 727
Customer Support Trace             Memphis, TN 38194-4643
3875 Airways Boulevard
Module H, 4th Floor                Telephone: 901-369-3600
Memphis, TN 38116

12/20/2005

Dear Customer:

The following is the proof of delivery you requested with the tracking number **848578755827**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Dec 19, 2005 11:42 |
| **Signed for by:** | M.SWANG | | |
| **Service type:** | Priority Envelope | | |

### NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 848578755827 | **Ship date:** | Dec 14, 2005 |
| | | **Weight:** | 0.5 lbs. |
| **Recipient:** | | **Shipper:** | |
| PUDONG CN | | BEVERLY HILLS, CA US | |
| **Reference** | | 10282-00022 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



United States Home

Information Center | Custom

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi |
| --- | --- | --- | --- |
| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version    Quick Help

| | | | | | Wrong Address? |
| --- | --- | --- | --- | --- | --- |

**Wrong Address?**
Reduce future mistal
FedEx Address Chec

| Tracking number | 848578755827 | Reference | 10282-00022 |
| --- | --- | --- | --- |
| Signed for by | M.SWANG | Destination | PUDONG CN |
| Ship date | Dec 14, 2005 | Delivered to | Receptionist/Front Desk |
| Delivery date | Dec 19, 2005 11:42 AM | Service type | Priority Envelope |
| | | Weight | 0.5 lbs. |

**Shipping Freight?**
FedEx has LTL, air fi
surface and air expe
multi piece package
and ocean freight.

| Status | Delivered |
| --- | --- |

| Date/Time | | Activity | Location | Details |
| --- | --- | --- | --- | --- |
| Dec 19, 2005 | 11:42 AM | Delivered | PUDONG CN | |
| | 8:48 AM | On FedEx vehicle for delivery | SHANGHAI CN | |
| Dec 17, 2005 | 7:46 PM | Delivery exception | SHANGHAI CN | Holiday - Business closed |
| | 7:46 PM | At local FedEx facility | SHANGHAI CN | |
| | 9:49 AM | At local FedEx facility | SHANGHAI CN | |
| Dec 16, 2005 | 9:43 PM | Int'l shipment release | SHANGHAI CN | |
| Dec 15, 2005 | 8:55 AM | Departed FedEx location | ANCHORAGE, AK | |
| | 7:24 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 2:42 AM | Departed FedEx location | MEMPHIS, TN | |
| Dec 14, 2005 | 7:19 PM | Arrived at FedEx location | LOS ANGELES, CA | |
| | 7:15 PM | In transit | LOS ANGELES, CA | |
| | 6:56 PM | Left origin | LOS ANGELES, CA | |
| | 5:30 PM | Picked up | BEVERLY HILLS, CA | |

**Need to track a
FedEx SmartPost
shipment?**

| Signature proof | Email results | Track more shipments |
| --- | --- | --- |

Subscribe to tracking updates (optional)

Your Name:                          Your Email Address:

| Email address | Language | | Exception updates | Delivery updates |
| --- | --- | --- | --- | --- |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

Select format: ◉ HTML ◯ Text ◯ Wireless

Case 2:05-cv-01532-RLH-GWF   Document 11-4   Filed 12/28/05   Page 35 of 40

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and
Conditions</u>

Submit

---

<u>Global Home</u> | <u>Service Info</u> | <u>About FedEx</u> | <u>Investor Relations</u> | <u>Careers</u> | <u>fedex.com Terms of Use</u> | <u>Privacy Policy</u>
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

**FedEx**®

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi |

| Ship | **Track** | Manage My Account | International Tools |

FedEx Express® Signature Proof of Delivery          ? Quick Help
## No Signature Found

Proof of delivery details appear below, however no signature is currently available for this
FedEx Express shipment.  Availability of signature images may take up to 5 days after delivery date.
Please check again later for a signature.

Shipment Information

You can also track:
- Signature Pro
Related Links
- Track more sh
- My FedEx

| | | | | |
|---|---|---|---|---|
| **Tracking number:** | 848578755827 | **Ship date:** | Dec 14, 2005 | |
| **Status:** | Delivered | **Weight:** | 0.5 lbs. | |
| **Signed for by:** | M.SWANG | **Delivery date:** | Dec 19, 2005 11:42 | |
| **Service type:** | Priority Envelope | | | |
| **Recipient:** | PUDONG CN | **Shipper:** | BEVERLY HILLS , CA US | |
| **Reference** | 10282-00022 | | | |

Signature Proof of
information is provid
shipper, recipient, or
payor only. Effective
you will need to pr
account number for
details.

