



# 2006 International CES Exhibitor Directory

**Shenzhen Newland Electronic Industry Co. Ltd.**
Zhaofuda Industrial Park, HongQiaoTou Village
Songgang Town, Baoan District
Shenzhen
518105
Peoples Rep. of China
Telephone: +86 755 61131286
Fax: +86 755 61131283
E-mail: albern@chinanewland.cn
URL: www.chinanewland.cn

Established in 1995, Shenzhen Newland Electronic Industry Co., Ltd. is a professional consumer electronic product manufacturer. Our main products are DVD Players, Home Theatre, Multimedia Speakers and TVs. We have 1200 employees, 50 engineers and 20,000 square meter workshops. Our monthly production capacity is more than 300,000 sets.

| Company Booth(s): | Booth Number | Show Location |
|---|---|---|
| | 56086 | Las Vegas Hilton |

| Company Contact(s): | |
|---|---|
| | Mr. Hu Yongguang, Assistant G.M |
| | Mr. Wang Jingdong, General Manager |
| | Ms. Guan Aimin, Vice Sales Manager |
| | Mr. Chen Xiaozhong, Sales Manager |
| | Mr. Tang Yong, Sales Manager |

| Brand Name(s): | |
|---|---|
| | NEWLAND ,HYUNDAI (Distributor HYUNDAI IN CHINA) |

| Product Categories: | |
|---|---|
| | Audio - Speakers |
| | Audio - Speakers - Other Speakers |
| | Audio - Speakers - Subwoofers |
| | Audio - Speakers - Surround Sound Packages |
| | Blank Media - Audio - Disc-Based Micro Storage Devices |
| | Digital Imaging/Video Editing |
| | Home Theater |
| | Home Theater - Audio |
| | Personal Electronics - Electronic Toys |
| | Satellite Systems - Other Satellite System Equipment |
| | Video - Digital TV Products |
| | Video - Digital TV Products - Digital Direct-View |
| | Video - Digital TV Products - DTV Set-Top Recorders |
| | Video - Digital TV Products - LCD Screen Displays |
| | Video - Digital TV Products - Other Digital TV Products |

| New Product(s): | |
|---|---|
| | None listed. |

**Export Market(s):**       None listed.

**Financial Exchange(s):**     None listed.

**Public**              **Year-round**                    **On-site (at the show)**
**Relations Contact(s):**    None listed.                  None listed.

**Investor**
**Relations Contact:**      None listed.

**Press Event(s):**        None listed.

**Attention exhibitors:** Edit your directory listing.

[perform another search]

# KEATS McFARLAND & WILSON LLP

### ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

WRITER'S DIRECT DIAL
(310) 777-3725

WRITER'S EMAIL
jjoyner@kmwlaw.com

www.kmwlaw.com

December 14, 2005

**VIA FEDERAL EXPRESS**

Shenzhen Newland Electronic Industry Co., Ltd.
Bldg. 1-2, Zhaofuda Industrial Zone
Hong Qiao Tou Village, Sonngang Town
Baoan District
Shenzhen, Guangdong
CHINA 518105

Re:   **Koninklijke Philips Electronics N.V./DVD+RW, CD-R and CD-RW Properties**

Dear Sir or Madam:

This letter is written to you and your company on behalf of Koninklijke Philips Electronics N.V. ("Philips"). Philips is a pioneer of optical recording technologies and products and is the owner of trademarks, patents, and other proprietary rights in and to such technologies and products (hereinafter the "Philips Properties"). The Philips Properties include, but are not limited to, trademark rights in and to the world famous Compact Disc Recordable (U.S. Reg. No. 2,712,766) (also known as "CD-R"), Compact Disc ReWritable (U.S. Reg. No. 2,718,596) (also known as "CD-RW"), and DVD+ReWritable (U.S. Reg. No. 2,610,036) (also known as "DVD+RW") marks, among others (hereinafter, collectively referred to as the "Logos"). Depictions of the Logos are enclosed with this letter.

Because of the foregoing rights, no one is authorized to manufacture, advertise, offer for sale or sell any products or engage in any conduct utilizing any of the Philips Properties, including the Logos, without the express written permission of Philips. Philips operates a number of licensing programs whereby certain trademark and patent rights are made available to manufacturers of the relevant technology under reasonable and non-discriminatory conditions. In order to affix or use any of Philips' Logos, an agreement must be obtained from Philips.

Notwithstanding this, it has come to our attention that you and your company are manufacturing, importing, advertising, distributing, offering for sale and/or selling, unauthorized merchandise (hereinafter referred to as "Counterfeit Products") including, but not limited to, CD-R, CD-RW and/or DVD+RW drives and/or recorders bearing Philips' Logos without Philips' written consent. It is also our understanding that you and your company will attend the 2006 International Consumer Electronics Show in Las Vegas, Nevada, USA ("CES"), and that your company intends to exhibit and offer for sale the Counterfeit Product at CES. Your unauthorized use of the Logos constitutes trademark infringement and unfair competition in that purchasers of your Counterfeit Products in question will erroneously believe that

December 14, 2005
Page 2

such merchandise is authorized by Philips. In addition, your Counterfeit Products dilute the distinctiveness of the Philips Properties and Logos by trading upon the goodwill and reputation which the public associates with the Philips Properties and Logos. Further, your acts of unfair competition substantially interfere with the merchandising and licensing of the Philips Properties and with the businesses of Philips and its licensees who are authorized to use the Philips Properties.

Moreover, the violators of such rights face, among other things, seizure of counterfeit products, injunctions, damages (which may be trebled), attorneys' fees, and, in appropriate circumstances, a criminal arrest. The Trademark Counterfeiting Act of 1984 specifically prohibits the distribution, offering for sale and sale of counterfeit merchandise and makes such activity punishable by fine of up to $5,000,000 and a possible prison term of 10 years. 18 U.S.C. § 2320.

On behalf of Philips, we demand that you and each and every person or company affiliated with you:

(1)     Immediately and permanently discontinue the importation, manufacture, advertising, distribution, sale and offering for sale of all of your Counterfeit Products;

(2)     Refrain from exhibiting and/or offering for sale your Counterfeit Product, or conducting any business with respect to your Counterfeit Products, at the CES;

(3)     Immediately and voluntarily surrender to our firm your entire inventory of such Counterfeit Products on hand as of this date, including all advertising material, brochures, and the such that bear the Logos; and

(4)     Advise us in writing of your compliance with the foregoing and furnish us with the following information within five (5) days:

(a)     A list describing each item manufactured, advertised, distributed, sold, and/or offered for sale by you which utilizes any of the Philips Properties;

(b)     Any catalogs, promotional brochures or advertisements for any of the items listed in response to paragraph (a) above;

(c)     The date you began to manufacture, advertise, distribute, sell and/or offer for sale each of the above-mentioned items;

(d)     The number of each item listed pursuant to paragraph (a) above which you manufactured, advertised, distributed, sold and/or offered for sale; and

(e)     The amount of unfulfilled orders you have received for the manufacture, distribution, or sale of each item listed in response to paragraph (a) above.

December 14, 2005
Page 3

Philips considers your conduct to constitute a serious violation of its rights and to be very damaging to its businesses and reputations. We have been instructed to pursue this matter fully and seek all available remedies and the maximum allowable damages against you.

Please confirm that you have ceased to engage in the infringing conduct described above by signing this letter in the space provided below. Philips has authorized us to pursue further legal action against you and seek the relief to which it is entitled including a seizure of counterfeit products, injunction, damages (which may be trebled), and attorneys' fees unless we receive a comprehensive response from you on or before the close of business on **December 16, 2005.**

Nothing in this letter shall be construed as a waiver or relinquishment of any right or remedy possessed by Philips or any other affected party, all of which are expressly reserved.

Very truly yours,

Jeffrey K. Joyner, of
KEATS McFARLAND & WILSON LLP

JKJ:gps
Enclosure

cc:    Koninklijke Philips Electronics N.V.

I, _____, on behalf of myself, the company _____, and any other entities under my direction or control, hereby acknowledge that I have ceased manufacturing, importing, advertising, distributing, offering for sale and selling any goods which infringe the Philips Properties; and have complied with paragraphs (1)-(4) above.

_____
Signature

_____
Print Name

REGISTERED TRADEMARKS OWNED BY KONINKLIJKE PHILIPS ELECTRONICS N.V.

