

# DEFINING TOMORROW'S TECHNOLOGY

# Preliminary Attendee Highlight Document

2005 International CES
January 6-9, 2005
Las Vegas, Nevada

Participant In:

   

www.CESweb.org

*This document precedes the verified 2005 International CES Attendee Audit Summary.*

# Overall Attendance

## 2005 INTERNATIONAL CES ATTENDEES

| | |
|---|---|
| **GRAND TOTAL** | **140,240** |
| Exhibits Only Attendance | 93,071 |
| **Exhibitors** | **43,399** |
| Press | 4,602 |
| **Paid Conference Attendees** | **2,713** |
| Financial/ Market Analysts | 2,230 |
| **Speakers** | **231** |

SOURCE: *2005 International CES Registration Reports*

## CES ATTRACTS INDUSTRY LEADERS*

| | 2005 International CES Total | % of Total 2005 Attendance "Attendance*" = Exhibits Only + Conference Attendees (95,784) | % of Increase Over 2004 Show |
|---|---|---|---|
| **President/CEO/Owner** | **16,561** | **17%** | |
| CFO | 1,432 | 1% | |
| **COO** | **1,149** | **1%** | |
| CIO/CTO | 1,207 | 1% | |
| **Vice President** | **5,545** | **6%** | |
| Director | 4,937 | 5% | |
| **Business Development** | **5,925** | **6%** | |
| General Manager | 3,899 | 4% | |
| **Total Senior Level Executives** | **40,677** | **42%** | |

* Does not include press, financial analysts, exhibitors or speakers

SOURCE: *2005 International CES Registration Reports*

*This document precedes the verified 2005 International CES Attendee Audit Summary.*


CEA

2

2005 International CES®— Preliminary Attendee Highlight Document

# International Attendance

## CES ATTRACTS INTERNATIONAL ATTENDEES

| | 2005 International CES Total | % of Total 2005 Attendance "Attendance*" = Exhibits Only + Conference Attendees (95,784) | % of Increase Over 2004 Show |
|---|---|---|---|
| **International Exhibits Only Attendees** | **16,178** | | |
| International Conference Attendees | 634 | | |
| **International Exhibitors** | **6,266** | | |
| International Press | 890 | | |
| **International Financial/Market Analysts** | **229** | | |
| International Speakers | 25 | | |
| **Total International Attendees** | **24,218** | | **25%** |

* Does not include press, financial analysts, exhibitors or speakers
SOURCE: 2005 International CES Registration Reports

## CES ATTRACTS INTERNATIONAL DELEGATIONS

International visitors came from 115 countries to the 2005 International CES.
Below is a list of those who attended as part of a formal delegation.

| Market | Number of Delegations | Market | Number of Delegations |
|---|---|---|---|
| **Argentina** | **1** | **Netherlands** | **1** |
| Bolivia* | 1 | New Zealand* | 1 |
| **Brazil** | **2** | **Palestine** | **1** |
| China | 11 | Russia* | 2 |
| **Costa Rica** | | **Singapore** | **1** |
| France | 5 | Taiwan | 3 |
| **Israel** | | **Thailand** | |
| Italy* | 1 | The Philippines | 1 |
| **Japan** | | | |
| Korea | 5 | United Kingdom | 1 |
| **Latin America** | | **Vietnam** | |
| Mexico | 1 | | |
| **55 Delegations from 22 Countries** | | | |

* New delegation attending the International CES for the first time
SOURCE: 2005 International CES Registration Reports

*This document precedes the verified 2005 International CES Attendee Audit Summary.*



# Attendees, By Industry Affiliation

| Description | # of 2005 International CES Attendees |
|---|---|
| Accessories Industry | [redacted] |
| Airline Industry | 185 |
| Architecture/Building Industry | [redacted] |
| Automotive Industry | 4,262 |
| Communications: Cable Service Providers, Cord and Wireless Telephones, etc. | [redacted] |
| Consumer Electronics Industry | 28,508 |
| Education | [redacted] |
| Electronics Components Industry | 5,897 |
| Entertainment Industry | [redacted] |
| Fashion Industry | 311 |
| Financial | [redacted] |
| Government: Federal | 573 |
| Software Industry | [redacted] |
| IT Industry | 7,063 |
| Medical, Healthcare, Insurance | [redacted] |
| Military | 351 |
| Other | [redacted] |
| Packaging | 396 |
| Specialty Retailers | [redacted] |
| Toy Industry | 413 |
| Transportation | [redacted] |
| Travel & Hospitality Industry | 657 |
| | |
| **Total Identified by Industry Affiliation** | **81,251** |

