

THE 2006 INTERNATIONAL CES® EXHIBITOR OVERVIEW
JANUARY 5-8, 2006 | LAS VEGAS, NEVADA | WWW.CESWEB.ORG



GET OUT IN FRONT OF THE COMPETITION.

# build your business
## WITH THE POWER OF THE INTERNATIONAL CES®



The International CES presents an unparalleled opportunity to get out in front of the competition, build your brand and drive sales in 2006.

No other event brings together all of the essential players in so many sales and distribution channels, including corporate and institutional buyers across vertical markets, OEMs, partnerships and international buyers.

## they're all here at CES.
### YOU NEED TO BE HERE, TOO.



Take advantage of CES' powerful reputation and media coverage to help your business:
- Reach the broadest range of retail and corporate buying channels
- Introduce and advance new products and services
- Connect with your next global business partners
- Access industry market makers and new vertical markets
- Gain exposure to key legislators and policy makers

The International CES is the largest annual consumer technology show in the world, creating more positive press and buzz than any other event in the CE industry.

"CES IS A FANTASTIC WORLD-CLASS EVENT. ANYONE WHO HAS ANYTHING TO DO WITH CONSUMER ELECTRONICS SHOULD BE HERE."





"THE 2004 INTERNATIONAL CES WAS THE BEST EVER. THE EXCITEMENT LEVEL FROM PRESS AND OTHER SHOW ATTENDEES WAS EXCELLENT. THIS WAS A VERY IMPORTANT SHOW AND VEHICLE TO KICK-OFF THE NEW BUSINESS YEAR."

—Henio Arcangeli Jr., senior vice president

## THE INTERNATIONAL CES GATHERS CONSUMER ELECTRONICS

### the 2006 International CES
IS *THE* PLACE TO COMMUNICATE YOUR CORPORATE MESSAGE AND STRENGTHS.



# global reach
## UNMATCHED RETURN ON INVESTMENT

**120,000 ATTENDEES. 44,000 BUYERS. 110 COUNTRIES. AND GROWING.**
Retail chains, mass merchants, electronics boutiques, catalog and Internet retailers, corporate and government buyers, OEMs, embedded tech companies, digital content creators, component makers, engineers, R&D and outsource vendors— the entire supply chain uses the International CES to pursue business contacts, licensing deals and joint ventures.

**RETAILERS**—The industry's top 100 send an average 25 representatives to CES.
Amazon.com, Best Buy, Circuit City, CompUSA, eBay, Fry's Electronics, Good Guys, KMart, Office Depot, Office Max, PC Connection, RadioShack, Sam's Club, Sears, Staples, Target, Toys 'R' Us, Tweeter, Wal-Mart and more.

**CORPORATE BUYERS**—Many industry sectors are represented: aerospace, automotive, consulting, entertainment, financial services, government, healthcare, higher education, sports and fitness, travel and hospitality.
American International Group, Bank of America, ExxonMobil, Fannie Mae, FedEx, Ford Motor Company, GE, IBM, JP Morgan Chase & Co., Jaguar, Lockheed Martin, Morgan Stanley, SAIC, SBC Communications, U.S. Department of Defense, U.S. Navy, United Airlines, and many more.

**MAJOR DISTRIBUTORS AND VARS**—Thirteen percent of CES attendees are market suppliers, representing more than 8,000 distributors and 2,500 premium/catalog VAR/dealers.

**INTERNATIONAL**—The International CES attracts 3,100 international retailers, 3,400 distributors, and 750 manufacturers' representatives and more than 40 delegations from 30 countries.
Carrefour, Casino, Daimaru, Dixons, Hudson's Bay Company, John Lewis, Laox, Loblaw, Izumi, Otto and many more.

**MARKET MAKERS**—4,200 **press** from 45 countries, 1,500 **analysts,** more **government VIPs** than any other commercial show and 150 **universities represented.**

**THE INTERNATIONAL CES IS THE PLACE TO MAKE DEALS.**
## WHAT ARE YOU WAITING FOR?

CONTACT US! TEL (703) 907-7662 I EXHIBIT@CESWEB.ORG I WWW.CESWEB.ORG

# technology's launch pad
TAP INTO MAJOR NETWORKS—PLUG INTO TECHNOLOGY TRENDS

The following product categories have reached such critical mass at CES that each one now represents a show-within-a-show. CES has organized the show floors according to these product categories for the benefit of exhibitors *and* attendees, creating a concentrated and vibrant atmosphere in which to do business.

These icons designate the product categories that represent each show-within-a-show at CES. Use them to navigate your way to the information, products and technologies you're looking for:

 Audio Products + Technologies

 Digital Entertainment

 Digital Imaging, Content + Creation

 Embedded Technologies

new in 2006 FutureScape: Imaging. Technology. Tomorrow.

 Home Theater

 Information Technologies

 International Business

 Mobile Electronics

 The Networked Home

 Video

 Wireless

This commitment to cross-category growth reflects the Consumer Electronics Association's™ (CEA) dedication to building and growing the CE industry as a whole. Unlike other shows, *the International CES does not profit from your investment as an exhibitor.* All revenue from the show is reinvested back into the consumer electronics industry through the activities of the CEA.

      

THE 2006 INTERNATIONAL CES® EXHIBITOR OVERVIEW
JANUARY 5-8, 2006 | LAS VEGAS, NEVADA | WWW.CESWEB.ORG





**FUTURESCAPE AT THE SANDS** features the digital imaging, emerging and embedded technologies at the heart of the International CES.

**A NEW VENUE FOR 2006:** The Sands Expo and Convention Center will house emerging technologies, enabling technologies and the award-winning new applications that keep the industry on a growth trajectory.

CONSUMER ELECTRONICS BUSTS LOOSE WITH
FUTURESCAPE: IMAGING. TECHNOLOGY. TOMORROW.
DEBUTING AT THE SANDS EXPO AND CONVENTION CENTER IN 2006.

For more information about exhibiting at the 2006 International CES, call (703) 907-7662, e-mail Exhibit@CESweb.org or visit www.CESweb.org.

# the 2006 International CES
## A VIBRANT AND GROWING SHOW

CONSIDER THESE NUMBERS:

The International CES was one of the first shows to conduct a verified attendee audit, and we stand by our numbers.

- 89% of the CE industry's $108 billion buying power attends or exhibits at CES
- Nearly three-quarters of attendees are final decision makers
- One of every three attendees is a senior-level executive
- 100 conference sessions and 300 expert speakers represent an unrivaled source of business intelligence

---

YOUR BUSINESS STARTS HERE.
THE INTERNATIONAL CES IS THE TECHNOLOGY EVENT OF 2006.

---

## to learn more
ABOUT EXHIBITING AT THE 2006 INTERNATIONAL CES, CALL (703) 907-7662, E-MAIL: EXHIBIT@CESWEB.ORG OR VISIT US ON THE WEB AT WWW.CESWEB.ORG.



2006 International CES
DEFINING TOMORROW'S TECHNOLOGY
PRODUCED BY CEA

THE 2006 INTERNATIONAL CES | WWW.CESWEB.ORG | 2500 WILSON BOULEVARD | ARLINGTON, VA | 22201-3834 | USA
TEL (703) 907-7662 | FAX (703) 907-7691 | EXHIBIT@CESWEB.ORG