

2006 International
CES
DEFINING TOMORROW'S TECHNOLOGY
PRODUCED BY CEA
THE 2006 INTERNATIONAL CES® | JANUARY 5–8, 2006 | LAS VEGAS, NEVADA | WWW.CESWEB.ORG

byb BUILD YOUR BRAND

DIGITAL ENTERTAINMENT

OPPORTUNITIES START HERE.



"WITH A HOST OF NEW GADGETS IN TOW, MICROSOFT CHAIRMAN AND CHIEF SOFTWARE ARCHITECT BILL GATES KICKED OFF THE INTERNATIONAL CES IN LAS VEGAS."

—*Internet.com*

LAS VEGAS, JANUARY 5–8, 2006. BOOK YOUR SPACE NOW.

YOU CAN'T AFFORD TO MISS IT.

# the entire sales channel

AT YOUR FINGERTIPS

The pulsating beat of digital entertainment—online or offline—is everywhere at the International CES. In just four days, buyers from every sales channel, product category and market niche will assess their digital entertainment options for 2006. From electronic and wireless gaming consoles, to DVD-based gaming and super high-resolution graphics technologies, CES is a marketing mainstay for small and large companies.

Buyers represented at the International CES include:

ATI, Amazon.com, Babbages, Circuit City, eBay, GameSpot, KB Toys, KMart, NASCAR, NFL, Nintendo, RadioShack, Sears, Target, Toys 'R' Us, Wal-Mart and many more.

If you develop, rent, sell or distribute digital entertainment—the International CES is your conduit to every sales channel and market in consumer electronics.

CES is the largest cross-vertical marketplace for digital entertainment in the world.

## SPECIAL EVENTS AND DISPLAYS AT THE 2005 INTERNATIONAL CES

KEYNOTES
Craig Barrett
CEO, Intel Corporation

Carly Fiorina
Chairman and CEO, HP

Bill Gates
Chairman and Chief Software Architect, Microsoft Corporation

Rich Templeton
President and CEO
Texas Instruments

Ed Zander
Chairman and CEO
Motorola, Inc.

INDUSTRY INSIDER SERIES
Judy McGrath, MTV Networks Chairman and CEO

Mike Ramsey, TiVO Co-founder, Chairman and CEO

> SUPERSESSION: BATTLE FOR CONTROL OF THE DIGITAL LIVING ROOM

> SUPERSESSION: NOW, A WORD FROM YOUR CABLE COMPANY...

DIGITAL ENTERTAINMENT:

# a show-within-a-show

It's all coming together. Phones and PDAs are evolving into gaming consoles. Homebuilders are integrating audio and video needs into their plans. Broadband connectivity is opening unimaginable entertainment possibilities.

Digital entertainment exhibitors are able to take full advantage of these exciting new business opportunities—and can easily connect with developers, manufacturers, homebuilders, integrators and corporate buyers—in prime locations under one roof at the 2006 International CES.

Zoom in on digital entertainment at CES, and meet buyers representing the youth market.

CES DELIVERS:

+ 30,000+ attendees interested in home theater
+ 25,000+ interested in computer hardware and software
+ 14,000+ interested in electronic gaming
+ Digital Content Storage and TechHome TechZones
+ Game consoles, PDAs, cell phones

SOURCE: *2004 International CES Attendee Audit Summary Results*

**DIGITAL ENTERTAINMENT: GRAPHICS GONE WILD**

WE'VE ORGANIZED THE SHOW FLOOR TO PROVIDE AN UNPRECEDENTED OPPORTUNITY FOR ATTENDEES TO SHOP ACROSS CATEGORIES AND TO DIVERSIFY THEIR PRODUCT MIX. THE ICON HERE—AND ON THE SHOW FLOOR IN LAS VEGAS—HELPS IDENTIFY DIGITAL ENTERTAINMENT-RELATED PRODUCTS.



## The International CES is ideal for manufacturers and suppliers of:

+ Home networking
+ Content development
+ Video adapters and set-top boxes
+ Whole-house video systems, including video source, delivery and display
+ Wiring
+ Audio, structured wiring or home networking solutions
+ Multi-room audio equipment and source controllers
+ Gaming software and hardware

# build your brand

WITH THE POWER OF THE INTERNATIONAL CES

**Opportunities for your entire year start here.** Interact with customers. Make contact with hard-to-reach prospects. Explore international markets. Initiate, enhance and solidify OEM relationships. Create B2B partnerships with established and up-and-coming players. Scout the competition. Bolster your brand with customized sponsorship and promotional opportunities, speaking engagements, product-specific TechZones and targeted marketing campaigns.

The International CES is the largest annual consumer technology show in the world. **CONSIDER US YOUR PARTNER IN BRAND BUILDING.** We'll help you with success—whether you're Fortune 500 or tomorrow's trendsetter.

THE 2006 INTERNATIONAL CES EXHIBITOR OVERVIEW | JANUARY 5–8, 2006

## to lock in exhibit space for 2006, act now.

CALL OUR INTERNATIONAL CES BUSINESS DEVELOPMENT TEAM AT (703) 907-7662 OR E-MAIL EXHIBIT@CESWEB.ORG.

2006 International CES

CSA

WWW.CESWEB.ORG | INTERNATIONAL CES | JANUARY 5–8, 2006 | 2500 WILSON BOULEVARD | ARLINGTON, VA | 22201-3834 | USA
TEL (703) 907-7662 | FAX (703) 907-7691 | EXHIBIT@CESWEB.ORG



THE 2006 INTERNATIONAL CES® | JANUARY 5–8, 2006 | LAS VEGAS, NEVADA | WWW.CESWEB.ORG

byb BUILD YOUR BRAND

VIDEO

OPPORTUNITIES START HERE.