Your next step

⦿ Online letter (no signature)
○ Fax letter (no signature)
○ Make a new request

**Please note**
If you have any questions about this shipment, please contact us .

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx



## Norcent™
### Norcent Technology Inc.

550 Cliffside Drive, San Dimas, CA 91773  •  Tel:  909-305-8885  •  Fax: 909-305-8816  •  www.norcent.com

December 16, 2005

Jeffrey K. Joyner
Keats McFarland & Wilson LLP
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

### Re:  Koninklijke Philips Electronics

Dear Mr. Joyner,

I am in receipt of your letter dated December 14, 2005 regarding the above matter. Norcent will not be displaying and DVD products at CES.

Sincerely,

Dennis Robinson, CFO



可录式DVD Player

DVR3000

宏盛科技欢迎您



## PHILIPS

### Philips Intellectual Property & Standards

Direct Dial:  (408) 474-9072
E-Mail:  chris.horgan@philips.com

VIA FEDERAL EXPRESS

December 23, 2004

Mr. Wang Jingdong, General Manager
Shenzhen Newland Electronic Industry Co. Ltd.
Zhaofuda Industrial Park, Songgang, Baoan
Shenzhen,  518105
CHINA

**Re:  Intellectual Property Rights Covering CD, DVD, CD-R/RW, DVD-R/RW, DVD+R/RW, and SACD Products and CES 2005**

Dear Sir/Madam:

We understand that your company is a purchaser, seller and or trader of Compact Disc ("CD") or Digital Versatile Disc ("DVD") related products and will be displaying at the upcoming 2005 International Consumer Electronics Show (CES) in Las Vegas, Nevada. We write to offer you information concerning Philips' Intellectual Property Rights in optical media products and a reminder that it is an infringement of these rights to make, use, sell, offer to sell or import unlicensed optical media products.

Koninklijke Philips Electronics N.V. ("Philips") is the owner of the world-wide patent portfolio of the Philips group of companies.  Philips operates a number of licensing programs whereby certain patent rights are made available to manufacturers of the relevant technology under reasonable and non-discriminatory conditions.  In addition to licensing its own patent rights, Philips has been authorized by certain third party patent owners (notably Sony Corporation) to include in the patent portfolio available under license agreements, the patents of such third parties, relevant to the technology concerned.  A list of the essential patents for each format is available at our website www.licensing.philips.com.  Every CD, CD-R/RW, DVD, DVD-R/RW, DVD+R/RW and SACD player and disc manufactured in, imported into, purchased or sold within the United States and/or Canada is covered by these essential patents.  Further, Philips owns the trademark rights in the CD-Recordable (U.S. Registration No. 2,712,766), CD-ReWritable (U.S. Registration No. 2,718,596), and DVD+RW (U.S. Registration No. 2,610,036) marks.

Currently, some manufacturers of CD, DVD, CD-R\RW, DVD-R/RW, and DVD+R



Philips Electronics North America Corporation
1109 McKay Drive, M/S-41SJ
San Jose, CA 95131

Tel: (408) 434-3000
Fax: (408) 474-9082

/RW players and discs remain unlicensed despite repeated efforts by Philips and their knowledge of the use of these patent and trademark rights. The manufacture and sale of CD, DVD, CD-R\RW, DVD-R/RW, DVD+R/RW and SACD players and discs without an appropriate license is an infringement of the attached essential patents. Manufacturers that continue this practice are candidates for litigation and seizure of products. Companies that purchase or trade in unlicensed products, even without knowledge, are direct infringers of our patents and are also potential candidates for legal action and product seizures. Furthermore, companies that trade in unlicensed products pass this liability along to their unwitting customers. A promise by a manufacturer to somehow "indemnify" its customers against an action by Philips will not prevent Philips from collecting royalties and other damages directly from those customers. If you are promised indemnification by a manufacturer, you should investigate whether the manufacturer has sufficient financial resources to make payment under the indemnification. You should also consider the costs to you (e.g., legal fees) of enforcing the indemnification against a manufacturer.

We are informing you of the existence of unlicensed products in the market so that your company may take the necessary steps to protect itself from legal liability. We strongly encourage you to scrutinize the legitimacy of any CD, DVD, CD-R\RW, DVD-R/RW, DVD+R/RW and SACD products supplied to your company and to place orders only with manufacturers that are duly licensed by Philips. You may do this by checking the list of licensed manufacturers at our website www.licensing.philips.com or by contacting this office for the status of any particular supplier. When accessing the website, please scroll down the first page of the website to the "Licensee Database". The Licensee Database is organized by company name, country and type of agreement (CD, DVD, etc). If a company is licensed to manufacture under one type of agreement or in one country, it does not mean they are licensed to manufacture under any other type of agreement or in any other country.

To summarize, we ask that you carefully check the legitimacy of your suppliers and refuse to purchase any optical media products from unlicensed manufacturers. Also, if applicable, we suggest that you add the Philips' optical media licenses to your Vendor Qualification List.

We thank you in advance for your cooperation in this matter.

Sincerely,

Christopher J. Horgan
Senior Intellectual Property Counsel
Philips Electronics North America

cc: Becky Ellis, General Counsel, CES

Enclosures: CD and DVD Optical Media Player and Disc Patent Lists