DVD+RW, CD-R, and CD-RW









FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

12/20/2005

Dear Customer:

The following is the proof of delivery you requested with the tracking number **848578755963**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Dec 17, 2005 11:38 |
| **Signed for by:** | R.ZHANG | | |
| **Service type:** | Priority Envelope | | |

## NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is
currently available for this FedEx Express shipment. Availability of signature
images may take up to 5 days after delivery date.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 848578755963 | **Ship date:** | Dec 14, 2005 |
| | | **Weight:** | 0.5 lbs. |
| **Recipient:** | | **Shipper:** | |
| SHENZHEN CN | | BEVERLY HILLS, CA US | |
| **Reference** | | 1028200022 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

FedEx | Track



United States Home

Information Center  |  Custom

Search

| Package/Envelope Services | Office/Print Services | Freight Services | Expedited Servi |
| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version    ? Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 848578755963 | **Reference** | 1028200022 | **Wrong Address?** |
| **Signed for by** | R.ZHANG | **Destination** | SHENZHEN CN | Reduce future mistal |
| **Ship date** | Dec 14, 2005 | **Delivered to** | Guard/Security Station | FedEx Address Chec |
| **Delivery date** | Dec 17, 2005 11:38 AM | **Service type** | Priority Envelope | |
| | | **Weight** | 0.5 lbs. | **Shipping Freight?** |
| | | | | FedEx has LTL, air fr |
| **Status** | Delivered | | | surface and air expe |
| | | | | multi piece package |
| | | | | and ocean freight. |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Dec 17, 2005** | 11:38 AM | **Delivered** | SHENZHEN CN | |
| | 9:21 AM | On FedEx vehicle for delivery | SHENZHEN CN | |
| **Dec 16, 2005** | 10:57 PM | At local FedEx facility | SHENZHEN CN | |
| | 8:55 PM | Int'l shipment release | SHENZHEN CN | |
| **Dec 15, 2005** | 8:43 AM | Departed FedEx location | ANCHORAGE, AK | |
| | 7:24 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 2:52 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:47 AM | Arrived at FedEx location | MEMPHIS, TN | |
| **Dec 14, 2005** | 7:31 PM | Departed FedEx location | LOS ANGELES, CA | |
| | 7:18 PM | Arrived at FedEx location | LOS ANGELES, CA | |
| | 6:56 PM | Left origin | LOS ANGELES, CA | |
| | 5:39 PM | Picked up | BEVERLY HILLS, CA | |

Need to track a
FedEx SmartPost
shipment?

| Signature proof | Email results | Track more shipments |

Subscribe to tracking updates (optional)

Your Name: _____        Your Email Address: _____

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

Select format:  ● HTML  ○ Text  ○ Wireless

Add personal message:

**Not available for Wireless or
non-English characters.**

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

Submit

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

United States Home                                    Information Center | Custom



Search

| Package/Envelope Services | Office / Print Services | Freight Services | Expedited Servi |

| Ship | Track | Manage My Account | International Tools |

## FedEx Express® Signature Proof of Delivery
## No Signature Found

(?) Quick Help

You can also track:
- Signature Pro

Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment.  Availability of signature images may take up to 5 days after delivery date. Please check again later for a signature.

Related Links
- Track more sh
- My FedEx

### Shipment Information

Signature Proof of information is provid shipper, recipient, or payor only. Effective you will need to pr account number for details.

| | | | |
|---|---|---|---|
| **Tracking number:** | 848578755963 | **Ship date:** | Dec 14, 2005 |
| **Status:** | Delivered | **Weight:** | 0.5 lbs. |
| **Signed for by:** | R.ZHANG | **Delivery date:** | Dec 17, 2005 11:38 |
| **Service type:** | Priority Envelope | | |
| **Recipient:** | SHENZHEN CN | **Shipper:** | BEVERLY HILLS , CA US |
| **Reference** | 1028200022 | | |

### Your next step

(●) Online letter (no signature)
(○) Fax letter (no signature)
(○) Make a new request

### Please note
If you have any questions about this shipment, please contact us .

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx



United States Home                                    Information Center | Custom

Search

Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi

Ship | **Track** | Manage My Account | International Tools

FedEx Express® Signature Proof of Delivery          (?) Quick Help
**No Signature Found**

Proof of delivery details appear below, however no signature is currently available for this
FedEx Express shipment.  Availability of signature images may take up to 5 days after delivery date.
Please check again later for a signature.

Shipment Information

You can also track:
• Signature Pro

Related Links
• Track more sh
• My FedEx

Signature Proof of
information is provid
shipper, recipient, or
payor only. Effective
you will need to pr
account number for
details.

| | | | |
|---|---|---|---|
| **Tracking number:** | 848578755963 | **Ship date:** | Dec 14, 2005 |
| **Status:** | Delivered | **Weight:** | 0.5 lbs. |
| **Signed for by:** | R.ZHANG | **Delivery location:** | BLDG. 1-2, ZHAOFUDA |
| **Service type:** | Priority Envelope | | INDUSTRIAL ZON |
| | | **Delivery date:** | Dec 17, 2005 11:38 |

| | | | |
|---|---|---|---|
| **Recipient:** | SHEN ZHEN NEWLAND ELECTRONICS IND BLDG. 1-2, ZHAOFUDA INDUSTRIAL ZON SHENZHEN 518105 CN | **Shipper:** | ILLEGIBLE KEATS MCFARLAND WILSON LLP 9720 WILSHIRE BLVD PH BEVERLY HILLS , CA 902122017 US |

| | |
|---|---|
| **Reference** | 1028200022 |

Your next step

⦿ Online letter (no signature)
◯ Fax letter (no signature)
◯ Make a new request

**Please note**
If you have any questions about this shipment, please contact us .

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx



## Name:DVD Recorder

## Model: DVR-4001

| | |
|---|---|
| DVD Loader | SANYO |
| MPEG Solution | LSI |
| Unit Dimension (WxHxL): | 430*55*290mm |
| Qty per Unit Packing: | 1pc/giftbox |
| Unit Packing (WxHxL): | 510 x 135 x 365 mm |
| Unit Packing (G.W.): | 4.6kg |
| Qty per Export Carton : | 3pc/ctn |
| Export carton (WxHxL): | 570 x 520 x 390 mm |
| Export carton (G.W.): | 20kg |
| Units per 20"/40"/40"HQ: | 1056/2304/2416PCS |
| Minimum Order Qty : | 1056pcs |

Playback Function

Plays DVD, DVD+R/+RW, DVD-R/-RW, VCD, CD, CD-R/-RW, MP3, JPG, Kodak Picture CD and more

Progressive Scan Video Out

USB1.1 directly playback compatible with most brands Memory Card (MS, SD, Compact Flash card) / Stick & U-Disc via USB output socket

Component video, S-Video and Composite video Outputs

96 kHz-24 bit Digital-to-Analog converter for top quality picture and sound

Stereo Audio out, Multi Channel outputs, Optical and Coaxial digital outputs

Advanced playback functions: Slow playback, repeat playback, parental control, MP3 player, JPG player, screen saver, Zoom In/Out, track selection,

different language on-screen display and mo ͮ

Support CD-R software upgraded

**DVD +RW Disc Recording & Edition Function**

Copy your favorite camcorder tapes onto DVD for life and permanent preservation

Record form the built-in TV Tuner in Super High-Quality to Recordable DVD discs

NICAM dual language TV program receiving function

OTR (One Touch Record), Timer and Manual recording modes

Multiple recording quality selection: HQ (High/Perfect Quality about 66 min), SP (Standard Play quality about 2 hours), EP (Extend Play quality about 4 hours), SLP (Standard Long Play quality about 6 hours)

Up to 6 Hours Max Recording on one 4.7 GB DVD+R/+RW disc

On-Screen Disc Title Navigation gives you quick, easy access to your Recordings

Editing features with Erase disc, Change Index Picture, Hide Chapter, Show Chapter, Edit Title Name

Recorded discs are Compatible with most brands DVD Players

Designed to make your life easier, the DVR series DVD RW recorders offer you a whole range of great features.

**DVIX Player**

Yes

**Yes DVD function**

* Optional

**Disc Formats Supported**

Disc type: Playback / Recording

DVD+RW: Yes / Yes

DVD+R: Yes / Yes

DVD-RW (video format): Yes / No

DVD-R: Yes / No

DVD-Video: Yes / No

SVCD: Yes / No

Video CD: Yes / No

Audio CD: Yes / No

CD-R: Yes / No

CD-RW: Yes / No

MP3 : Yes / No

Kodark Picture CD: Yes / No

JPG file: Yes / No

**DVD+Rewritable Disc Format**

Medium: Phase-Change ReWritable

Diameter: 12 cm

Capacity (single side): 4.7 Gbyte

Recording time:

HQ (High Quality): 60 minutes

SP (Standard Play): 120 minutes

EP (Extend Play): 240 minutes

SLP (Standard Long Play): 360 minutes

**TV Tuner Standard: PAL/SECAM / NTSC**

P/N Accompany Sound System:

PAL-I PAL-D/K PAL-B/G SECAM-L SECAM-D/K SECAM-B/G / NTSC-M NTSC-N

NICAM decoding: Yes / Yes

Max 200-channels tuning: Yes / Yes

*Germany, France, UK, Italy,

Spain, Australia, Europe (ASTRA IA, IB, IC) etc. TV-Channel sheet: Yes

*U.S.A. Canada, Japan, Taiwan etc. TV-Cha.__. sheet: Yes

Clock Set / Timer Recording: Yes / Yes

Scan Frequency: 50Hz / 60Hz

Number of lines: 625 lines / 525 lines

Playback: Yes / Yes

Recording: Yes / Yes

**Video Format**

Digital Compression:

MPEG2 for DVD

MPEG1 for VCD

**Video Resolution: 50Hz (PAL) / 60Hz (NTSC)**

TV Lines: 625 lines / 525 lines

DVD-Video/

**DVD+RW**

- Horizontal Resolution: 720 pixels / 720 pixels

- Vertical Resolution: 576 pixels / 480 pixels

**DVD+RW (EP/SLP)**

- Horizontal Resolution: 360 pixels / 360 pixels

- Vertical Resolution: 576 pixels / 480 pixels

**VCD**

- Horizontal Resolution: 352 pixels / 352 pixels

- Vertical Resolution: 288 pixels / 240 pixels

**Video Performance**

DA Converter: 10-bit 54MHz

AD Converter: 9-bit

Signal handling: Components

Video Output: 1 Vpp into 75 Ohm

S-Video Output:

Y: 1 Vpp into 75 Ohm

C: 0.3 Vpp into 75 Ohm

Component: Progressive out

Y: 1 Vpp into 75 Ohm

PB: 0.7 Vpp into Ohm

PR: 0.7 Vpp into 75Ohm


Audio Format

Compressed digital: Playback / Recording

Dolby Digital (AC-3): 6-channel / 2-channel (AC-3)

16-bit 48 kHz

DTS digital out: Coaxial, Optical digital out / ------

MPEG 1: 2-channel / ------

MPEG-2: 6-channel / ------

Uncompressed digital

PCM: 2-channel / ------

24-bit 96 kHz


Audio Performance

DA Converter: 24-bit 192 kHz

AD Converter:

Signal-Noise (1Khz): >/= 90 dB

Dynamic Range (1kHz): >/= 80 dB

Distortion/Noise (1kHz): >/= 80 dB

**Front Connection**

Input Jack

a. DV i-Link In: IEEE 1394 4-pin

b. S-Video In: Hosiden 4-pin*

c. Video In: Cinch (yellow)*

d. Audio Left/Right In: Cinch (white/red)*

**Rear Connection**

Input Jack

a. Y/Cr/Cb In

b. RF Antenna In: Coaxial 75 ohms

c. S-Video In: Hosiden 4-pin*

d. Video In: Cinch (yellow)*

e. Audio Left/Right In: Cinch (white/red)*

f. SCART In: Optional for European standard*

Output Jack

a. Component Video (Progressive Scan) Out:

Y / Cb/Pb / Cr/Pr Cinch (green/blue/red)*

b. S-video Out x 1

c. CVBS Out x 1

d. 5.1-CH (Dolby AC-3) Analog Out:

Front Left (FL) x 1

Front Right (FR) x 1

Surround Left (SR) x 1

Surround Right (SL) x 1

Center (C) x 1

Subwoofer (SW) x 1

e. Audio Mixed

Left/Right Out: Cinch (ML/MR white/red)*

f. Digital Audio Out:

Coaxial x 1

Optical x 1

g. RF Antenna Out: Coaxial 75 ohms

h. SCART Out: Optional for European standard machine*


**Power Supply**

AC power: polarized

Wide Voltage Power supply: 110-240V AC

Frequency: 50/60 Hz

Power consumption

Operation: 35W

Low-power standby: 3 W


**On Screen Display Language**

OSD language: English, France, German, Spanish, Chinese or customized language


**Recording Feature**

Automatically Scan TV channels (Preset most countries TV Channel Sheet)

One-Touch Record (OTR) Timer Record & Manual Record sellection

Timer Recording with record scheduler up to 20 tasks

Erase/Overwrite disc

Automatic/Manual Chapter Marker insertion

Disc write protection

Index Picture Screen for instant content over __ .

## Recording Quality

Mode / Time (Hour) / Record Rate / Encode Format / PAL(TVL) / NTS(TVL)

HQ / 1 / 9.5 Mpbs / MPEG2 / 720x576 / 720x480

SP / 2 / 5.1 Mpbs / MPEG2 / 720x576 / 720x480

EP / 4 / 2.5 Mpbs / MPEG2 / 352x576 / 352x480

SLP / 6 / 1.7 Mpbs / MPEG1 / 352x288 / 352x240

## DVD/CD/USB1.1 playback Feature

MP3 & JPG Navigator

USB1.1 digital picture (JPG file) and MP3 music files directly playback

(*compatible with most USB brands product includes MS, SD, Compact Flash card, U-disc)

Fast Forward/Backward (4 speeds)

Step Forward/Backward

Slow (4 speeds)

Direct Title/Track access

Next/Previous for Title/Track/Chapter

Repeat (Chapter/Title/All for DVD) or (Track/All for CD/MP3)

A-B Repeat

Zoom with picture enhancement

Auto Resume

## Accessory Contents

Standard Accessories

User Manual In English / x 1

Full function Remote Control / x 1

7# Battery / x 1 pair

Stereo audio (L-R) --- video cable (3x) / x 1

Cabinet

DVR-1028 Net Dimensions (L x W x D mm): 430 x 310 x 63mm

Remark: Front Panel Height 55mm

Net weight: 3.40 kg



| General | | |
|---|---|---|
| | Supported disc types | DVD/CD-DA,CD,CD-R/CDRW,DVD+R/RW |
| | Supported Video Formats | MPEG-1,MPEG-2,MPEG-4.JPEG |
| | TV System | PAL/SECAM |
| | Power requlrements | AC100-240 V,50/60Hz |
| | Power Consumption | 35W |
| | Weight | 4.7KG |
| | Dimensions | W420 x H63 x D330 mm |
| | Operating Temperature | 5°C-35°C |
| | Operating humidity | 10%-75% (no condensation) |
| Recording | Recording format | DVD VIDEO |
| | Recordable media | DVD+R,DVD+RW,HDD(80GB) |
| | Programs | 8 Programa |
| Timer | Clock | Quartz lock (24-hour digital display) |
| | Power off memory | Approx.1 hour 30 min. |
| Euro AV connectors (21-pin connector) | AV connector input/output x 1 AV connector output x    1 | This connector provides the video and audio signals for connection to a compatible color TV or monitor. |
| S-Video output | Y (luminance)-Ouutput level | 1.0 Vp~p(75Ω) |
| | C (color)-Output level | 0.286 Vp~p(75Ω) |
| | Jacks | S-VIDEO jack |
| Video Output | Output level | 1.0 Vp~p(75Ω) |
| | Jacks | RCA jack |

|  |  |  |
|---|---|---|
|  | Component video output(Y,Cb/Pb,Cr/Pr) | Y: 1.0 Vp~p(75Ω) |
|  | Output level | Cb/Pb,Cr/Pr: 0.7 Vp~p(75Ω) |
|  | Output level | 2 Vrms (1kHz,0db) |
| Audio output | Numbers of channels | 5.1Channels |
|  | Jacks | RCA jack |
|  | Frequency reponse | 4 Hz to 44 kHz(DVD fs:96 kHz) |
| Audio characteristics | S/N ratio | 100 db |
|  | Dynamic range | 95 db |
|  | Total harmonic distortion | 0.03% |
| Digital output | Optical digital output | Optical digital jack |
|  | Coaxial digital output | RCA jack |
| DV Input | IEEE 1394 standard | 4 pin |
|  | Audio/Video cable | 1 |
|  | RF Cable | 1 |
|  | Scart Cable | 1 |
| Accessories | Remote control unit | 1 |
|  | "AA" size batteries | 2 |
|  | Operating instructions | 1 |





# 2006 International CES Exhibitor Directory

**DESAY 德赛**

**Desay A & V Science & Technology Co. Ltd.**
Desay 3rd Industry Zone, Chenjiang
Huizhou City, Guangdong Province
CHINA
Peoples Rep. of China
Telephone: 86 752 2619756
Fax: 86 752 2619858
E-mail: imd8@chinadesay.com
URL: www.globalsources.com/desay.co

We are now a top manufacturer of DVD players in China. Our product range includes DVD recorders, DivX DVD player, DVB, and car A/V products. This output is sold in over 25 countries worldwide.

| Company Booth(s): | Booth Number | Show Location |
|---|---|---|
| | 20347 | South Hall 1 |

| Company Contact(s): | None listed. |
|---|---|

| Brand Name(s): | None listed. |
|---|---|

| Product Categories: | None listed. |
|---|---|

| New Product(s): | None listed. |
|---|---|

| Export Market(s): | None listed. |
|---|---|

| Financial Exchange(s): | None listed. |
|---|---|

| Public Relations Contact(s): | Year-round | On-site (at the show) |
|---|---|---|
| | Li Stan | Li Stan |
| | Ph: 86-752-2619598 | Ph: 86-752-2619598 |
| | | Desay A&V Science and Technology Co., Ltd. |
| | | Steven Huang |
| | | Ph: +86 752 261 9756 |

| Investor Relations Contact: | Li Stan |
|---|---|
| | Ph: 86-752-2619598 |

**Press Event(s):**      None listed.


**Attention exhibitors:** Edit your directory listing.


[perform another search]

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL
(310) 777-3725

WRITER'S EMAIL
jjoyner@kmwlaw.com

December 14, 2005

**VIA FEDERAL EXPRESS**
Desay A&V Science and Technology Co., Ltd.
Desay 3rd Industry Zone
Chenjiang Town
Huizhou City, Guangdong Province
CHINA

Re:   **Koninklijke Philips Electronics N.V./DVD+RW, CD-R and CD-RW Properties**

Dear Sir or Madam:

This letter is written to you and your company on behalf of Koninklijke Philips Electronics N.V. ("Philips"). Philips is a pioneer of optical recording technologies and products and is the owner of trademarks, patents, and other proprietary rights in and to such technologies and products (hereinafter the "Philips Properties"). The Philips Properties include, but are not limited to, trademark rights in and to the world famous Compact Disc Recordable (U.S. Reg. No. 2,712,766) (also known as "CD-R"), Compact Disc ReWritable (U.S. Reg. No. 2,718,596) (also known as "CD-RW"), and DVD+ReWritable (U.S. Reg. No. 2,610,036) (also known as "DVD+RW") marks, among others (hereinafter, collectively referred to as the "Logos"). Depictions of the Logos are enclosed with this letter.