SOURCE: *2005 International CES Registration Reports*

*This document precedes the verified 2005 International CES Attendee Audit Summary.*



2005 International CES®— Preliminary Attendee Highlight Document

# Top 20 Attendee Product Interest* Areas

| Product Interest Category | Number of Attendees | 2005 Rank |
|---|---|---|
| Audio, High Performance | 31,984 | 5 |
| Computer Hardware and Software | 37,496 | 2 |
| Electronic Gaming | 18,348 | 18 |
| Home Theater | 35,091 | 3 |
| Mobile Office | 18,952 | 16 |
| Online/Internet | 18,808 | 17 |
| Personal Electronics | 28,924 | 8 |
| Telephones | 19,375 | 13 |
| Voice Over IP (VoIP) Hardware and Software | 17,403 | 19 |
| Wireless Communications | 34,726 | 4 |

* 2005 International CES registrants were asked to indicate the product areas they represent/are interested in and may have marked more than one product interest area, per respondent.
This document precedes the verified 2005 International CES Attendee Audit Summary.


# Attendees, By Primary Role

| Description | # 0f 2005 International CES Attendees |
|---|---|
| Broadcasting Industry | 2,080 |
| Carrier/Provider | 2,353 |
| Content Development | 975 |
| Distribution | 9,117 |
| Financial Services | 945 |
| Government (Buyer, Non-buyer) | 1,442 |
| Manufacturing/Manufacturer's Rep. (Non-Exhibiting) | 13,804 |
| Other | 5,711 |
| Service Professional (Non-Retail) | 2,459 |
| Trade Association | 1,557 |
| Venture Capitalist | 759 |

\* Represents the following retail channels: Department Store, Electronics Superstore/Mass Merchandise Warehouse, Local Specialty/Regional Specialty, Other Retail, Premium Catalog, Retailer: Online

SOURCE: 2005 International CES Registration Reports

# Attendees, By Retail Channel

| Description | # of 2005 International CES Attendees |
|---|---|
| Electronics Superstore / Mass Merchandise Warehouse | 3,090 |
| Other Retail | 2,414 |
| Retailer: Online | 3,306 |

SOURCE: 2005 International CES Registration Reports

*This document precedes the verified 2005 International CES Attendee Audit Summary.*



# Overall Buying Power at the International CES

The International CES represents an estimated 95 percent ($107 billion) of the industry's $113.5 billion buying power.

SOURCE: *eBrain Market Research, a service of CEA*

| Product Category | Buying Power at CES, in Billions (U.S. $) |
|---|---|
| Overall CES Buying Power for 2004 | $90 |
| Audio | $5 |
| Home Information Technologies | $37 |
| Mobile | $17 |
| Video | $19 |
| Other | $24 |

SOURCE: *eBrain Market Research, a service of CEA*

### Fortune 500 COMPANIES AT THE 2005 INTERNATIONAL CES

| | |
|---|---|
| Fortune 500 Companies that sent Representatives to CES: | 257 (51%) |
| Average Number of Fortune 500 Representatives, per company: | 11.7 |
| Fortune 100 Companies that sent Representatives to CES: | 79 (79%) |
| Average Number of Fortune 100 Representatives, per company: | 35 |

SOURCE: SOURCE: *2005 International CES Registration Reports; www.fortune.com/fortune/fortune 500*

## BUYING INFLUENCE AT THE INTERNATIONAL CES

| | 2005 International CES Total | % of 2005 Attendance "Attendance*"= Exhibits Only + Conference Attendees (95,784) |
|---|---|---|
| Final Decision Maker | 33,036 | 34% |
| Significant Influence | 28,975 | 30% |
| Research New Products | 8,710 | 9% |