Because of the foregoing rights, no one is authorized to manufacture, advertise, offer for sale or sell any products or engage in any conduct utilizing any of the Philips Properties, including the Logos, without the express written permission of Philips. Philips operates a number of licensing programs whereby certain trademark and patent rights are made available to manufacturers of the relevant technology under reasonable and non-discriminatory conditions. In order to affix or use any of Philips' Logos, an agreement must be obtained from Philips.

Notwithstanding this, it has come to our attention that you and your company are manufacturing, importing, advertising, distributing, offering for sale and/or selling, unauthorized merchandise (hereinafter referred to as "Counterfeit Products") including, but not limited to, CD-R, CD-RW and/or DVD+RW drives and/or recorders bearing Philips' Logos without Philips' written consent. It is also our understanding that you and your company will attend the 2006 International Consumer Electronics Show in Las Vegas, Nevada, USA ("CES"), and that your company intends to exhibit and offer for sale the Counterfeit Product at CES. Your unauthorized use of the Logos constitutes trademark infringement and unfair competition in that purchasers of your Counterfeit Products in question will erroneously believe that such merchandise is authorized by Philips. In addition, your Counterfeit Products dilute the

December 14, 2005
Page 2

distinctiveness of the Philips Properties and Logos by trading upon the goodwill and reputation which the public associates with the Philips Properties and Logos. Further, your acts of unfair competition substantially interfere with the merchandising and licensing of the Philips Properties and with the businesses of Philips and its licensees who are authorized to use the Philips Properties.

Moreover, the violators of such rights face, among other things, seizure of counterfeit products, injunctions, damages (which may be trebled), attorneys' fees, and, in appropriate circumstances, a criminal arrest. The Trademark Counterfeiting Act of 1984 specifically prohibits the distribution, offering for sale and sale of counterfeit merchandise and makes such activity punishable by fine of up to $5,000,000 and a possible prison term of 10 years. 18 U.S.C. § 2320.

On behalf of Philips, we demand that you and each and every person or company affiliated with you:

(1)    Immediately and permanently discontinue the importation, manufacture, advertising, distribution, sale and offering for sale of all of your Counterfeit Products;

(2)    Refrain from exhibiting and/or offering for sale your Counterfeit Product, or conducting any business with respect to your Counterfeit Products, at the CES;

(3)    Immediately and voluntarily surrender to our firm your entire inventory of such Counterfeit Products on hand as of this date, including all advertising material, brochures, and the such that bear the Logos; and

(4)    Advise us in writing of your compliance with the foregoing and furnish us with the following information within five (5) days:

(a)    A list describing each item manufactured, advertised, distributed, sold, and/or offered for sale by you which utilizes any of the Philips Properties;

(b)    Any catalogs, promotional brochures or advertisements for any of the items listed in response to paragraph (a) above;

(c)    The date you began to manufacture, advertise, distribute, sell and/or offer for sale each of the above-mentioned items;

(d)    The number of each item listed pursuant to paragraph (a) above which you manufactured, advertised, distributed, sold and/or offered for sale; and

(e)    The amount of unfulfilled orders you have received for the manufacture, distribution, or sale of each item listed in response to paragraph (a) above.

December 14, 2005
Page 3

     Philips considers your conduct to constitute a serious violation of its rights and to be very damaging to its businesses and reputations. We have been instructed to pursue this matter fully and seek all available remedies and the maximum allowable damages against you.

     Please confirm that you have ceased to engage in the infringing conduct described above by signing this letter in the space provided below. Philips has authorized us to pursue further legal action against you and seek the relief to which it is entitled including a seizure of counterfeit products, injunction, damages (which may be trebled), and attorneys' fees unless we receive a comprehensive response from you on or before the close of business on **December 16, 2005.**

     Nothing in this letter shall be construed as a waiver or relinquishment of any right or remedy possessed by Philips or any other affected party, all of which are expressly reserved.

Very truly yours,

Jeffrey K. Joyner, of
KEATS MCFARLAND & WILSON LLP

JKJ:gps
Enclosure

cc:   Koninklijke Philips Electronics N.V.

     I, _____, on behalf of myself, the company _____, and any other entities under my direction or control, hereby acknowledge that I have ceased manufacturing, importing, advertising, distributing, offering for sale and selling any goods which infringe the Philips Properties; and have complied with paragraphs (1)-(4) above.

_____

Signature

_____

Print Name

**REGISTERED TRADEMARKS OWNED BY KONINKLIJKE PHILIPS ELECTRONICS N.V.**

**DVD+RW, CD-R, and CD-RW**









FedEx Express                    U.S. Mail: PO Box 727
Customer Support Trace           Memphis, TN 38194-4643
3875 Airways Boulevard
Module H, 4th Floor              Telephone: 901-369-3600
Memphis, TN 38116

12/20/2005

Dear Customer:

The following is the proof of delivery you requested with the tracking number **848578755920**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Dec 20, 2005 11:19 |
| **Signed for by:** | .MS REN | | |
| **Service type:** | Priority Envelope | | |

## NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is
currently available for this FedEx Express shipment. Availability of signature
images may take up to 5 days after delivery date.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 848578755920 | **Ship date:** | Dec 16, 2005 |
| | | **Weight:** | 0.5 lbs. |
| **Recipient:** | | **Shipper:** | |
| HUIZHOU CITY CN | | BEVERLY HILLS, CA US | |
| **Reference** | | 10282 00022 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



United States Home                    Information Center  |  Custom

Search

| Package/Envelope Services | Office / Print Services | Freight Services | Expedited Servi |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

🖨 Printable Version    ❓ Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 848578755920 | **Reference** | 10282 00022 | **Wrong Address?**<br>Reduce future mistal |
| **Signed for by** | .MS REN | **Destination** | HUIZHOU CITY CN | FedEx Address Chec |
| **Ship date** | Dec 16, 2005 | **Delivered to** | Receptionist/Front Desk | |
| **Delivery date** | Dec 20, 2005 11:19 AM | **Service type** | Priority Envelope | **Shipping Freight?**<br>FedEx has LTL, air fr |
| | | **Weight** | 0.5 lbs. | surface and air expe |
| | | | | multi piece package |
| **Status** | Delivered | | | and ocean freight. |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Dec 20, 2005** | 11:19 AM | Delivered | HUIZHOU CITY CN | |
| **Dec 19, 2005** | 5:30 PM | Delivery exception | HUIZHOU CN | Incorrect address |
| | 12:20 PM | Shipment exception | SHENZHEN CN | Held, cleared regulatory agency(s) after aircraft departed |
| | 10:51 AM | Int'l shipment release | SHENZHEN CN | |
| **Dec 18, 2005** | 7:22 PM | In transit | LANTAU ISLAND HK | |
| **Dec 17, 2005** | 9:04 AM | Departed FedEx location | ANCHORAGE, AK | |
| | 7:21 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 3:30 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:11 AM | Arrived at FedEx location | MEMPHIS, TN | |
| **Dec 16, 2005** | 9:55 PM | Left origin | LOS ANGELES, CA | |
| | 7:58 PM | Departed FedEx location | LOS ANGELES, CA | |
| | 7:34 PM | Arrived at FedEx location | LOS ANGELES, CA | |
| | 7:30 PM | In transit | LOS ANGELES, CA | |
| | 11:21 AM | Picked up | BEVERLY HILLS, CA | |

**Need to track a FedEx SmartPost shipment?**



[ Signature proof ]    [ Email results ]    [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your Email Address:**

**Email address**      **Language**            **Exception updates**    **Delivery updates**

FedEx | Track

English  ☐
English  ☐
English  ☐
English  ☐

**Select format:** ◉ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and Conditions</u>    Submit

<u>Global Home</u> | <u>Service Info</u> | <u>About FedEx</u> | <u>Investor Relations</u> | <u>Careers</u> | <u>fedex.com Terms of Use</u> | <u>Privacy Policy</u>
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx



Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi |
|---|---|---|---|
| Ship | **Track** | Manage My Account | International Tools |

FedEx Express® Signature Proof of Delivery            ⑦ Quick Help
## No Signature Found

You can also track:
- Signature Pro

Proof of delivery details appear below, however no signature is currently available for this
FedEx Express shipment.  Availability of signature images may take up to 5 days after delivery date.
Please check again later for a signature.