* Does not include press, financial analysts, exhibitors or speakers

SOURCE: *2005 International CES Registration Reports*

*This document precedes the verified 2005 International CES Attendee Audit Summary.*

# Top Consumer Electronics Retailers

## Top 100 Consumer Electronics Retailers

| Store Name | Rank 2003 | Rank 2002 | # of Reps Sent to 2005 International CES | Estimated CE Sales in $ millions 2003 | Store Name | Rank 2003 | Rank 2002 | # of Reps Sent to 2005 International CES | Estimated CE Sales in $ millions 2003 |
|---|---|---|---|---|---|---|---|---|---|
| Walmart | 2 | 2 | 102 | 15,680 | Musicland Stores | 52 | 48 | 23 | 156 |
| Dell Computer | 4 | 4 | 129 | 6,263 | Sharper Image | 54 | 60 | 23 | 130 |
| RadioShack | 6 | 6 | 201 | 4,649 | 6th Ave Electronics | 56 | 57 | 8 | 127 |
| CompUSA | 8 | 7 | 101 | 4,010 | R. C. Willey Home Furnishings | 58 | 54 | 45 | 126 |
| Office Depot | 10 | 9 | 59 | 2,599 | Trans World Entertainment | 60 | 61 | 9 | 113 |
| Costco Wholesale | 12 | 14 | 92 | 2,283 | Audio Express | 62 | NR | 30 | 110 |
| Kmart | 14 | 13 | 26 | 1,728 | Magnolia Audio Video | 64 | 63 | 49 | 103 |
| Fry's Electronics | 16 | 16 | 104 | 1,622 | CDW Corp | 66 | 59 | 9 | 98 |
| Toys 'R' Us | 18 | 18 | 14 | 1,165 | Video Only | 68 | NR | 2 | 95 |
| Micro Center | 20 | 20 | 14 | 859 | Eckerd Corp | 70 | 72 | 2 | 90 |
| Amazon.com | 22 | 25 | 46 | 747 | RCS Computer Experience | 72 | 65 | 1 | 87 |
| Ultimate Electronics | 24 | 23 | 270 | 712 | Huppins OneCall | 74 | 77 | 8 | 71 |
| Bose Corporation | 26 | 26 | 197 | 589 | Rite Aid | 76 | 76 | 9 | 70 |
| Army & Air Force Exchange Service | 28 | 27 | 30 | 563 | Zones | 78 | 78 | 4 | 69 |
| Buy.com | 30 | 32 | 19 | 494 | Marine Corps Exchange | 80 | 75 | 14 | 67 |
| Fred Meyer Stores | 32 | 33 | 11 | 454 | Harmony Computers and Electronics | 82 | 80 | 1 | 66 |
| QVC | 34 | 29 | 17 | 404 | Compu-U-Plus | 84 | 85 | 0 | 59 |
| H. H. Gregg | 36 | 35 | 12 | 383 | Tower Records/MTS | 86 | 81 | 8 | 56 |
| BrandsMart U.S.A. | 38 | 38 | 18 | 325 | Home Depot | 88 | 88 | 16 | 55 |
| ShopKo | 40 | 43 | 10 | 263 | Pacific Sales Kitchen & Bath Centers | 90 | NR | 0 | 52 |
| Walgreens | 42 | 47 | 28 | 250 | Family Dollar Stores | 92 | 93 | 2 | 49 |
| K-B Toys | 44 | 42 | 0 | 218 | Harvey Electronics | 94 | 95 | 7 | 42 |
| Car Toys | 46 | 51 | 46 | 200 | Cowboy Maloney's Electric City | 96 | 96 | 6 | 34 |
| CVS Pharmacy | 48 | 52 | 7 | 197 | Kings Great Buys Plus | 98 | NR | 3 | 30 |
| Dillad's | 50 | 24 | 3 | 180 | Longs Drug Stores | 100 | NR | 7 | 27 |

SOURCE: TWICE, May 3, 2004; 2005 International CES Registration Reports. Due to publication dates, prior years' rankings were used.