Related Links
- Track more sh
- My FedEx

Shipment Information

Signature Proof of
information is provid
shipper, recipient, or
payor only. Effective
you will need to pr
account number for
details.

| | | | |
|---|---|---|---|
| **Tracking number:** | 848578755920 | **Ship date:** | Dec 16, 2005 |
| **Status:** | Delivered | **Weight:** | 0.5 lbs. |
| **Signed for by:** | .MS REN | **Delivery date:** | Dec 20, 2005 11:19 |
| **Service type:** | Priority Envelope | | |
| **Recipient:** | HUIZHOU CITY CN | **Shipper:** | BEVERLY HILLS , CA US |
| **Reference** | 10282 00022 | | |

Your next step

⦿ Online letter (no signature)
◯ Fax letter (no signature)
◯ Make a new request

███████████████

**Please note**
If you have any questions about this shipment, please underline contact us .

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

Page







12/26/2005

Page of 1

Greece
Hungary
Italy
MEXICO
Russia
SOUTH AMERICA

**Financial Exchange(s):** None listed.

**Public
Relations Contact(s):**

| **Year-round** | **On-site (at the show)** |
|---|---|
| Yali Cao | Yali Cao |
| Ph: 86-21-50802330 | Ph: 86-21-50802330 |

**Investor
Relations Contact:** Yali Cao
Ph: 86-21-50802330

**Press Event(s):** None listed.

**Attention exhibitors:** Edit your directory listing.

[perform another search]

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL
(310) 777-3725

WRITER'S EMAIL
jjoyner@kmwlaw.com

December 14, 2005

**VIA FEDERAL EXPRESS**
Xoro Electronics (Shanghai) Ltd.
2F Bldg. B, 489 Songtao Rd.
Pudong New District
Shanghai 201203
CHINA

Re:   **Koninklijke Philips Electronics N.V./DVD+RW, CD-R and CD-RW Properties**

Dear Sir or Madam:

This letter is written to you and your company on behalf of Koninklijke Philips Electronics N.V. ("Philips"). Philips is a pioneer of optical recording technologies and products and is the owner of trademarks, patents, and other proprietary rights in and to such technologies and products (hereinafter the "Philips Properties"). The Philips Properties include, but are not limited to, trademark rights in and to the world famous Compact Disc Recordable (U.S. Reg. No. 2,712,766) (also known as "CD-R"), Compact Disc ReWritable (U.S. Reg. No. 2,718,596) (also known as "CD-RW"), and DVD+ReWritable (U.S. Reg. No. 2,610,036) (also known as "DVD+RW") marks, among others (hereinafter, collectively referred to as the "Logos"). Depictions of the Logos are enclosed with this letter.

Because of the foregoing rights, no one is authorized to manufacture, advertise, offer for sale or sell any products or engage in any conduct utilizing any of the Philips Properties, including the Logos, without the express written permission of Philips. Philips operates a number of licensing programs whereby certain trademark and patent rights are made available to manufacturers of the relevant technology under reasonable and non-discriminatory conditions. In order to affix or use any of Philips' Logos, an agreement must be obtained from Philips.

Notwithstanding this, it has come to our attention that you and your company are manufacturing, importing, advertising, distributing, offering for sale and/or selling, unauthorized merchandise (hereinafter referred to as "Counterfeit Products") including, but not limited to, CD-R, CD-RW and/or DVD+RW drives and/or recorders bearing Philips' Logos without Philips' written consent. It is also our understanding that you and your company will attend the 2006 International Consumer Electronics Show in Las Vegas, Nevada, USA ("CES"), and that your company intends to exhibit and offer for sale the Counterfeit Product at CES. Your unauthorized use of the Logos constitutes trademark infringement and unfair competition in that purchasers of your Counterfeit Products in question will erroneously believe that such merchandise is authorized by Philips. In addition, your Counterfeit Products dilute the distinctiveness of the Philips Properties and Logos by trading upon the goodwill and reputation which the

December 14, 2005
Page 2

public associates with the Philips Properties and Logos. Further, your acts of unfair competition substantially interfere with the merchandising and licensing of the Philips Properties and with the businesses of Philips and its licensees who are authorized to use the Philips Properties.

Moreover, the violators of such rights face, among other things, seizure of counterfeit products, injunctions, damages (which may be trebled), attorneys' fees, and, in appropriate circumstances, a criminal arrest. The Trademark Counterfeiting Act of 1984 specifically prohibits the distribution, offering for sale and sale of counterfeit merchandise and makes such activity punishable by fine of up to $5,000,000 and a possible prison term of 10 years. 18 U.S.C. § 2320.

On behalf of Philips, we demand that you and each and every person or company affiliated with you:

(1) Immediately and permanently discontinue the importation, manufacture, advertising, distribution, sale and offering for sale of all of your Counterfeit Products;

(2) Refrain from exhibiting and/or offering for sale your Counterfeit Product, or conducting any business with respect to your Counterfeit Products, at the CES;

(3) Immediately and voluntarily surrender to our firm your entire inventory of such Counterfeit Products on hand as of this date, including all advertising material, brochures, and the such that bear the Logos; and

(4) Advise us in writing of your compliance with the foregoing and furnish us with the following information within five (5) days:

(a) A list describing each item manufactured, advertised, distributed, sold, and/or offered for sale by you which utilizes any of the Philips Properties;

(b) Any catalogs, promotional brochures or advertisements for any of the items listed in response to paragraph (a) above;

(c) The date you began to manufacture, advertise, distribute, sell and/or offer for sale each of the above-mentioned items;

(d) The number of each item listed pursuant to paragraph (a) above which you manufactured, advertised, distributed, sold and/or offered for sale; and

(e) The amount of unfulfilled orders you have received for the manufacture, distribution, or sale of each item listed in response to paragraph (a) above.

Philips considers your conduct to constitute a serious violation of its rights and to be very damaging to its businesses and reputations. We have been instructed to pursue this matter fully and seek

December 14, 2005
Page 3

all available remedies and the maximum allowable damages against you.

Please confirm that you have ceased to engage in the infringing conduct described above by signing this letter in the space provided below. Philips has authorized us to pursue further legal action against you and seek the relief to which it is entitled including a seizure of counterfeit products, injunction, damages (which may be trebled), and attorneys' fees unless we receive a comprehensive response from you on or before the close of business on **December 16, 2005.**

Nothing in this letter shall be construed as a waiver or relinquishment of any right or remedy possessed by Philips or any other affected party, all of which are expressly reserved.

Very truly yours,

Jeffrey K. Joyner, of
KEATS MCFARLAND & WILSON LLP

JKJ:gps
Enclosure

cc:    Koninklijke Philips Electronics N.V.

I, _____, on behalf of myself, the company _____, and any other entities under my direction or control, hereby acknowledge that I have ceased manufacturing, importing, advertising, distributing, offering for sale and selling any goods which infringe the Philips Properties; and have complied with paragraphs (1)-(4) above.

_____
Signature

_____
Print Name

REGISTERED TRADEMARKS OWNED BY KONINKLIJKE PHILIPS ELECTRONICS N.V.

DVD+RW, CD-R, and CD-RW









FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

12/21/2005

Dear Customer:

The following is the proof of delivery you requested with the tracking number **848578755893**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Dec 19, 2005 12:06 |
| Signed for by: | M.MA | | |
| Service type: | Priority Envelope | | |

## NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 848578755893 | Ship date: | Dec 14, 2005 |
| | | Weight: | 0.5 lbs. |
| Recipient: | | Shipper: | |
| SHANGAI CN | | BEVERLY HILLS, CA US | |
| Reference | | 1028200052 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

United States Home                                    Information Center  |  Custom

**FedEx**®

                                                                          Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi |

| Ship | Track | Manage My Account | International Tools |

FedEx Express® Signature Proof of Delivery
# No Signature Found

(?) Quick Help

Proof of delivery details appear below, however no signature is currently available for this
FedEx Express shipment.  Availability of signature images may take up to 5 days after delivery date.
Please check again later for a signature.