*This document precedes the verified 2005 International CES Attendee Audit Summary.*



# Universities Represented at the 2005 International CES

The International CES attracted a range of university and educational representatives from more than 240 universities, colleges, school districts and learning centers. They attended CES to:

- Identify new ways to streamline institutional operations and technologies.
- Research technologies for equipment upgrades.
- Evaluate how to enhance learning environments with new technologies.
- Gauge curriculum development and the technologies used in teachings and case studies.

**Academic centers represented included:**

American College of Physicians
American Film Institute
Arizona State University
Art Institute of NY
Auckland University of Technology
Ball State University
Baylor College of Medicine
Boise State University
Boston University
Brigham Young University
California Arts Institute
California State University
Carnegie Mellon University
Case Western Reserve University
Catholic University
Chang Gung University
City College of New York
City College of San Francisco
City Colleges of Chicago
City University of Hong Kong
Cornell University
DeVry University
Drexel University
Dublin City University
Duke University
Florida Atlantic University
Florida Institute of Technology
Florida State University
Franklin Pierce College
Fuji Chimera Research Institute Inc.
George Mason University
George Washington University
Georgetown University
Georgetown University Hospital
Georgia Institute of Technology
Glaucoma Institute/Beverly Hills

Harvard Business School
Harvard University
Hitachi Research Institute
Hollywood Media & Tech Institute
Hong Kong Polytechnic University
Howard University
Indiana State University
John Wayne Cancer Institute
Johns Hopkins University
Kanagawa Institute of Technology
Kansas State University
Korea Electronics Technology Institute
Korea Polytechnic University
Kyoto Institute of Technology
London College of Business and Management
Louisiana State University
Louisiana Tech University
Massachusetts Institute of Technology
Michigan State University
MIT Media Lab
National Defense University
National University of Ireland
New Jersey Institute of Technology
New Mexico State University
New York Institute of Technology
New York University
North Carolina State University
Northeastern University
Ohio University
Osaka University
Peking University
Pennsylvania State University
Pepperdine University
Portland State University
Purdue University

Rensselaer Polytechnic Institute
Rice University
Rochester Institute of Technology
San Diego State University
Seton Hall University
Stanford University
Tel-Aviv University
Texas A&M University
Texas State University
U. S. Naval Academy
UCLA
University of Notre Dame
University of Alabama
University of Alaska
University of Arizona
University of Arkansas
University of California
University of Chicago
University of Colorado
University of Hawaii
University of London
University of Maryland
University of Massachusetts
University of Michigan
University of Michigan Medical Center
University of New Mexico
University of Pittsburgh
University of Toronto
University of Virginia
University of Washington
University of British Columbia
USC Distance Education Network
Vanderbilt University
Wake Forest University
Washington State University
York University

SOURCE: *2005 International CES Registration Reports*

*This document precedes the verified 2005 International CES Attendee Audit Summary.*



# Key Speakers at the 2005 International CES

The International CES attracts leading consumer electronics industry visionaries, who shared their insights about the industry's future. Key speakers at the 2005 International CES included:

**Bill Gates**
Chairman and Chief Software Architect, Microsoft Corp.

**Loyd Ivey**
Chairman and CEO, Mitek Corp., and Chairman, CEA

**Craig Barrett**
CEO, Intel Corp.

**Ron Garriques**
President, Personal Devices Business and Executive Vice President, Motorola Inc.

**Carly Fiorina**
Chairman and CEO, HP

**Rich Templeton**
President and CEO, Texas Instruments

**Edward E. Whitacre Jr.**
Chairman and CEO, SBC Communications Inc.

**Michael Powell**
Chairman, Federal Communications Commission

**Judy McGrath**
Chairman and CEO, MTV Networks

**Mike Ramsay**
Co-founder, Chairman and CEO, TiVo

## THE INTERNATIONAL CES ATTRACTS GAMING BUYERS

More than 9,000 International CES attendees represent electronic gaming buyers as a primary interest type. They represent high-level executives from companies including:

| | | | |
|---|---|---|---|
| Albertson's | Fortunoff | RadioShack | Target.com |
| Amazon.com | Fry's Electronics | RadioShack.com | The Sharper Image |
| America Online Inc. | Good Guys! | RC Willey | The Shopping Channel |
| AT&T Wireless / Cingular | HSBC | Robinsons May | Toys R Us |
| Best Buy | HSN | Sabre | ToysRus.com |
| Best Buy Canada Ltd | Hyundai Motor | Sams's Club | Tweeter Home |
| BJ's Wholesale Club | Company | Sears Canada | Entertainment Group |
| Blockbuster Inc | Kohls | Sears, Roebuck & Co. | Ultimate Electronics |
| Boscov's Department Store | Marine Corps Exchange | Sherwin-Williams Co. | Virgin Entertainment Group |
| Brookstone | May Department Stores | SkyMall Inc. | Walgreens |
| Circuit City Stores Inc. | Myer-Emco | Sony Electronics Corp. | Wal-Mart |
| CompUSA | Nordstrom | Sony of Canada Ltd | Wal-Mart Canada Corp |
| Costco | Office Depot | Sony UK Limited | Wal-Mart México |
| Costco Canada | Office Depot Israel | Spencer Gifts LLC | Walmart.com |
| Costco Mexico | Office Depot México | Sprint PCS | Warner Bros. Mobile |
| Dillard's | Overstock.com | Staples Business Depot | |
| Discovery Channel | Panamericana Libreria y Papeleria S.A. | Staples Canada | |
| EB Games | QVC | Target | |
| | | Target Australia Pty Ltd. | |

SOURCE: *2005 International CES Registration Reports*

*This document precedes the verified 2005 International CES Attendee Audit Summary.*



# International CES Press Coverage

The International CES represents the largest gathering of industry press in the world.

| Press | |
|---|---|
| Grand Total | **4,602** |
| Countries Represented | |
| International Press / Representatives | **890** |
| Print Press | |
| Online/ Wire Press | **26%** |
| Broadcast Press | |

SOURCE: *2005 International CES Registration Reports*

Leading publications and financial analysts represented at the International CES include:

| | | | |
|---|---|---|---|
| ABC *Good Morning America* | Computer America Radio | Janus Capital Corp. | Reuters News Service |
| ABC Radio Network | *Consumer Digest* | Kiplinger Personal Finance | *Richmond Times Dispatch* |
| ABC Television Network | *Consumer Reports* | Lehman Brothers | *Rolling Stone* |
| Aberdeen Group | *Crain's Business Publications* | *Los Angeles Times* | RS Investments |
| Access Hollywood | Credit Suisse First Boston | *Men's Health* | *Runner's World* |
| Allied Business Intelligence | *Denver Post* | *Men's Journal* | Salomon Smith Barney |
| American Express Asset Mgmt. | *Detroit News* | Merrill Lynch | *San Francisco Chronicle* |
| *Architectural Digest* | Deutsche Bank Alex Brown | *Miami Herald* | *San Jose Mercury News* |
| Associated Press | Discovery Channel | *Money* | *Seattle Times* |
| *Baltimore Sun* | Dow Jones News Service | Morgan Stanley | SG Cowen Securities |
| Banc of America Sec. LLC | E! Entertainment Television | *MotorWeek TV* | *Smart Money* |
| Banc One | *EDN Magazine* | MSNBC | Thomas Weisel Partners |
| *Barron's* | *Entertainment Weekly* | MTV Music Television | *Time* |
| Bear Stearns | *Esquire* | National Public Radio | *Trend Focus* |
| Bloomberg News | *Fast Company Magazine* | NBC Television Network | *TV Guide* |
| *Boston Globe* | Fidelity Investments Japan | NBC *Today Show* | UBS Paine Webber |
| *Business 2.0* | *Financial Times* | *New York Magazine* | UBS Warburg |
| *Business Week* | *Forbes* | *New York Post* | Univision |
| Capital One | Forrester Research | *New York Times* | *US News & World Report* |
| CBS *60 Minutes* | Forstmann Leff & Assoc. | *New Yorker* | *US Weekly* |
| CBS *Howard Stern Show* | *Fortune* | *Newsweek* | *USA Today* |
| CBS *News This Morning* | G3 Tech TV | Nickelodeon | *Variety* |
| CBS Radio Network | Gartner/Dataquest | Nomura Securities Intl. | VH1 |
| CBS Television Network | Goldman Sachs Group Inc. | PBS | *Wall Street Journal* |
| CBS *The Early Show* | HDNet | Pequot Capital Management | Warner Brothers Television Network |
| *Chicago Tribune* | History Channel | *Popular Mechanics* | |
| *Cincinnati Post* | Home Shopping Network | *Popular Science* | *Washington Post* |
| Citibank | Infinity Broadcasting | *Portland Oregonian* | Weather Channel |
| Citigroup Investments | Infotrends Research Group | Pricewaterhouse Coopers | Wells Fargo |
| CNBC | *Into Tomorrow* | Prudential Securities | *Winston-Salem Journal* |
| CNET Radio | *Investor's Business Daily* | QVC | *Wired* |
| CNN | J.P. Morgan Partners | *Red Herring* | |