You can also track:
- Signature Pro

Related Links
- Track more sh
- My FedEx

**Shipment Information**

| | | | |
|---|---|---|---|
| Tracking number: | 848578755893 | Ship date: | Dec 14, 2005 |
| Status: | Delivered | Delivery date: | Dec 19, 2005 12:06 |
| Signed for by: | M.MA | | |
| Service type: | Priority Overnight | | |

Signature Proof of
information is provid
shipper, recipient, or
payor only. Effective
you will need to pr
account number for
details.

| Recipient: | XORO ELECTRONICS (SHANGHAI) LT 2F BLDG. B, 489 SONGTAO RD SHANGAI 201203 CN | Shipper: | JEFFREY JOYNER KEATS MCFARLAND & WILSON LLP 9720 WILSHIRE BLVD PH BEVERLY HILLS , CA 902122017 US |
|---|---|---|---|

| Reference | 1028200052 |
|---|---|

**Your next step**

⦿ Online letter (no signature)
◯ Fax letter (no signature)
◯ Make a new request

**Please note**
If you have any questions about this shipment, please contact us .

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

United States Home                                    Information Center  |  Custom



Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version        Quick Help

| | | | | | |
|---|---|---|---|---|---|
| **Tracking number** | 848578755893 | **Reference** | | 1028200052 | **Wrong Address?** |
| **Signed for by** | M.MA | **Destination** | | SHANGAI CN | Reduce future mistal |
| **Ship date** | Dec 14, 2005 | **Delivered to** | | Receptionist/Front Desk | FedEx Address Chec |
| **Delivery date** | Dec 19, 2005 12:06 PM | **Service type** | | Priority Envelope | |
| | | **Weight** | | 0.5 lbs. | **Shipping Freight?** |
| | | | | | FedEx has LTL, air fi |
| **Status** | Delivered | | | | surface and air expe |
| | | | | | multi piece package |
| | | | | | and ocean freight. |

| Date/Time | | Activity | Location | Details | |
|---|---|---|---|---|---|
| Dec 19, 2005 | 12:06 PM | Delivered | SHANGAI CN | | **Need to track a** |
| | 8:48 AM | On FedEx vehicle for delivery | SHANGHAI CN | | **FedEx SmartPost** |
| Dec 17, 2005 | 7:46 PM | Delivery exception | SHANGHAI CN | Holiday - Business closed | **shipment?** |
| | 7:46 PM | At local FedEx facility | SHANGHAI CN | | |
| | 9:49 AM | At local FedEx facility | SHANGHAI CN | | |
| Dec 16, 2005 | 10:11 PM | Int'l shipment release | SHANGHAI CN | | |
| Dec 15, 2005 | 8:55 AM | Departed FedEx location | ANCHORAGE, AK | | |
| | 7:24 AM | Arrived at FedEx location | ANCHORAGE, AK | | |
| | 3:05 AM | Departed FedEx location | MEMPHIS, TN | | |
| Dec 14, 2005 | 7:19 PM | Arrived at FedEx location | LOS ANGELES, CA | | |
| | 7:15 PM | In transit | LOS ANGELES, CA | | |
| | 6:56 PM | Left origin | LOS ANGELES, CA | | |
| | 5:47 PM | Picked up | BEVERLY HILLS, CA | | |

| Signature proof | Email results | Track more shipments |

Subscribe to tracking updates (optional)

**Your Name:**                              **Your Email Address:**

| Email address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

**Select format:** ● HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐  **By selecting this check box and the Submit button, I agree to these** <u>Terms and
Conditions</u>

Submit

<u>Global Home</u> | <u>Service Info</u> | <u>About FedEx</u> | <u>Investor Relations</u> | <u>Careers</u> | <u>fedex.com Terms of Use</u> | <u>Privacy Policy</u>
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

# KEATS McFARLAND & WILSON LLP

### ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL
(310) 777-3725

WRITER'S EMAIL
jjoyner@kmwlaw.com

December 14, 2005

**VIA FEDERAL EXPRESS**
Xoro Shenzhen Electronics Co., Ltd.
Building 5, Liuxiandong Industrial Area
Xili, Nanshan District
Shenzhen City, Guangdong Province
CHINA

Re:   <u>**Koninklijke Philips Electronics N.V./DVD+RW, CD-R and CD-RW Properties**</u>

Dear Sir or Madam:

This letter is written to you and your company on behalf of Koninklijke Philips Electronics N.V. ("Philips"). Philips is a pioneer of optical recording technologies and products and is the owner of trademarks, patents, and other proprietary rights in and to such technologies and products (hereinafter the "Philips Properties"). The Philips Properties include, but are not limited to, trademark rights in and to the world famous Compact Disc Recordable (U.S. Reg. No. 2,712,766) (also known as "CD-R"), Compact Disc ReWritable (U.S. Reg. No. 2,718,596) (also known as "CD-RW"), and DVD+ReWritable (U.S. Reg. No. 2,610,036) (also known as "DVD+RW") marks, among others (hereinafter, collectively referred to as the "Logos"). Depictions of the Logos are enclosed with this letter.

Because of the foregoing rights, no one is authorized to manufacture, advertise, offer for sale or sell any products or engage in any conduct utilizing any of the Philips Properties, including the Logos, without the express written permission of Philips. Philips operates a number of licensing programs whereby certain trademark and patent rights are made available to manufacturers of the relevant technology under reasonable and non-discriminatory conditions. In order to affix or use any of Philips' Logos, an agreement must be obtained from Philips.

Notwithstanding this, it has come to our attention that you and your company are manufacturing, importing, advertising, distributing, offering for sale and/or selling, unauthorized merchandise (hereinafter referred to as "Counterfeit Products") including, but not limited to, CD-R, CD-RW and/or DVD+RW drives and/or recorders bearing Philips' Logos without Philips' written consent. It is also our understanding that you and your company will attend the 2006 International Consumer Electronics Show in Las Vegas, Nevada, USA ("CES"), and that your company intends to exhibit and offer for sale the Counterfeit Product at CES. Your unauthorized use of the Logos constitutes trademark infringement and unfair competition in that purchasers of your Counterfeit Products in question will erroneously believe that such merchandise is authorized by Philips. In addition, your Counterfeit Products dilute the distinctiveness of the Philips Properties and Logos by trading upon the goodwill and reputation which the

December 14, 2005
Page 2

public associates with the Philips Properties and Logos. Further, your acts of unfair competition substantially interfere with the merchandising and licensing of the Philips Properties and with the businesses of Philips and its licensees who are authorized to use the Philips Properties.

Moreover, the violators of such rights face, among other things, seizure of counterfeit products, injunctions, damages (which may be trebled), attorneys' fees, and, in appropriate circumstances, a criminal arrest. The Trademark Counterfeiting Act of 1984 specifically prohibits the distribution, offering for sale and sale of counterfeit merchandise and makes such activity punishable by fine of up to $5,000,000 and a possible prison term of 10 years. 18 U.S.C. § 2320.

On behalf of Philips, we demand that you and each and every person or company affiliated with you:

    (1)    Immediately and permanently discontinue the importation, manufacture, advertising, distribution, sale and offering for sale of all of your Counterfeit Products;

    (2)    Refrain from exhibiting and/or offering for sale your Counterfeit Product, or conducting any business with respect to your Counterfeit Products, at the CES;

    (3)    Immediately and voluntarily surrender to our firm your entire inventory of such Counterfeit Products on hand as of this date, including all advertising material, brochures, and the such that bear the Logos; and

    (4)    Advise us in writing of your compliance with the foregoing and furnish us with the following information within five (5) days:

        (a)    A list describing each item manufactured, advertised, distributed, sold, and/or offered for sale by you which utilizes any of the Philips Properties;

        (b)    Any catalogs, promotional brochures or advertisements for any of the items listed in response to paragraph (a) above;

        (c)    The date you began to manufacture, advertise, distribute, sell and/or offer for sale each of the above-mentioned items;

        (d)    The number of each item listed pursuant to paragraph (a) above which you manufactured, advertised, distributed, sold and/or offered for sale; and

        (e)    The amount of unfulfilled orders you have received for the manufacture, distribution, or sale of each item listed in response to paragraph (a) above.

Philips considers your conduct to constitute a serious violation of its rights and to be very damaging to its businesses and reputations. We have been instructed to pursue this matter fully and seek

December 14, 2005
Page 3

all available remedies and the maximum allowable damages against you.

Please confirm that you have ceased to engage in the infringing conduct described above by signing this letter in the space provided below. Philips has authorized us to pursue further legal action against you and seek the relief to which it is entitled including a seizure of counterfeit products, injunction, damages (which may be trebled), and attorneys' fees unless we receive a comprehensive response from you on or before the close of business on **December 16, 2005.**

Nothing in this letter shall be construed as a waiver or relinquishment of any right or remedy possessed by Philips or any other affected party, all of which are expressly reserved.

Very truly yours,

Jeffrey K. Joyner, of
KEATS MCFARLAND & WILSON LLP

JKJ:gps
Enclosure

cc:    Koninklijke Philips Electronics N.V.

I, _____, on behalf of myself, the company _____,
and any other entities under my direction or control, hereby acknowledge that I have ceased manufacturing, importing, advertising, distributing, offering for sale and selling any goods which infringe the Philips Properties; and have complied with paragraphs (1)-(4) above.

_____
Signature

_____
Print Name

REGISTERED TRADEMARKS OWNED BY KONINKLIJKE PHILIPS ELECTRONICS N.V.

DVD+RW, CD-R, and CD-RW









# DVD Recorder
## XORO HSD R545



## Product Overview

This DVD+R/RW Recorder is very user friendly and provides high quality recordings. It is the right product for people used to record on VHS in the past. The HSD R 545 offers Showview, VPS and a good user menu and delivers all the comfortable features needed for recording.

### Features

- DVD+R(W)-recording
- Five record-modes
- Showview/VPS
- Digital camera input (Firewire)
- Automatic TV-station search
- Playable mediums: DVD+/-RW, DVD, (S)VCD, CD, DVD-R(W), CD-R(W), MP3
- 2 scart inputs (RGB, S-Video, Composite Video)
- Digital sound output (coaxial)
- OTR (One touch recording)

## Description

This DVD+R/RW Recorder is very user friendly and provides high quality recordings. It is the right product for people used to record on VHS in the past. The HSD R 545 offers Showview, VPS and a good user menu and delivers all the comfortable features needed for recording.