SOURCE: *2005 International CES Registration Reports*

*This document precedes the verified 2005 International CES Attendee Audit Summary.*



# CES Attracts Government Attendees



## Members of the United States Senate
Hon. and Mrs. George Allen (R-VA)
Hon. and Mrs. John Ensign (R-NV)

## Members of the United States House of Representatives
Hon. Joe Barton (R-TX)
Hon. and Mrs. Charles Bass (R-NH)
Hon. Shelley Berkley (D-NV)
Hon. Steve Buyer (R-IN)
Hon. and Mrs. Ed Case (D-HI)
Hon. Tom Davis (R-VA)
Hon. Vito Fossella (R-NY)
Hon. and Mrs. Paul Gillmor (R-OH)
Hon. Charles Gonzalez (D-TX)
Hon. and Mrs. Darrell Issa (R-CA)
Hon. and Mrs. Jim Moran (D-VA)
Hon. Cliff Stearns (R-FL)
Hon. Anthony Weiner (D-NY)

## International Leaders in Technology
Alain Ducass, Chief, Digital Country Planning, Delegation with Territorial Planning and Regional Action, Office of the Prime Minister (France)
Hon. Tamotsu Yamamoto, Parliamentary Secretary, Ministry of Internal Affairs and Communications (Japan)

## United States Department of Commerce
Hon. Michael D. Gallagher, Assistant Secretary of Commerce for Communications and Information
Hon. Benjamin H. Wu, Assistant Secretary of Commerce for Technology Policy
John M. R. Kneuer, Deputy Assistant Secretary for Communications and Information

## United States Department of Justice
Makan Delrahim, Deputy Assistant Attorney General for International Policy and Appellate Matters, Antitrust Division

## United States Department of State
Ambassador David A. Gross, U.S. Coordinator for International Communications and Information Policy
Timothy C. Finton, Senior Counselor for International Communications and  Information Policy

## United States Environmental Protection Agency
Tom Dunne, Assistant Administrator

## Federal Communications Commission
Hon. Michael Powell, Chairman
Hon. Kathleen Abernathy, Commissioner
Hon. Jonathan Adelstein, Commissioner
Donald Abelson, Chief, International Bureau
Matthew Brill, Senior Legal Advisor, Office of Commissioner Abernathy
Michelle Carey, Deputy Bureau Chief, Competition Policy Division
Rick Chessen, Associate Chief, Media Bureau, and Chairman, DTV Task Force
Jonathan Cody, Legal Advisor, Office of Chairman Powell
Scott Delacourt, Deputy Chief, Wireless Telecommunications Bureau

*This document precedes the verified 2005 International CES Attendee Audit Summary.*