The feature list is much longer as the price promises. Beyond SCART and various video connections the Xoro HSD R 545 offers Digital connection with it's Firewire port. One can directly connect a digital video camera to the recorder for dubbing directly to DVD.

For TV recording, the Xoro delivers five different recording modes. Depending on quality settings, up to 6 hours of video can be put on a single DVD.






## Technical Specifications

| | |
|---|---|
| **Power Supply:** | 220-240V 50Hz/60Hz |
| **TV Norm:** | PAL/NTSC |
| **Frequency Range:** | 20 Hz - 20kHz |
| **Audio S/N ratio:** | > 90 dB (1kHz) |
| **Audio Dynamic:** | > 93 dB (1kHz) |
| **Weight:** | 4 kg |
| **Dimensions (W x H x D) mm :** | 43 x 35 x 7,8 cm |

Copyright © 2005



Page











## 2006 International CES Exhibitor Directory



**Shenzhen Oriental Digital Technology Co. Ltd.**
Meilan Industrial Park, Xuegang North Road No.1
Buji, Longgan District, Shenzhen P.R.China
shenzhen
518829
Peoples Rep. of China
Telephone: 0086-755-61297968
Fax: 0086-755-61297989
E-mail: logan@odt-digital.com
URL: www.odt-digital.com

ODT is one of the leading and most professional manufacturers & suppliers of DVD players, MP3 players and other digital products. We have a total factory area of 18,000 square meter and 1000 employees. Bearing the ideal of 'dreams create the future', ODT is presenting new ideas and dreams.

| Company Booth(s): | Booth Number | Show Location |
|---|---|---|
| | 51017 | Las Vegas Hilton |

| Company Contact(s): | Logan Luo, Sales Manager |
|---|---|
| | Hans Yu, Regional Sales Manager |

| Brand Name(s): | ODT |
|---|---|

| Product Categories: | Audio - Portable Audio - MP3 & CD Combo Units |
|---|---|
| | Audio - Portable Audio - Other Portable Audio Products |
| | Video - Video Hardware - DVD Players |
| | Video - Video Hardware - DVD Recordables |

| New Product(s): | None listed. |
|---|---|

| Export Market(s): | Argentina |
|---|---|
| | Australia |
| | Brazil |
| | CANADA |
| | Denmark |
| | France |
| | Germany |
| | Israel |
| | Italy |

MEXICO
Poland
United Kingdom

**Financial Exchange(s):**    None listed.

| **Public Relations Contact(s):** | **Year-round** LOGAN LUO Ph: 86-755-61297968 | **On-site (at the show)** LOGAN LUO Ph: 86-755-61297968 |

**Investor Relations Contact:**    LOGAN LUO
Ph: 86-755-61297968

**Press Event(s):**    None listed.

**Attention exhibitors:** Edit your directory listing.

[perform another search]

# KEATS McFARLAND & WILSON LLP

### ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

WRITER'S DIRECT DIAL
(310) 777-3725

WRITER'S EMAIL
jjoyner@kmwlaw.com

www.kmwlaw.com

December 14, 2005

**VIA FEDERAL EXPRESS**
Shenzhen Oriental Digital Technology Co., Ltd.
Meilan Industrial Park, Xuegang North Road No. 1
Buji, Longgang District
Shenzhen 518829
P.R. CHINA

Re:    **Koninklijke Philips Electronics N.V./DVD+RW, CD-R and CD-RW Properties**

Dear Sir or Madam:

This letter is written to you and your company on behalf of Koninklijke Philips Electronics N.V. ("Philips"). Philips is a pioneer of optical recording technologies and products and is the owner of trademarks, patents, and other proprietary rights in and to such technologies and products (hereinafter the "Philips Properties"). The Philips Properties include, but are not limited to, trademark rights in and to the world famous Compact Disc Recordable (U.S. Reg. No. 2,712,766) (also known as "CD-R"), Compact Disc ReWritable (U.S. Reg. No. 2,718,596) (also known as "CD-RW"), and DVD+ReWritable (U.S. Reg. No. 2,610,036) (also known as "DVD+RW") marks, among others (hereinafter, collectively referred to as the "Logos"). Depictions of the Logos are enclosed with this letter.

Because of the foregoing rights, no one is authorized to manufacture, advertise, offer for sale or sell any products or engage in any conduct utilizing any of the Philips Properties, including the Logos, without the express written permission of Philips. Philips operates a number of licensing programs whereby certain trademark and patent rights are made available to manufacturers of the relevant technology under reasonable and non-discriminatory conditions. In order to affix or use any of Philips' Logos, an agreement must be obtained from Philips.

Notwithstanding this, it has come to our attention that you and your company are manufacturing, importing, advertising, distributing, offering for sale and/or selling, unauthorized merchandise (hereinafter referred to as "Counterfeit Products") including, but not limited to, CD-R, CD-RW and/or DVD+RW drives and/or recorders bearing Philips' Logos without Philips' written consent. It is also our understanding that you and your company will attend the 2006 International Consumer Electronics Show in Las Vegas, Nevada, USA ("CES"), and that your company intends to exhibit and offer for sale the Counterfeit Product at CES. Your unauthorized use of the Logos constitutes trademark infringement and unfair competition in that purchasers of your Counterfeit Products in question will erroneously believe that such merchandise is authorized by Philips. In addition, your Counterfeit Products dilute the distinctiveness of the Philips Properties and Logos by trading upon the goodwill and reputation which the

December 14, 2005
Page 2

public associates with the Philips Properties and Logos. Further, your acts of unfair competition substantially interfere with the merchandising and licensing of the Philips Properties and with the businesses of Philips and its licensees who are authorized to use the Philips Properties.

Moreover, the violators of such rights face, among other things, seizure of counterfeit products, injunctions, damages (which may be trebled), attorneys' fees, and, in appropriate circumstances, a criminal arrest. The Trademark Counterfeiting Act of 1984 specifically prohibits the distribution, offering for sale and sale of counterfeit merchandise and makes such activity punishable by fine of up to $5,000,000 and a possible prison term of 10 years. 18 U.S.C. § 2320.

On behalf of Philips, we demand that you and each and every person or company affiliated with you:

    (1)    Immediately and permanently discontinue the importation, manufacture, advertising, distribution, sale and offering for sale of all of your Counterfeit Products;

    (2)    Refrain from exhibiting and/or offering for sale your Counterfeit Product, or conducting any business with respect to your Counterfeit Products, at the CES;

    (3)    Immediately and voluntarily surrender to our firm your entire inventory of such Counterfeit Products on hand as of this date, including all advertising material, brochures, and the such that bear the Logos; and

    (4)    Advise us in writing of your compliance with the foregoing and furnish us with the following information within five (5) days:

        (a)    A list describing each item manufactured, advertised, distributed, sold, and/or offered for sale by you which utilizes any of the Philips Properties;

        (b)    Any catalogs, promotional brochures or advertisements for any of the items listed in response to paragraph (a) above;

        (c)    The date you began to manufacture, advertise, distribute, sell and/or offer for sale each of the above-mentioned items;

        (d)    The number of each item listed pursuant to paragraph (a) above which you manufactured, advertised, distributed, sold and/or offered for sale; and

        (e)    The amount of unfulfilled orders you have received for the manufacture, distribution, or sale of each item listed in response to paragraph (a) above.

Philips considers your conduct to constitute a serious violation of its rights and to be very damaging to its businesses and reputations. We have been instructed to pursue this matter fully and seek

December 14, 2005
Page 3

all available remedies and the maximum allowable damages against you.

Please confirm that you have ceased to engage in the infringing conduct described above by signing this letter in the space provided below. Philips has authorized us to pursue further legal action against you and seek the relief to which it is entitled including a seizure of counterfeit products, injunction, damages (which may be trebled), and attorneys' fees unless we receive a comprehensive response from you on or before the close of business on **December 16, 2005.**

Nothing in this letter shall be construed as a waiver or relinquishment of any right or remedy possessed by Philips or any other affected party, all of which are expressly reserved.

Very truly yours,

Jeffrey K. Joyner, of
KEATS MCFARLAND & WILSON LLP

JKJ:gps
Enclosure

cc:     Koninklijke Philips Electronics N.V.

I, _____, on behalf of myself, the company _____, and any other entities under my direction or control, hereby acknowledge that I have ceased manufacturing, importing, advertising, distributing, offering for sale and selling any goods which infringe the Philips Properties; and have complied with paragraphs (1)-(4) above.

_____
Signature

_____
Print Name

REGISTERED TRADEMARKS OWNED BY KONINKLIJKE PHILIPS ELECTRONICS N.V.