Richard Engelman, Chief Engineer, International Bureau
Sam Feder, Legal Advisor, Office of Commissioner Martin
W. Kenneth Ferree, Chief, Media Bureau
Bruce Franca, Deputy Chief, Office of Engineering and Technology
Stacy Fuller, Legal Advisor, Office of Commissioner Abernathy
Daniel Gonzalez, Senior Legal Advisor, Office of Commissioner Martin
Alison Greenwald, Electronics Engineer, Media Bureau
Lyle Ishida, Consumer and Education Outreach Specialist, Consumer and Government Affairs Bureau
Bill Johnson, Deputy Chief, Media Bureau
Martha Johnston, Director, Office of Legislative Affairs
Michael Lance, Deputy Chief, Engineering Division, Media Bureau
Christopher Libertelli, Senior Legal Advisor, Office of Chairman Powell
Kris Monteith, Deputy Chief, Consumer and Governmental Affairs Bureau
Amy Nathan, Senior Counsel, Office of Strategic Planning and Policy Analysis
Thomas Navin, Chief, Competition Policy Division, Wireline Competition Bureau
Dr. Robert M. Pepper, Chief, Policy Development
Bruce Romano, Associate Chief, Office of Engineering and Technology
Dan Rumelt, Senior Outreach Advisor, Consumer Affairs and Outreach Division
Jim Schlichting, Deputy Chief, Office of Engineering and Technology
Alan Scrime, Chief, Policy and Rules Division
Johanna Shelton, Legal Advisor, Office of Commissioner Adelstein
Louis Sigalos, Division Chief, Consumer Affairs and Outreach Division
K. Dane Snowden, Bureau Chief, Consumer and Governmental Affairs Bureau
Robert Somers, Senior Attorney Advisor and Consumer Outreach Liaison, Consumer and Governmental Affairs Bureau
Alan Stillwell, Senior Associate Chief (Policy), Office of Engineering and Technology
Bryan Tramont, Chief of Staff, Office of Chairman Powell
Sheryl Wilkerson, Legal Advisor, Office of Chairman Powell

## Federal Trade Commission
Hon. Jon Leibowitz, Commissioner

## National Transportation Safety Board
Dr. Joseph Kanianthra, Director, Office of Vehicle Safety Research, National Highway Traffic Safety Administration

## U.S. Senate Staff
Ed Barron, Deputy Chief Counsel, Senate Judiciary Committee
Derek E. Brown, Counsel, Office of the Hon. Robert Bennett (R-UT)
Frank Cavaliere, Deputy Legislative Director, Office of the Hon. George Allen (R-VA)
Maynard Friesz, Director of Special Projects, Office of the Hon. Byron Dorgan (D-ND)
Wallace Hsueh, Legislative Assistant, Office of the Hon. Gordon Smith (R-OR)
Clark Johnson, Chief of Staff, Office of the Hon. Conrad Burns (R-MT)
Jace Johnson, Legislative Assistant, Office of the Hon. Orrin Hatch (R-UT)
Mark Keam, Judiciary Counsel, Office of the Hon. Richard Durbin (D-IL)
Harold Kim, Counsel, Senate Judiciary Committee
Barry LaSala, Counsel, Office of the Hon. John Kerry (D-MA)
Paul Martino, Counsel, Senate Commerce, Science and Transportation Committee
Erich Mische, Chief of Staff, Office of the Hon. Norm Coleman (R-MN)
Kevin O'Scannlain, Counsel, Senate Judiciary Committee
Wayne Palmer, Chief of Staff, Office of the Hon. Rick Santorum (R-PA)
Daphna Peled, Legislative Counsel, Office of the Hon. Byron Dorgan (D-ND)

*This document precedes the verified 2005 International CES Attendee Audit Summary.*



Kevin Richards, Legislative Assistant, Office of the Hon. Edward Kennedy (D-MA)
Jonathan Schwantes, Minority Counsel, Antitrust, Competition Policy and Consumer Rights
Kristin Smith, Legislative Correspondent, Office of the Hon. Conrad Burns (R-MT)
Michael Sullivan, Senate Republican High Tech Task Force, Office of the Hon. John Ensign (R-NV)
Stephen Taylor, Special Assistant to Senator Allen, Office of the Hon. George Allen (R-VA)
Bob Valeu, State Director, Bismarck Office, Office of the Hon. Byron Dorgan (D-ND)
Jesse Wadhams, Technology Policy Counsel, Office of the Hon. John Ensign (R-NV)