DVD+RW, CD-R, and CD-RW








FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

12/20/2005

Dear Customer:

The following is the proof of delivery you requested with the tracking number **848578755996**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Dec 19, 2005 16:39 |
| Signed for by: | M.WU MINGZHONG | | |
| Service type: | Priority Envelope | | |

## NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 848578755996 | Ship date: | Dec 16, 2005 |
| | | Weight: | 0.5 lbs. |
| Recipient: | | Shipper: | |
| SHENZHEN CN | | BEVERLY HILLS, CA US | |
| Reference | | 10282-00022 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

| Email address | Language | updates | updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ◉ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

Submit

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx



United States Home

Information Center | Custom

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi |

| Ship | Track | Manage My Account | International Tools |

FedEx Express® Signature Proof of Delivery
## No Signature Found

(?) Quick Help

Proof of delivery details appear below, however no signature is currently available for this
FedEx Express shipment.  Availability of signature images may take up to 5 days after delivery date.
Please check again later for a signature.

You can also track:
• Signature Pro

Related Links
• Track more sh
• My FedEx

Shipment Information

| | | |
|---|---|---|
| **Tracking number:** 848578755996 | **Ship date:** | Dec 16, 2005 |
| **Status:** Delivered | **Weight:** | 0.5 lbs. |
| **Signed for by:** M.WU MINGZHONG | **Delivery date:** | Dec 19, 2005 16:39 |
| **Service type:** Priority Envelope | | |
| **Recipient:** SHENZHEN CN | **Shipper:** | BEVERLY HILLS , CA US |
| **Reference** 10282-00022 | | |

Signature Proof of
information is provid
shipper, recipient, or
payor only. Effective
you will need to pro
account number for
details.

Your next step

(●) Online letter (no signature)
( ) Fax letter (no signature)
( ) Make a new request

**Please note**
If you have any questions about this shipment, please contact us .

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

FedEx | Track



Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi |

| Ship | Track | Manage My Account | International Tools |

FedEx Express® Signature Proof of Delivery
## No Signature Found

(?) Quick Help

Proof of delivery details appear below, however no signature is currently available for this
FedEx Express shipment.  Availability of signature images may take up to 5 days after delivery date.
Please check again later for a signature.

You can also track:
- Signature Pro

Related Links
- Track more sh
- My FedEx

Shipment Information

Signature Proof of
information is provid
shipper, recipient, or
payor only. Effective
you will need to pr
account number for
details.

| | | | |
|---|---|---|---|
| Tracking number: | 848578755996 | Ship date: | Dec 16, 2005 |
| Status: | Delivered | Delivery date: | Dec 19, 2005 16:39 |
| Signed for by: | M.WU MINGZHONG | | |
| Service type: | Priority Overnight | | |

| | | | |
|---|---|---|---|
| Recipient: | SHENZHEN ORIENTAL DIGITAL TECH MEILAN INDUSTRIAL PARK XUEGANG SHENZHEN 518129 CN | Shipper: | JEFFREY JOYNER KEATS MCFARLAND & WILSON LLP 9720 WILSHIRE BLVD PH BEVERLY HILLS , CA 902122017 US |

Reference        10282-00022

Your next step

◉ Online letter (no signature)
◯ Fax letter (no signature)
◯ Make a new request

**Please note**
If you have any questions about this shipment, please contact us .

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

# KEATS McFARLAND & WILSON LLP

## ATTORNEYS AT LAW

TEL (310) 248-3830
FAX (310) 860-0363

9720 WILSHIRE BOULEVARD
PENTHOUSE SUITE
BEVERLY HILLS, CALIFORNIA 90212

www.kmwlaw.com

WRITER'S DIRECT DIAL
(310) 777-3725

WRITER'S EMAIL
jjoyner@kmwlaw.com

December 14, 2005

**VIA FEDERAL EXPRESS**
Shenzhen Oriental Digital Technology Co., Ltd.
Unit A1-B, 7/F, Valiant Ind Ctr 2-12
Au Pui Wan St., Fotan
Shatin, Hong Kong
CHINA

Re:   **Koninklijke Philips Electronics N.V./DVD+RW, CD-R and CD-RW Properties**

Dear Sir or Madam:

This letter is written to you and your company on behalf of Koninklijke Philips Electronics N.V. ("Philips"). Philips is a pioneer of optical recording technologies and products and is the owner of trademarks, patents, and other proprietary rights in and to such technologies and products (hereinafter the "Philips Properties"). The Philips Properties include, but are not limited to, trademark rights in and to the world famous Compact Disc Recordable (U.S. Reg. No. 2,712,766) (also known as "CD-R"), Compact Disc ReWritable (U.S. Reg. No. 2,718,596) (also known as "CD-RW"), and DVD+ReWritable (U.S. Reg. No. 2,610,036) (also known as "DVD+RW") marks, among others (hereinafter, collectively referred to as the "Logos"). Depictions of the Logos are enclosed with this letter.

Because of the foregoing rights, no one is authorized to manufacture, advertise, offer for sale or sell any products or engage in any conduct utilizing any of the Philips Properties, including the Logos, without the express written permission of Philips. Philips operates a number of licensing programs whereby certain trademark and patent rights are made available to manufacturers of the relevant technology under reasonable and non-discriminatory conditions. In order to affix or use any of Philips' Logos, an agreement must be obtained from Philips.

Notwithstanding this, it has come to our attention that you and your company are manufacturing, importing, advertising, distributing, offering for sale and/or selling, unauthorized merchandise (hereinafter referred to as "Counterfeit Products") including, but not limited to, CD-R, CD-RW and/or DVD+RW drives and/or recorders bearing Philips' Logos without Philips' written consent. It is also our understanding that you and your company will attend the 2006 International Consumer Electronics Show in Las Vegas, Nevada, USA ("CES"), and that your company intends to exhibit and offer for sale the Counterfeit Product at CES. Your unauthorized use of the Logos constitutes trademark infringement and unfair competition in that purchasers of your Counterfeit Products in question will erroneously believe that such merchandise is authorized by Philips. In addition, your Counterfeit Products dilute the distinctiveness of the Philips Properties and Logos by trading upon the goodwill and reputation which the

December 14, 2005
Page 2

public associates with the Philips Properties and Logos. Further, your acts of unfair competition substantially interfere with the merchandising and licensing of the Philips Properties and with the businesses of Philips and its licensees who are authorized to use the Philips Properties.

Moreover, the violators of such rights face, among other things, seizure of counterfeit products, injunctions, damages (which may be trebled), attorneys' fees, and, in appropriate circumstances, a criminal arrest. The Trademark Counterfeiting Act of 1984 specifically prohibits the distribution, offering for sale and sale of counterfeit merchandise and makes such activity punishable by fine of up to $5,000,000 and a possible prison term of 10 years. 18 U.S.C. § 2320.

On behalf of Philips, we demand that you and each and every person or company affiliated with you:

(1)     Immediately and permanently discontinue the importation, manufacture, advertising, distribution, sale and offering for sale of all of your Counterfeit Products;

(2)     Refrain from exhibiting and/or offering for sale your Counterfeit Product, or conducting any business with respect to your Counterfeit Products, at the CES;

(3)     Immediately and voluntarily surrender to our firm your entire inventory of such Counterfeit Products on hand as of this date, including all advertising material, brochures, and the such that bear the Logos; and

(4)     Advise us in writing of your compliance with the foregoing and furnish us with the following information within five (5) days:

(a)     A list describing each item manufactured, advertised, distributed, sold, and/or offered for sale by you which utilizes any of the Philips Properties;

(b)     Any catalogs, promotional brochures or advertisements for any of the items listed in response to paragraph (a) above;

(c)     The date you began to manufacture, advertise, distribute, sell and/or offer for sale each of the above-mentioned items;

(d)     The number of each item listed pursuant to paragraph (a) above which you manufactured, advertised, distributed, sold and/or offered for sale; and

(e)     The amount of unfulfilled orders you have received for the manufacture, distribution, or sale of each item listed in response to paragraph (a) above.

Philips considers your conduct to constitute a serious violation of its rights and to be very damaging to its businesses and reputations. We have been instructed to pursue this matter fully and seek

December 14, 2005
Page 3

all available remedies and the maximum allowable damages against you.

Please confirm that you have ceased to engage in the infringing conduct described above by signing this letter in the space provided below. Philips has authorized us to pursue further legal action against you and seek the relief to which it is entitled including a seizure of counterfeit products, injunction, damages (which may be trebled), and attorneys' fees unless we receive a comprehensive response from you on or before the close of business on **December 16, 2005.**

Nothing in this letter shall be construed as a waiver or relinquishment of any right or remedy possessed by Philips or any other affected party, all of which are expressly reserved.

Very truly yours,

Jeffrey K. Joyner, of
KEATS MCFARLAND & WILSON LLP

JKJ:gps
Enclosure

cc:     Koninklijke Philips Electronics N.V.

I, _____, on behalf of myself, the company _____, and any other entities under my direction or control, hereby acknowledge that I have ceased manufacturing, importing, advertising, distributing, offering for sale and selling any goods which infringe the Philips Properties; and have complied with paragraphs (1)-(4) above.

_____
Signature

_____
Print Name

REGISTERED TRADEMARKS OWNED BY KONINKLIJKE PHILIPS ELECTRONICS N.V.

DVD+RW, CD-R, and CD-RW