## U.S. House of Representatives Staff

Suzy Augustyn, Executive Assistant, Office of the Hon. Darrell Issa (R-CA)
Greg Barnes, Minority Counsel, House Judiciary Committee
Kanya Bennett, Minority Counsel, House Judiciary Committee
Thad Bingel, Legal Counsel, House Judiciary Committee
Paul Brathwaite, Executive Director, Congressional Black Caucus
Josh Brown, Senior Legislative Assistant, Office of the Hon. Darrell Issa (R-CA)
Curt Clifton, Chief of Staff, Office of the Hon. Albert Wynn (D-MD)
Darwin Cusack, Chief of Staff, Office of the Hon. Charles Bass (R-NH)
Stacey Dansky, Minority Counsel, House Judiciary Committee
Andrew Delia, Telecommunications Legislative Assistant, Office of the Hon. Ed Towns (D-NY)
Tiffany Enns, Legislative Assistant, Office of the Hon. F. James Sensenbrenner, Jr. (R-WI)
Pete Filon, Minority Counsel, House Energy and Commerce Committee
Alec French, Minority Counsel, House Judiciary Committee
Neil Fried, Counsel, House Energy and Commerce Committee
Tad Furtado, Policy Director, Office of the Hon. Charles Bass (R-NH)
Sampak Garg, Minority Counsel, House Judiciary Committee
Eunice Goldring, Counsel, House Judiciary Committee
Kevin Holmgren, Technical Advisor, Office of the Hon. Cliff Stearns (R-FL)
David James, Legislative Director, Office of the Hon. Tom DeLay (R-TX)
Michone Johnson, Minority Counsel, House Judiciary Committee
Bill Koetzle, Special Assistant to the Speaker for Policy, Office of the Hon. Dennis Hastert (R-IL)
Andrew Kugler, Senior Counsel, Office of the Hon. Zoe Lofgren (D-CA)
Pete Leon, Legislative Director, Office of the Hon. Eliot Engel (D-NY)
Ed McDonald, Chief of Staff and Press Secretary, Office of the Hon. Howard Coble (R-NC)
Christopher Mitchell, Legislative Director, Office of the Hon. Mike Honda (D-CA)
Stephanie Moore, Minority Counsel, House Judiciary Committee
Dale Neugebauer, Chief of Staff, Office of the Hon. Darrell Issa (R-CA)
Michelle Persaud, Minority Counsel, House Judiciary Committee
Amanda Potter, Press Secretary, Office of the Hon. Rick Boucher (D-VA)
Sean Richardson, Chief of Staff, Office of the Hon. Patrick Kennedy (D-RI)
George Rogers, Counsel, House Rules Committee
Vince Sampson, Deputy Chief Counsel, House Resources Committee
David Schooler, Minority Deputy Staff Director and General Counsel, House Energy and Commerce, Committee
Thomas Schreibel, Chief of Staff, Office of the Hon. F. James Sensenbrenner, Jr. (R-WI)
Terry Shawn, Press Secretary, House Judiciary Committee
Robert Stien, Legislative Counsel, Office of the Hon. Lee Terry (R-NE)
Todd Thorpe, Chief of Staff, Office of the Hon. Chris Cannon (R-UT)
Heather Urban, Legislative Director, Office of the Hon. Shelley Berkley (D-NV)
Laura Vaught, Chief of Staff, Office of the Hon. Rick Boucher (D-VA)
Yebbie Watkins, Chief of Staff, Office of the Hon. James Clyburn (D-SC)
Mark Wellman, Chief of Staff, Office of the Hon. Paul Gillmor (R-OH)
Patrick Wilson, Director of Coalitions and Senior Counsel, House Committee on Small Business
Bill Womack, Legislative Director, Office of the Hon. Tom Davis (R-VA)

*This document precedes the verified 2005 International CES Attendee Audit Summary.*





## National Conference of State Legislators
Hon. W. Curtis Thomas (D-PA), House of Representatives, Commonwealth of Pennsylvania, and
   Vice Chair, Communications, Technology and Interstate Commerce Committee, NCSL

## Commonwealth of Virginia
Hon. Jeannemarie Devolites Davis, Senator, Virginia Legislature

SOURCE: 2005 International CES Registration Reports

*This document precedes the verified 2005 International CES Attendee Audit Summary.*



**Media Partners**

    
     
    
    
    

**Conference Partners**

   
    
    



PRODUCED BY



## DEFINING TOMORROW'S TECHNOLOGY

## www.CESweb.org

Consumer Electronics Association (CEA) | 2500 Wilson Blvd. | Arlington, VA 22201-3834
(703) 907-7600 | www.CESweb.org