

"RECORDABLE DVD AND OTHER DIGITAL RECORDING DEVICES OF ALL SHAPES AND SIZES DOMINATED THE EARLY PORTION OF THE INTERNATIONAL CES IN LAS VEGAS, AS THE INDUSTRY FINDS NEWER AND CHEAPER WAYS TO DELIVER HIGH-QUALITY VIDEO TO CONSUMERS, WHEREVER THEY WANT IT."
—*Videostore Magazine*

LAS VEGAS, JANUARY 5–8, 2006. BOOK YOUR SPACE NOW.
YOU CAN'T AFFORD TO MISS IT.

OF THE MORE THAN 120,000 ATTENDEES AT CES,
# 27,000 cite video as a primary interest

Who's in the market for video technology?

Retailers, OEMs, government and corporate buyers, embedded technology distributors, cable and satellite television companies and more. They're at CES, and they're all here to find new technology for the 2006 sales year.

BenQ America Corp., Canon, Costco, Datavision Computer Video, Fuji, Good Guys, Kodak, Motorola, Office Depot, Office Max, OmniVision, Pentax, RadioShack, Ritz Camera, Sprint PCS, Sony, Staples, Toshiba, Verizon and many more.

It's not just the established names that benefit from the glare of the international spotlight. The International CES also provides unparalleled opportunities for tomorrow's technology innovators to be seen and heard today. It's the one show with the critical mass to put your video technology on the world's screen—and keep it there.

Whether it's HDTV, PVR or recordable DVD technology, personalized video or video over IP, the International CES® is the most important video technology showcase of the year.

### SPECIAL EVENTS AND DISPLAYS AT THE 2005 INTERNATIONAL CES

  

    

**INDUSTRY INSIDER SERIES**
Mike Ramsey, TiVO Co-founder, Chairman and CEO

> TECHZONES, INTRODUCING EMERGING TECHNOLOGIES AND COMPANIES
> CES DIGITAL MEDIA TRAINING





VIDEO:
# a show-within-a-show

The video landscape is evolving rapidly, with a constant stream of new technologies, applications and solutions entering the marketplace.

This vortex of activity presents opportunities to expand visibility, partnerships and sales across new vertical markets.

The International CES has created a video technology show-within-a-show to ensure that every exhibitor at the International CES has the opportunity to connect with new markets, new potential partners, buyers, OEMs, press and analysts.

+ 30,000+ attendees are interested in home theater
+ 26,000+ attendees are interested in video
+ 17,400+ attendees are interested in home automation
+ 15,000+ are interested in satellite systems
+ 14,000+ are interested in online/Internet

SOURCE: *2004 International CES Attendee Audit Summary Results*

---

### VIDEO: A SHOW-WITHIN-A-SHOW

WE'VE ORGANIZED THE SHOW FLOOR TO PROVIDE AN UNPRECEDENTED OPPORTUNITY FOR ATTENDEES TO SHOP ACROSS CATEGORIES AND TO DIVERSIFY THEIR PRODUCT MIX. THE ICON HERE—AND ON THE SHOW FLOOR IN LAS VEGAS—HELPS IDENTIFY VIDEO-RELATED PRODUCTS.



# build your brand
## WITH THE POWER OF THE INTERNATIONAL CES

**Opportunities for your entire year start here.** Interact with customers. Make contact with hard-to-reach prospects. Explore international markets. Initiate, enhance and solidify OEM relationships. Create B2B partnerships with established and up-and-coming players. Scout the competition. Bolster your brand with customized sponsorship and promotional opportunities, speaking engagements, product-specific TechZones and targeted marketing campaigns.

The International CES is the largest annual consumer technology show in the world. **CONSIDER US YOUR PARTNER IN BRAND BUILDING.** We'll help you with success—whether you're Fortune 500 or tomorrow's trendsetter.

THE 2006 INTERNATIONAL CES EXHIBITOR OVERVIEW | JANUARY 5-8, 2006

## to lock in exhibit space for 2006, act now.
CALL OUR INTERNATIONAL CES BUSINESS DEVELOPMENT TEAM AT (703) 907-7662 OR E-MAIL EXHIBIT@CESWEB.ORG.



2006 International **CES**
DEFINING TOMORROW'S TECHNOLOGY
PRODUCED BY CEA

WWW.CESWEB.ORG | INTERNATIONAL CES | JANUARY 5-8, 2006 | 2500 WILSON BOULEVARD | ARLINGTON, VA | 22201-3834 | USA
TEL (703) 907-7662 | FAX (703) 907-7691 | EXHIBIT@CESWEB.ORG

 

# APPLICATION AND EXHIBIT SPACE CONTRACT
## THE 2006 INTERNATIONAL CES
### JANUARY 5-8, 2006 • LAS VEGAS, NEVADA, USA

Priority space selection will be held January 6 - 9, 2005. Application and Contracts received starting January 10, 2005 will be handled on a first-come, first-served, space-available basis. This Application and Contract for exhibit space at the 2006 International CES, between the Consumer Electronics Association (CEA) (Producer, also referred to as CES) and your Company (Exhibitor), will become effective upon written acceptance by CES. It includes the terms on both page 1 and page 2 here in. CES is open only to members of the trade who are at least 16 years of age.

(-These areas must be completely filled in - Incomplete forms will not be processed.)

## EXHIBITOR INFORMATION

**Company Name:** _____

* **Important** * If your company has changed its name since its last participation in a CES event, please list the previous name below.

**Former Company Name:** _____

**Company Contact:** _____ **Title:** _____

**Street Address NO (P.O. Boxes):** _____

_____

**City, State, Zip:** _____ **Country:** _____

**Telephone:** ( ) _____ **Fax:** ( ) _____

**E-mail Address:** _____

**Website Address:** _____

Note: This document, when signed by Exhibitor and CES, constitutes a binding legal agreement. CES agrees to review your Application and Contract and assign exhibit space to your company, if available, consistent with show eligibility requirements and policies. The Exhibitor agrees that upon acceptance of this Application and Contract by Producer, with or without appropriate payment, this Application and Contract shall become a legally binding contract; enforceable against the Exhibitor in accordance with its terms. By the signature below, the individual signing this document represents and warrants that he/she is duly authorized to execute this binding contract on behalf of the exhibitor. It is understood that the booth will be assigned to the company name listed above.

By signing this agreement, the Exhibitor agrees that they have received, read and agree to the attached **2006 International CES Space Contract Terms and Conditions,** incorporated in their entirety herein and expressly made a part of this contract. **This Application and Exhibit Space Contract and the included 2006 International CES Space Contract Terms and Conditions constitute the entire agreement between the parties and cannot be modified except by express written agreement signed by CEA.**

**Authorized Company Rep (print):** _____

**Title:** _____

**Signature:** _____ **Date:** _____

## EXHIBIT PRODUCT CATEGORIES:

Indicate the ONE (1) product or service category which represents 60% of what you will be showing in your exhibit. This category will be used to determine your exhibit facility and your space priority selection number. This number is used to determine the order in which you may select space during the 2006 exhibit space priority selection process.

**60% of your exhibit contents must fit this product or service category. Failure to adhere to this rule will result in the loss of ALL priority points and will affect your selection order at future shows.**

☐ Audio & Video            ☐ Home Theater
☐ Digital Imaging          ☐ Information Technology
☐ Digital Radio            ☐ International Gateway
☐ Embedded Technologies    ☐ Mobile Electronics
☐ Gaming                   ☐ Outdoor Space
☐ High Performance Audio   ☐ Satellite
☐ Home Networking/Home Information Systems   ☐ Wireless Communications

## EXHIBIT SPACE RATES:

Exhibit space rates are based on the type of space selected and other criteria. Please check below all that apply and refer to the attached Benefits & Services Sheet for the exact cost:

☐ LVCC                ☐ Open Booth Space      ☐ Meeting Room
☐ Sands Convention    ☐ Open Booth Space      ☐ Meeting Room
☐ Alexis Park Suite   ☐ Hospitality Suite     ☐ Demonstration Room
☐ **CEA Member Discount** — Must be a member by **May 1, 2005, with fully paid dues,** to receive the member discount rate. Cancellation or termination of membership will result in the recalculation of space fees at the non-member rate.

NOTE: CEA membership is NOT included with your CES space application.

## EXHIBIT SPACE CHOICES:

Refer to the 2006 CES floor plans and list four (4) space choices in order of preference. We will try to accommodate your preference, but space requests are for guidance and are not guaranteed. Assignments are based on: a) Product Category; b) Priority Points; c) Special Requirements; d) Space Availability. All requests received starting January 10, 2005, will be handled upon receipt of this written Application and Contract, on a first-come, first-served, space-available basis. CES will not process illegible, incomplete or unsigned Application and Contracts.

| Booth # | Space Size or Type | Venue | Product Category/TechZone |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |
| 4. _____ | _____ | _____ | _____ |

## TOTAL EXHIBIT SPACE COSTS AND REQUIRED INITIAL PAYMENT:

Based on the total requested space requirements and exhibit space rates, use the following formula to calculate the estimated Exhibit Space Cost:

**1. Open Booth Space:**

_____ x $ _____ per sq. ft = $ _____
TOTAL SQ. FT.                          SPACE COST

**2. Other Rooms: (may not be on square footage basis)**

_____ x $ _____ per sq ft = $ _____
TOTAL SQ. FT.                 or unit    SPACE COST
OR # OF UNITS

**3. TOTAL EXHIBIT SPACE COST** .......... $ _____

## PAYMENT SCHEDULE

Calculate initial required payment that must accompany application/contract starting January 10, 2005 (20%) ............................................. $ _____

Initial Payment Required upon submission of Application/Contract between January 10 – May 31, 2005 (60%)

Send payments to: c/o Suntrust, CEA, P.O. Box 79418, Baltimore, MD 21279

CES will invoice 20% (due by March 1, 2005), January 6-9, 2005.
**20%** of total cost is due by January 10, 2005 to May 31, 2005
**60%** of total cost is due June 1, 2005 to September 30, 2005
**100%** of total cost is due by October 1, 2005
All contracts received after October must be accompanied by 100% payment.

### EXHIBITORS: PLEASE DO NOT WRITE IN THIS SPACE — FOR CES OFFICE USE ONLY

| EXHIBIT SPACE ASSIGNMENT | | | | | |
|---|---|---|---|---|---|
| No.: ___ Size: ___ x ___ | NSF/unit = $ ___ | Venue: ___ | Product Category/TechZone: ___ | Date: ___ |
| No.: ___ Size: ___ x ___ | NSF/unit = $ ___ | Venue: ___ | Product Category/TechZone: ___ | Date: ___ |
| No.: ___ Size: ___ x ___ | NSF/unit = $ ___ | Venue: ___ | Product Category/TechZone: ___ | Date: ___ |
| No.: ___ Size: ___ x ___ | NSF/unit = $ ___ | Venue: ___ | Product Category/TechZone: ___ | Date: ___ |

Payment Received: $ _____   Check #: _____   Date: _____   Balance Due: $ _____

Accepted by Consumer Electronics Association _____   By: _____   Date: _____
                                                    CES AUTHORIZED REPRESENTATIVE

C # _____   TER: _____

**RETURN COMPLETED, ORIGINAL APPLICATION AND CONTRACT TO:**
International CES, Sales Department • 2500 Wilson Boulevard, Arlington, VA 22201 - 3834, USA • Telephone (703) 907-7600 • Facsimile (703) 907-7691
WHITE and GREEN - Return to CES    GOLD - Exhibitor's Copy

 

# 2006 International CES Space Contract
# Terms and Conditions

1. **TERMS OF PAYMENT:** Companies submitting an Application and Contract during the priority space selection period (January 6-9, 2005) will be billed for the initial 20% payment with payment due on or before March 1, 2005. The following schedule outlines the payment dates for all Applications and Contracts, with each step shown sequentially and on a cumulative basis.
   A. **20% of the Exhibit Space Cost is due upon application, when an application and contract is submitted on or before May 31, 2005.**
   B. **A cumulative 60% of the Exhibit Space Cost is due by June 1, 2005.** 60% of the Exhibit Space Cost is due upon application when an application and contract is submitted on or after June 1, 2005, and on or before September 30, 2005.
   C. **The entire 100% Exhibit Space Cost is due by October 1, 2005.** 100% of the Exhibit Space Cost is due upon application when an application and contract is submitted on or after October 1, 2005.

   Make all checks payable to **International CES**. Please send payment to P.O. Box 79418 Baltimore, MD 21279 - 0418. Payment is due **immediately** upon CES acceptance of this contract. If the name of the exhibiting company is different than the name on the check, indicate it on the check. Please calculate your requested exhibit space cost and submit a payment (**U.S. currency only**) in accordance with the terms of payment in Section 1. Only the company name listed on this Application and Contract is considered an official CES Exhibitor. **All exhibitors must make payments in accordance with the schedule outlined above.** Under no circumstances will the Exhibitor be permitted to occupy its exhibit space if full payment has not been received. Payments submitted in accordance with the Application and Contract will be applied, first, to any outstanding balances from previous CES events, including the Innovations Awards program. Application and Contracts will not be processed until all prior financial obligations have been met. Late payments, partial payments, or any checks or money orders marked as being payment in full or as being settlement of any dispute may be accepted without forfeiting CES rights under this agreement or the law. Exhibitors who submit payments that are unpaid by their banks will be placed on a cash basis. Any Exhibitor who does not meet all financial obligations when due will be responsible for all outstanding debts and interest at one and one-half percent (1½%) per month, compounded monthly, and any fees or expenses, including, but not limited to attorney's fees of no less than 33.3% of the unpaid principle and interest.

   **Failure to make payments does not cancel exhibitor's liability. Space cancellation notices must be submitted to CES in writing, and cancellation fees will be owed according to the terms outlined in Section 4 below.**

2. **OCCUPANCY BY EXHIBITOR:** It is further agreed that actual occupancy of the space (including meeting rooms) reserved by the Exhibitor is of the essence. If the Exhibitor does not occupy the space by 2:00 p.m., Wednesday, January 4, 2006, CES may occupy or cause said space to be occupied as it may deem best for the interest of CES without in any way releasing the Exhibitor from any liability hereunder. Furthermore, if the Exhibitor does not occupy/staff the space, all rights of a CES Exhibitor (such as Press Room distribution, etc.) will be revoked.
   All exhibits/displays must remain staffed and fully in tact until 4:00 pm., Sunday, January 8, 2006.Premature dismantling of and/or failure to fully staff said space during the entire show will result in the loss of one priority point.

3. **OUTBOARDING:** Any company not exhibiting at CES non official venue for one year but holding an exhibit demonstration or display in a Clark County, NV hotel, suite, meeting room, or other non-CES venue during the show will lose priority points which will affect space selection order at future shows. If an Exhibitor cancels its official space and outboards in any non-official exhibit venue during CES showdates then the Exhibitor will lose all of priority points for future shows.

4. **CANCELLATION BY EXHIBITOR:** All cancellations must be in writing to: 2500 Wilson Blvd., Arlington, VA 22201 - 3834, USA return receipt requested and shall become effective when received by CES. Both the Exhibitor and CES acknowledge that CES will sustain substantial losses if the Exhibitor cancels its Application and Contract. Even though CES will exercise its best efforts to mitigate the damages associated with the Exhibitor cancellation, the parties agree that Producer will nevertheless incur substantial losses that cannot be precisely determined. Due to the difficulty of determining and providing said losses, the Exhibitor agrees to pay the following as liquidated damages if the Exhibitor cancels its exhibit space on or within the time periods specified below. **Should the Exhibitor cancel all, or part, of the exhibit space contracted for hereunder after the date CES accepts and signs this Application and Contract, Exhibitor is liable for: a) 20% of the total exhibit space cost if cancellation is made by May 31, 2005, or b) 60% of the total exhibit space cost if cancellation is made between June 1, 2005 and September 30, 2005; or c) 100% of the total exhibit space cost if canceled on or after October 1, 2005.** All payments made or due to CES shall be fully earned and non-refundable, in consideration for expenses incurred by CES and its lost or deferred opportunity to provide exhibit space to others. All cancellation fees that may become due hereunder are acknowledged by the Exhibitor as liquidated damages and are not applicable toward any future CEA sponsored shows or events. CES will invoice Exhibitor for cancellation fees in excess of payments. Invoices for cancellation fees are due upon receipt. This balance must be paid in full before exhibitor can exhibit in any other CES or CEA events.

   **Exception:** Exhibitors submitting Application and Contracts during the on-site priority space selection held January 6-9, 2005 shall be entitled to a ten (10) calendar day grace period during which time all or part of the exhibit space contracted for hereunder may be canceled without incurring space reduction penalties or cancellation fees. CES must receive **written cancellation** by no later than **January 19, 2005**, to qualify for the full credit and/or refund.

5. **CANCELLATION BY SHOW:** Exhibitor's space may be canceled by CES for failure to make payments when due or failure to comply with CES regulations. If space is canceled by CES, Exhibitor will be notified in writing. It is further agreed that based on the timing of such cancellation, as evidenced by letter notification, the Exhibitor is liable for the same cancellation charges as referred to in Section 4. Upon such cancellation, CES may lease the canceled space to another exhibitor at its discretion. CES will invoice Exhibitor for cancellation fees in excess of payments. Invoices for cancellation fees are due upon receipt. If the Exhibitor cancels its participation, the Producer may, at its discretion, cancel all other contracts between the Exhibitor and the Producer.

6. **SPACE REDUCTION:** All space reduction requests must be in writing and shall become effective when received by CES. A fee of 20% of the difference between the cost of the originally assigned exhibit space and the cost of the reduced exhibit space, requested in writing by the Exhibitor, will be charged on any reductions requested after the date CES accepts the Application and Contract, through May 31, 2005. Between June 1, 2005, and September 30, 2005, the penalty increases to 60% of the difference between the cost of the originally assigned exhibit space and the cost of the reduced exhibit space. The Exhibitor will be responsible for the entire 100% cost of the originally assigned exhibit space contract regardless of any space reduction requests on or after October 1, 2005.

   Any company having downgraded their original exhibit space request and holding an exhibit, demonstration or display in a Clark County, NV hotel, suite, meeting room, or other venue during the Show will forfeit 5 priority points for the first 50% of space downgraded and 5 priority points for every 100 square feet of space downgraded above 50%. Such activity may affect exhibit space selection order at future shows.

7. **DIRECTORY LISTING/SEPARATE EXHIBITOR REGISTRATION:** Only the name of the Exhibitor which appears upon the face of this Application/Contract may be placed in the exhibit space, in the Show's printed list of Exhibitors and on exhibitor badges. **It is further agreed that the Exhibitor shall not assign, share or sublet any part of its exhibit space without the express written consent of CES.** In the event a request for separate exhibitor registration and/or additional directory listing is approved, a $850 fee will be charged for each additional company. **See Clause 8 for additional information regarding shares.** CES maintains the exclusive right to publish and distribute the list of Exhibitors. However, a publisher may include the list of Exhibitors as part of an ongoing publication. As a service to Exhibitors, CES will identify in the Official Directory each Exhibitor who completes and returns the necessary directory listing form by the established deadline; however, CES will incur no liability for any errors, omissions or format changes in the directory. The Exhibitor agrees to list in the Official Directory only brands of its own manufacture, or brands which are manufactured exclusively for the Exhibitor, and which bear the Exhibitor's name or trademark.

8. **SHARE POLICY:** International CES will allow share exhibitors within a booth only if they meet the following criteria:
   - the share company is a subsidiary or division of the primary company, or
   - the share company has a distributor relationship with the primary company, or
   - there is an equity relationship between the share company and primary company
   - For Alexis Park exhibitors only, due to the nature of the exhibits at this venue, a share may be permitted as long as the shared exhibit space is contained to one exhibit room.

   The share company will earn one priority point per year. Each share company must complete an exhibit space application and pay an $850 share fee, due in full with contract submission. CES must receive notification from the primary company, on their letterhead, indicating approval and acceptance of the share company within the primary company's booth.

   It is at the discretion of CES to approve and accept share contracts based on the criteria above. If CES has evidence or knowledge that any of the facts presented by the primary or share company are not valid or true, CES will not accept the share contract and the share company will not be permitted to exhibit at CES in a share capacity.

9. **ATTENDANCE:** CES makes no representations or warranties with respect to the demographic nature and/or volume of exhibitors and/or attendees at any particular location at CES.

10. **REGULATIONS:** It is further agreed that all current and subsequent CES conditions and regulations of the Las Vegas Convention Center, Sands Expo and Convention Center, Las Vegas Hilton, Alexis Park Renaissance Las Vegas, and any other facilities used by CES are made a part hereof as though fully incorporated herein. CES shall have full and exclusive power in the matter of interpretation, amendment and enforcement of all said conditions and regulations, and any such amendments when made and brought to the notice of said Exhibitor shall be as though duly incorporated herein and subject to the terms and conditions herein set forth. If a dispute or disagreement shall arise between the parties concerning the allotment of or permitted use of exhibition space or concerning interpretation of any of the regulations which are a part hereof the decision and interpretation of CES shall be final and the Exhibitor hereby agrees to abide by said interpretation which, if requested, shall be in writing.

11. **FORCE MAJEURE:** It is further agreed that in case said premises shall be destroyed by fire or the elements, or by any other cause, or in case of government intervention or regulation, military activity, strikes, or any other circumstances that make it impossible or inadvisable for CES to hold the Show or portion thereof at the time and place herein provided then and there upon this agreement shall terminate and the said Exhibitor shall and does hereby waive any claim for property or other damages or compensation except the pro rata return on the amount paid after deduction of actual expenses incurred in connection with the Show and there shall be no further liability on the part of either party.

    This Application and Contract is subject and subordinate to the agreements between the Las Vegas Convention Center, Sands Expo and Convention Center, Las Vegas Hilton, Alexis Park, Renaissance Las Vegas and any other facilities utilized by CES, and covering the CES exhibit areas at these properties (and other facilities which may be used) for the period of the 2006 International CES, move-in through move-out.

12. **GOVERNANCE:** The contract and all rights and obligations of the parties relating hereto shall be governed by and construed in accordance with the internal laws of the Commonwealth of Virginia without giving effect to any conflicts of law rules that would cause the application of the laws of any other jurisdiction. At CES's option, any controversy or claim arising out of or relating to this contract or the breach thereof (except for an action for injunctive relief) may be resolved by arbitration held in Arlington County, Commonwealth of Virginia, in accordance with the Rules of the American Arbitration Association in effect at the time the arbitration is initiated, and judgment upon the award rendered by the arbitrators may be entered in any court jurisdiction thereof.

13. **EXHIBIT SPACE AMENDMENTS:** This Application and Contract indicates your original exhibit space assignment. Any changes to your assignment will be indicated to you on a contract addendum

form. CES further reserves the right to move or reallocate ex~~~~~~ booth space to a new location in the interest of a better showing of exhibits, or it may cancel this agreement for the betterment of the overall Show or for any other reason deemed necessary by the Producer. Exhibitors will be notified in writing of such movement. All terms of the contract, including cancellation policy, remain in effect upon such movement of booth space by CES. If booth space is purchased by any type of aggregator and then subleased to companies who are otherwise eligible to exhibit at CES (to be listed under the aggregator's names), it is the responsibility of the aggregator to provide a copy of all terms and conditions of this contract to each sublessee. Aggregator hereby agrees to indemnify CES from any liability including, but not limited to, legal action that the subleasee may take against CES.

**14. OPERATION OF EXHIBITS:** Exhibits must be designed and operated in a manner that respects the rights of other exhibitors and visitors. The following are prohibited: preparation of food, promotional contests that require physical skill, promotion of other industry expositions without prior consent of CES, and unauthorized taking of photographs. Personnel must be dressed appropriately and confine their activities to the exhibit space of the Exhibitor. Exhibitors are responsible for payment of fees, royalties or fines for use of work that is protected by copyright, patent or trademark. CES reserves the right to prohibit promotions found objectionable. Booths must be staffed at all times during scheduled exhibit hours, unless prior written permission is received from show management. Booth personnel must be 16 years of age or older.

**15. BOOTH CONSTRUCTION:** All Exhibitors are expected to comply with booth construction regulations outlined in the Exhibitor Manual. It is the Exhibitor's responsibility to supply these regulations to its exhibitor appointed contractor.

**16. CHARACTER OF EXHIBITS:** Products eligible to be exhibited include consumer and workstyle technology products and related accessories. The Exhibitor agrees to display only products of its own manufacture, or products exclusively manufactured for, or distributed by, the Exhibitor and which bear the Exhibitor's name or trademark. CES reserves the right to order withdrawal from display any items which, in its opinion, do not comply with these requirements.

**17. CONTENT:** CES reserves the right to exclude the showing of film, photos, games or other software in the exhibit area which are deemed objectionable, including explicit or simulated sex, nudity, bloodshed or mutilation. (Adult out call and escort services, and the promotion of the same are not permitted at CES.) CES will disconnect the electricity of, or close the exhibit of any Exhibitor deemed to violate these rules.

**18. GOOD NEIGHBOR POLICY** Any exhibitor using audio or video content in their booth for the purpose of demonstrating equipment or otherwise herby agrees that such content shall be appropriate for a general audience, and agrees to refrain from using content that may be considered offensive to such an audience. In the event of a complaint from any person regarding the content used by an exhibitor, CEA will investigate and if, in the sole discretion of CEA, such content is determined to be offensive, CEA will request exhibitor to cease using such content. In the event the exhibitor refuses CEA's request, or a subsequent complaint is filed against the same exhibitor, CEA reserves the right to shut off the power to the exhibitor's booth until the exhibitor complies with CEA's request. Repeated violations of this policy can, at CEA's discretion, result in expulsion from the Show.

**19. OUTDOOR EXHIBIT SPACE:** It is the responsibility of the Exhibitor to supply their own tent or canvas covering for their outdoor display, should they decide to use one. No refunds will be provided for inclement weather or other forces of nature that may limit display activity.

**20. POLICY ON SELLING:** Over the counter sales (i.e., cash, check and/or credit cards) are not permitted. Only bona fide business orders for future delivery may be taken. Violation of this provision will result in expulsion from **CES. THIS POLICY IS STRICTLY ENFORCED.**

**21. FOOD AND BEVERAGE SERVICE:** ARAMARK has the exclusive rights to all Food and Beverages at the Las Vegas Convention Center Facility. Additionally the Sands Expo and Convention Center, Las Vegas Hilton, Alexis Park, and Renaissance Las Vegas have exclusive rights to food & beverage at those facilities. Food & beverage consumed, prepared, or distributed, including Food or Beverage items used for promotional purposes, must be purchased through ARAMARK or other exclusive provider and are subject to regulations and permit requirements of the Clark County Nevada Health District, the Las Vegas Convention Center and ARAMARK, or other exclusive provider.

**22. LIABILITY AND INSURANCE:** Exhibitors seeking to install their own booth/display must comply with all state and federal laws and/or regulations and must comply with any/all laws, rules, or regulations related to booth installation/dismantling. Exhibitor must have a commercial general liability policy of not less than $250,000 naming CES, Las Vegas Convention and Visitors Authority, Sands Expo and Convention Center, Las Vegas Hilton, Alexis Park, and Renaissance Las Vegas as additional insureds. This policy must be made available upon request.

The Exhibitor and its authorized contractors agree to carry adequate personal and property damage liability and workers' compensation insurance and to indemnify and hold harmless CES, the Las Vegas Convention Center, Sands Expo and Convention Center, Las Vegas Hilton, Alexis Park, Renaissance Las Vegas and other facilities utilized by CES and their contractors, officers, agents and employees against all claims, losses, suits, damages, judgments, expenses, costs and charges of every kind, including attorneys' fees resulting from its occupancy of the exhibit space contracted for, by reason of personal injuries, death or property damages sustained by any person. Certificates of insurance must be furnished by Exhibitor if requested by CES and must be available on-site during the show. Failure by CES to request proof of insurance shall not relieve Exhibitor from carrying proper coverage. The Exhibitor understands that neither CES nor the Las Vegas Convention Center, Sands Expo and Convention Center Alexis Park, the Las Vegas Hilton or other facilities used by CES maintain insurance covering the Exhibitor's property and it is the sole responsibility of the Exhibitor to obtain such insurance.

**23. RESPONSIBILITY FOR PROPERTY:** In no case will CES be responsible for theft, loss or damage to Exhibitor's product or booth, unless the responsibility is a direct and sole result of the actions of CES or its employees. Exhibitor agrees that it is wholly responsible for protecting its property on and off Show premises. Exhibitors are encouraged to secure their exhibits and products and should insure their property (from the time it leaves their warehouse until it returns) at their own expense.

**24. RECEIPT AND REMOVAL OF FREIGHT:** No exhibit or portion thereof may be removed from the exhibit facility during the Show. Only Exhibitors showing proper exhibit credentials and personal identification will be permitted to take merchandise out of the facility. If any Exhibitor fails to remove its freight in the allotted move-out time, CES reserves the right, at the Exhibitor's expense, to ship the freight through a carrier of its own choosing or to place same in a storage warehouse. (Please refer to your Exhibitor Manual for additional information.)

**25. EXHIBIT SET-UP:** A clea~~~~~~ policy will be in effect during move-in. On Tuesday, January 3, 2006, all crates must be empty and labeled by 6:00 p.m. and will be removed regardless of status at 10:00 p.m. On Wednesday, January 4, 2006, all exhibits must be set by 2:00 p.m.; all cartons, fiber cases and packing material must be empty and labeled by 1:00 p.m.; and all aisles must be 100% clear by 7:00 p.m. This day is scheduled for product testing, booth fine-tuning, and rehearsals.

Exhibits not set up by 2:00 p.m. on Wednesday, January 4, 2006 will revert to CES no further obligation to Exhibitor, and fines may be assessed for non-compliance at the discretion of Show Management. No refunds will be made to Exhibitor for space assigned and not occupied.

**26. EXHIBIT CONSTRUCTION, DECORATION, SIGNS, ETC.:** Exhibitors are solely responsible for the safety of their exhibits (refer to your Exhibitor Manual for additional information). All special booth work must conform with CES' exhibit regulations. Such approval and/or compliance with CES regulation does not constitute CES approval or opinion on the structural safety of construction. The Exhibitor and its display company remain solely liable for the safety of their exhibit. Exhibitors may choose any display company provided it meets CES' requirements for exhibitor appointed contractors and it provides CES with a certificate of liability insurance and signed indemnification agreement no later than 30 days prior to the Show (see exhibitor appointed contractor approval). All bunting, draperies or other fabrics must be fireproofed before use in the decoration of any exhibit. Paper decorations, cut evergreens or branches and helium balloons are not permitted. Exhibitors must comply with all the laws, regulations and ordinances in force in the exhibit facility(ies). City of Las Vegas, the State of Nevada and the United States.

**27. EXHIBITOR APPOINTED CONTRACTOR (EAC) APPROVAL: An Exhibitor Appointed Contractor (a contractor not listed in the Exhibitor Manual) may be used provided CES obtains 30 days in advance:** 1) Notification of Exhibitor's intent to use the exhibitor appointed contractor; 2) Proof of the exhibitor appointed contractor's workers' compensation and personal property damage liability insurance coverage; 3) Signed EAC Indemnification Statement. Use of exhibitor appointed contractors is subject to their acceptance of CES' EAC contract. EAC must be on the approved EAC list at the show facility at which it is performing the work. CES may deny access by or use of any exhibitor appointed contractor if these specific requirements are not met in the opinion of show management. If an Exhibitor brings an exhibitor appointed contractor or other contractor into the exhibit facility, that Exhibitor is responsible for that contractor's workers' compensation and liability insurance certificates and must send them to CES, the exhibit facility, and the general contractor. Under no circumstances will CES be responsible for work promised or performed by an EAC.

**28. SPECIAL ELECTRICAL, CLEANING, CATERING SERVICES, ETC.:** For insurance, safety and security purposes, electrical, cleaning, catering, drayage and other special services needed by individual Exhibitors are provided only when the Exhibitor orders and agrees to pay for these services from the exclusive suppliers authorized to provide such services listed in the Exhibitor Manual.

**29. FLOOR PLANS:** CES publishes floor plans that are provided by the exhibit facility and are believed to be correct. CES encourages Exhibitors to verify these floor plans directly with the exhibit facility.

**30. AMERICANS WITH DISABILITIES ACT (ADA):** Exhibitors must be in full compliance with the Americans with Disabilities Act.

**31. PUBLICATION DISTRIBUTION:** Exhibitors may distribute their own written materials from their exhibit(s) and, unless permission is granted by CES, not outside their exhibit. Publication bins, if available, are restricted to approved, nationally distributed publications and, if applicable, the official CES Show Daily. Other "show dailies" may not use the bins.

**32. EXHIBITOR BADGE POLICY:** Exhibitors will receive five (5) complimentary badges per 100 square feet of exhibit space. All companies will receive a minimum of 10 badges, including those companies paying the $850 registration fee (refer to 7). All additional badges will be charged at $10 per badge during pre- and on-site registration.

**33. SECURITY:** Exhibitor accepts that CES may take actions to maintain attendee security. CES has sole discretion in taking such action and cannot be held responsible for maintaining show access, for economic losses, or for damage or loss of exhibitor property, as a result of any action taken by CES in furtherance of show security.

**34. ASCAP/BMI:** Exhibitors are responsible for all applicable ASCAP/BMI music licensing fees. No fees are required if music is used to demonstrate product capability.

**35.** If any portion of this Application and Contract is changed or determined to be unenforceable, all other terms and conditions remain in full force and effect.

**36. AMENDMENTS:** CES shall have full power to make or amend its regulations, terms and/or show dates.

**37. VIOLATIONS OF REGULATIONS:** CES may take enforcement action at its discretion up to and including closing Exhibitor's booth, for violation by Exhibitor of CES Rules and Regulations or Exhibitor's breach of the terms of this Agreement. If CES shuts down Exhibitor's booth due to Exhibitor violating CES Rules and Regulations, exhibitor will not receive a refund or damage compensation from CES. Repeated violations may result in Exhibitor's being banned from participation in CES.

**38. NO-ORAL MODIFICATION CLAUSE:** This Application and Contract may not be orally modified. Only a modification in writing, signed by an authorized representative of CES will be enforceable.

**39. EXHIBITOR INTELLECTUAL PROPERTY:** Exhibitor warrants that it owns the rights for all intellectual property (patent, copyright, trademark, etc.) to be used by Exhibitor for promotion or exhibition at CES, and agrees to defend, at Exhibitor's expense, and to indemnify CEA/CES for any action brought against CEA/CES arising out of any dispute concerning intellectual property

**40. CES PUBLICITY AND PROMOTION:** CEA shall have the non-exclusive right to use the name of Exhibitor in both print and broadcast advertising media in connection with the promotion and publicity of CES.

**41. PRIORITY POINTS:** For exhibitor who has already contracted and paid for one CES booth space (regardless of size), additional space secured via contract and payment after October 1, 2005, will not have any effect on CES space selection time or standing.

**42. SPACE LIMITATIONS:** The maximum total square footage any one exhibitor is permitted to select is a total of 25,000 square feet in any one hall.



🖨 Click to Print

# Rules & Regulations

**On this page:**

- Read These Regulations Carefully
- International CES Exhibit Space Package
- Booth Display Types
- Exhibit Booth Display Regulations
- Outdoor Individual Exhibit Regulations at the LVCC
- Hanging Sign Regulations, Approval & Deadlines
- Tower Guidelines
- Double Decker or Covered Booths
- Fire and Safety Regulations
- Union Jurisdictions/Exhibitor Rights
- Cash and Carry Prohibited
- Good Neighbor Policy
- Product Demonstrations
- Booth Activity / Crowd Control
- Performance of Music or Video
- FCC Requirements
- Sound Restrictions
- Lighting Restrictions

- Photography Regulations
- Age Restrictions To Exhibit Hall
- Equipment/Product Removal Pass
- Late Work Permits
- Food & Beverages
- Raffles / Games Of Chance
- Literature Disbursements, Giveaways, Surveys
- Americans With Disabilities Act

**Downloads:**

- LVCC Halogen Light Examples
- LVCC Halogen Lighting Policy
- Hilton Fire and Safety Guidelines
- Sands Fire and Safety Guidelines
- LVCC Fire and Safety Guidelines
- Sands Double Deck Guidelines
- LVCC Double Deck Guidlines
- Exhibit Space Contract

## Read These Regulations Carefully

These regulations are an integral part of the Exhibit Space Contract. Adherence is essential to having an orderly, fair and safe show. **Please read this information carefully** as it is important that exhibitors are aware of these regulations and comply with them. Violations of these regulations may result in sanctions up to and including having your booth shut down. Repeat violations may cause you to lose priority points or be banned from participating in CES.

[back to top]

## International CES Exhibit Space Package

The following are included in your exhibit space:

- **Security:** Perimeter exhibit hall security provided.
- **Cleaning:** Your exhibit carpet vacuumed and wastebaskets emptied (if placed by the aisles) each night of the show.
- **Floor Managers & Exhibitor Hotline:** On-site floor managers for your assistance.
- **Registration:** Advance and on-site exhibitor registration. Each exhibiting company is eligible to receive 5 complimentary badges per 100 square feet of exhibit space (minimum of 10 badges).
- **Buyer Invitations:** Upon request, CES will send you Buyer Invitations imprinted with your company name.
- **Website:** Link from the official website of the International CES, CESweb.org.
- **Press Room:** CES provides staffed press rooms for the distribution of your company's press kits to more than 4,500 media and 2,500 analysts.
- **Shuttle Buses:** On show days, shuttle bus service will be provided to/from the Las Vegas Convention Center, the Sands Expo and Convention Center and all official International CES hotels. Express bus service will also be provided between the LVCC and the Sands, as well as to/from the LVCC and the Alexis Park.

- **Updates:** *The Exhibitor's Source*, the CES online newsletter, is available monthly.
- **Directory:** Listing in the CES Directory and Exporting Exhibitor Program upon receipt of the appropriate forms.

### Exhibitors with booths 399 square feet and less:

In addition to the services listed above, exhibitors with standard/linear or perimeter booths of 399 square feet or less, will receive 8' back drape, 3' side drape and 7" x 44" identification sign including name and booth number as printed on your contract (applies only to exhibitors 10' or less in depth). If you would like to add your company logo or custom-made identification sign, please contact GES Exposition Services directly at (800) 475-2098.

### LVCC exhibitors with booths 399 square feet and less:

LVCC exhibitors with booths 399 square feet and less will also receive two (2) hours of complimentary electrical labor will be provided. Exhibitors must complete and submit the TSE electrical service and electrical labor order forms by advance deadline. Electrical service and electrical labor forms not completed and received in advance will not receive complimentary service. Both forms can be found in the **LVCC/Hilton Show Utilities** section.

### LVCC exhibitors with island booths 400 square feet or more:

LVCC exhibitors with island booths 400 square feet or more will received one (1) of complimentary hanging sign labor. Labor must be order by the deadline date through GES.

### Sands exhibitors - Complimentary cart load service:

All Sands exhibitors arriving by small passenger car, needing assistance unloading their vehicle, will receive complimentary cart load service. This service is limited to personal vehicles only and is intended for those who have small hand carry items. This is typically the amount of materials that would fit in the trunk of a standard passenger car. No personal or rental trucks, vans, trailers, or bobtails qualify for this service. Signage will be in place outside the Sands to direct you to the check-in location. GES will coordinate this service.

### CES TechZone Exhibitors

Exhibitors contracted for one of the CES TechZones should contact Pam Sydnor at (703) 907-7662 or psydnor@CE.org for specific questions about what is included in your booth space.

[back to top]

### Booth Display Types

There are four types of Booth Displays: The Standard/Linear Booth, The Perimeter Wall Booth, The Peninsula Booth and The Island Booth. Please refer to the following regulations, which apply to your space type. The following booth display rules will be strictly enforced:

- **A standard/linear booth (10' depth)** is any booth that shares a common back wall and abuts other exhibits on one or two sides. The maximum height is 8'. This 8' height may be maintained on the sidewall of your booth up to a distance of 5' from the front aisle. The remaining length of the sidewall may be no higher than 4'. A corner booth is a linear booth exposed to aisle on two sides. All other guidelines for linear booth apply. **Hanging signs are not permitted over standard/linear booths.**

- **A perimeter wall booth (10' depth)** is a standard/linear booth found on the perimeter walls of the exhibit floor. The maximum height is 12'. This 12' height may be maintained on the sidewalls of your booth up to a distance of 5' from the front aisle. The remaining length of the sidewall may be no higher than 4'. **Hanging signs are not permitted over perimeter wall booths.**

- **A peninsula booth** is any exhibit 20' x 20' or larger with a depth from the common back wall to the aisle of at least 20' and with aisles on three sides.

   For a peninsula booth backed by a row of standard/linear booths, the back wall may be no higher than 4' for a distance of 5' from either side aisle and 20' high in the center of the back wall. These height restrictions must be maintained for a distance of 10' from the back wall.

   Where two (2) peninsula booths share a common back wall with no standard booths in between (also referred to as

a "Split Island"), the maximum height may be 20' in all areas of the booth, including the back wall (same as Island Booth rules, below).

For all peninsula booths, the exterior of the back wall must be plainly finished and may not contain booth identification, logos or advertisements.

- **An island booth** is any exhibit 20' x 20' or larger and is surrounded by aisles on four sides.

A maximum height of 30' in all areas of your booth is allowed in North Halls 1-4 and Central Halls 3-5. A maximum height of 20' in all areas of your booth is allowed in Central Halls 1-2. A maximum of 22' in all areas of your booth is allowed in South Halls. There are no limitations on the number of solid walls for your island booth.

For Sands exhibitors, a maximum height of 25' in all areas of your booth is allowed.

[back to top]

### Exhibit Booth Display Regulations

- **NEW THIS YEAR!** Exhibitors must own or have the rights to use all intellectual property (patent, trademark, copyright, etc.) employed by them to promote their product at CES.
- Smoking is prohibited in all CES show locations. The fire & safety regulations listed below are very important. You must comply with the rules that apply to your exhibit.
- Any portion of a display that extends above or beyond that of the booth adjoining to the rear or side must be finished with paint or drapes at the expense of the exhibitor. Any portion of your booth facing an aisle must be finished.
- No signs or decorating materials may protrude into the aisles or encroach upon neighboring exhibits. All materials must be contained within the booth and may not be posted or distributed anywhere in the show facilities.
- Show Management reserves the right to remove any exhibit, at the expense of the exhibitor, if the display does not meet the specifications set forth in this manual.
- If an exhibit interferes with the rights of other exhibitors or does not conform to prevailing standards of good taste, Show Management may require immediate changes.
- Except where noted, all exhibits must be completely installed by 3 p.m. on January 4, 2006.
- No live animals are permitted under any circumstances.
- No balloons of any type (including helium or motor operated) are permitted.
- No stickers of any type are allowed on property.
- Any exhibitor who begins to dismantle or pack part of the exhibit before the close of the show may lose priority points or be denied participation in future shows.
- All exhibits must be freestanding and self-supporting. Booth configurations cannot be designed to obstruct the view of nearby exhibits, exits or doorways.
- Booths at the LVCC and Sands must be fully carpeted or have other professional floor covering installed. Booths lacking carpet by 3 p.m. on January 4 will have carpet installed at the exhibitor's expense.
- Flammable or combustible liquids are prohibited inside of buildings, except as approved by the LVCC Office of Fire and Safety. Flammable thinners, solvents and paints, including aerosol cans, are strictly prohibited within the building. Touch up spray painting is not permitted within any LVCC exhibit hall. At the Sands, special permits are required by the Clark County Fire Department for the use or storage of flammable liquids, compressed gases or dangerous chemicals.
- All hazardous materials brought into the facility must be accompanied by the applicable MSDS (Materials Safety Data Sheet) and must be produced upon request. The exhibitor is responsible for the handling and removal of hazardous materials used in the operation of the show in accordance with the latest Environmental Protection Agency regulations in effect at the time of the event. Arrangements must be made in advance for disposal. Disposal of hazardous waste is prohibited in the sewer lines or drains of the facility.
- Pyrotechnics within the general exhibit space by exhibiting companies is strictly prohibited by the Clark County Fire Department, the LVCC, and the Sands.
- Projection booths must be ventilated at the ceiling and provided with an approved smoke detector. No storage is allowed in these areas.

**Floor Load Limits**

- At the LVCC, the floor load limit is 175 pounds per square foot in the Central 3 Concourse and 300 pounds per square foot in Halls S3 adn S4. All other exhibit areas have no limit to their floor load.
- At the Sands, the floor load is 250 pounds per square foot.

[back to top]

**Outdoor Individual Exhibit Regulations at the LVCC**

- A permit is required from the Clark Country Fire Department (CCFD) in order to erect or operate an air supported temporary membrane structure or tent having an area in excess of 200 sq. ft. or a canopy in excess of 400 sq. ft. A canopy is defined as a temporary structure, fabric or pliable material supported by any means except air of the contents it protects and is open without sidewalls on 75% or more of it's perimeter. The current fee for a permit is $60, payable to CCFD.
- Temporary structures must meet County and State codes as they apply to temporary structures.
- Upon arrival to the CES Central Plaza outdoor exhibit space, your space will be marked out with cones or chalk according to the dimensions contracted. Please check the target map for your move-in schedule.
- Booths that will have tents, pavilions, trailers or sprung structures must be on a 20' wide aisle.
- Fire apparatus access points must have a minimum unobstructed vertical clearance of 13' 6".
- Installation and dismantling of tower cranes require a 300-foot clear zone. It is recommend that tower cranes not be installed within 300' of Desert Inn Road and Paradise Road.
- All vehicles must remain in place until the close of show. No in or out privileges apply.
- Any events taking place at your display before or after official show hours must be approved by the CES Operations Department. If you are interested in holding an event in your booth before or after official show hours, please send your request to the CES Operations Department at CESops@CE.org. Official paperwork and details will be sent to you.
- Outdoor security is limited. CES strongly recommends making your own arrangements for supplemental or overnight needs.
- A maximum noise level of 85 dB will be maintained in outdoor exhibits, a standard which is endorsed by the International Association of Exposition Mangers (IAEM). For more detail on this rule, please refer to the Sound Restrictions section.
- Any floating inflatable decorations must be lowered and secured every night due to strong wind conditions that frequently occur in Las Vegas.
- Dismantling of your display should follow the same schedule as noted in the Installation & Dismantling section.
- All rules and regulations found within this section and throughout the manual will also apply to outdoor exhibits.

For questions or further information, contact the Security Department, Office of Fire Protection and Safety at (702) 892-7400.

[back to top]

**Hanging Sign Regulations, Approval & Deadlines**

**All hanging sign requests must be submitted to GES Exposition Services by DECEMBER 16, 2004.**

**There is no limit as to the quantity or size of hanging signs allowed in island or peninsula booths.** Island and peninsula exhibitors may utilize their space as they wish, as long as the height restriction and other hanging sign rules are maintained.

**Hanging signs are not permitted in the following areas:**

- in booths 10' or less in depth or those under 400 square feet
- in any meeting room at the LVCC, Hilton or Sands
- in the Hilton Ballroom

- Due to weight restrictions and limited hanging points (noted below), hanging signs are limited in some areas of the LVCC Central 2 Hall, Sands, and the Hilton Center

**All hanging signs must adhere to the following regulations:**

- The height of the hanging sign from the floor to the top of the sign may not exceed the following height limits. Due to the fixed height of ceilings, the following height restrictions are not subject to variances:

    | | |
    |---|---|
    | LVCC North Halls 1, 2, 3, 4 (booths 100-6,999) | 30' |
    | LVCC Central 1.2 (booths 7,000-9,700) | 20' |
    | LVCC Central 3,4,5 (booths 9,800-15,999) | 30' |
    | LVCC South Halls 1, 2, 3, 4 (booths 20,000-39,999) | 22' |
    | Sands (Booths 70,000-72,999) | 25' |
    | Hilton Pavilion and Center (No hanging sings permitted in Ballroom) | 20' |

- Use the following table for maximum hanging sign weight in relation to booth size (all are subject to GES or SES approval):

    | | |
    |---|---|
    | LVCC | 1,500 lbs. |
    | Hilton | 1,500 lbs. |
    | Sands | 1,500 lbs. |

- All LVCC hanging sign requests are subject to approval by GES, Sands by GES and SES (Specialized Event Services), and Hilton by Encore Productions.
- Show Management, GES, SES, and Encore Productions reserves the right to reject hanging signs where there is excess of weight or if construction/design is deemed to be unsafe.
- Flashing chaser lights are not permitted on hanging signs.
- Laser logos may not be projected outside of an exhibiting booth.

**LVCC Hanging Sign Approval & Deadlines**

Hanging signs displayed in the **LVCC** must be approved in advance by GES Exposition Services and submitted with the Hanging Sign order form.

- Two blueprints or drawings with detailed dimensions and a certified weight bill (if sign exceeds 100 lbs.) must be submitted to GES by **December 7, 2005**.
- All hanging sign requests must be submitted to GES Exposition Services by **December 7, 2006**.
- All hanging signs must be received at the GES advance warehouse by December 16, 2005 to receive the advance rates.
- Questions? Contact Steve Williams with GES at (702) 515-5716 or e-mail swilliams@GES.com

**Sands Hanging Sign Approval and Deadlines**

Hanging signs, in excess of 200 pounds or any sign that requires electrical, displayed in the Sands must be approved in advance by Specialized Event Services (SES) and submitted with the Rigging/Hanging Sign order form located in the SES Services Brochure, which can be found in the **Sands Utilities** section.

Hanging signs, weighing less than 200 pounds and NOT requiring electrical, displayed in the Sands must be approved in advance by GES and submitted with GES' Hanging Sign/Truss order form located in the **GES Order Forms** section.

- Two blueprints or drawings with detailed dimensions and a certified weight bill (if sign exceeds 100 lbs.) must be submitted to GES by December 7, 2005.
- If you are having GES hang your sign, requests must be submitted to GES by December 7, 2005 (to receive the advance rate). NOTE: GES can only hang signs that are 200 lbs or less and non-electrical.
- If you are having Specialized Event Services (SES) hang your sign, requests must be submitted to SES by December 15, 2005 (along with full payment) to receive the advance rate. NOTE: SES must hang all signs in excess of 200 lbs or any sign that requires electric.
- Questions? Contact SES at (702) 732-5644 or via e-mail at rigging@SandsEXPO.com.

**Hilton Hanging Sign Approval and Deadlines**

Hanging signs displayed in the Hilton Pavilion or Center must be approved by Encore Productions in advance and submitted with the hanging sign order form located in the section titled Supplemental Services Order Forms. No hanging signs are permitted in the Hilton Ballroom.

- Two blueprints or drawings with detailed dimensions and a certified weight bill (if sign exceeds 100 lbs.) must be submitted to GES by December 7, 2005.
- Hanging sign requests must be submitted to Encore Productions by December 7, 2005.
- Questions? Contact Trisha Allred with Encore Productions at (702) 732-5644 or e-mail her at tallred@encoreproductions.net.
- All hanging signs must be received at the GES advance warehouse by December 16, 2005 to receive advance rate.

[back to top]

### Tower Guidelines

**What is a tower?** A Tower is a freestanding exhibit component separate from the main exhibit frame.

**How can I use it?** Towers can be an integral part of your booth or a structure on which to place a sign.

**Please Note:**

- Towers are only permitted in peninsula and island booths!
- Towers are NOT permitted to rise above booth height limit.
- Towers in excess of 8' must have blue prints or drawings available for inspection.

**All towers must adhere to the following guidelines:**

- The maximum tower height allowed is as follows:

| | |
|---|---|
| LVCC North Halls 1, 2, 3, 4 (booths 100-6,999) | 30' |
| LVCC Central Halls 1, 2 (booths 7,000-9,700) | 20' |
| LVCC Central 3, 4, 5 (booths 9,800-15,999) | 30' |
| LVCC South 1, 2, 3, 4 (booths 20,000-39,999) | 22' |
| Sands (booths 70,000-72,999) | 25' |
| Hilton Pavilion and Center (booths 49,000-61,100) | 20'* |

  (*Ceiling height varies in the Hilton Ballroom. A separate mailing will be sent to Hilton Ballroom exhibitors with exact heights.)

- Towers exceeding maximum booth heights are not permitted in exhibits under 400 square feet. The base may be solid from the floor to the maximum booth height. The remaining structure must be modular and constructed out of material that is 2' or less in width to maintain "see-through" visibility.
- There is no limit as to the quantity or size of towers allowed in island booths. Island exhibitors may utilize their space as they wish, as long as the tower guidelines and height restrictions are maintained.
- The maximum width of a tower base is 4', and may not extend the 4' over the maximum booth height limit (see above table).
- If a tower is used as a sign base, the sign must conform to the following specifications:
    1. The bottom of a sign attached to the tower must be 2' above all booth construction. Dimensions with sign must meet those indicated under "Hanging Signs".
    2. Signs in booths over 400 square feet cannot exceed 4', top to bottom in height.
    3. Rotation of sign is acceptable, however, flashing chaser lights are not permitted on signs.
    4. The top of the tower cannot extend beyond the point where set back begins.
- Tower set back must be in accordance with the following formula:

| Size of Booth | Set Back Into Booth |
|---|---|
| 400-900 sq. ft. | 4' |
| 901-1600 sq. ft. | 5' |

| | |
|---|---|
| 1601-2500 sq. ft. | 6' |
| 2501-3600 sq. ft. | 7' |
| 3601 sq. ft and over | 8' |

[back to top]

### Double Decker or Covered Booths

All Upper Deck or Covered Booths (double-decker) and single level booths with enclosed rooms or ceilings MUST submit floor plans by November 1, 2005 for Fire Marshal approval. A copy of the plans and structural integrity must be available on-site.

**LVCC Exhibitors:** Please refer to the **LVCVA Guidelines** for double deck and/or covered exhibits.

**Sands Exhibitors:** Please refer to the **Clark County Fire Department Guidelines** for double deck and/or covered exhibits.

Questions regarding what is acceptable in the design of your upper deck or covered areas should be directed to the Office of Fire and Safety as follows:

| Las Vegas Convention Center: | Sands and Las Vegas Hilton: |
|---|---|
| Mike Massey, Fire & Safety Coordinator | Clark County Fire Department |
| Las Vegas Convention Center | Fire Prevention Bureau |
| 3150 Paradise Road | 575 E. Flamingo Road |
| Las Vegas, NV 89109 | Las Vegas, NV 89119 |
| phone: (702) 892-7413 | phone: (702) 455-7311 |
| fax: (702) 892-7671 | fax: (702) 455-7347 |
| e-mail: mmassey@lvcva.com | |

[back to top]

### Fire and Safety Regulations

**LVCC Exhibitors**
Please refer to the **LVCVA Fire Safety Exhibit Guidelines**. For questions or further information, contact the Security Department, Office of Fire Protection and Safety at (702) 892-7400.

**Sands Exhibitors**
Please refer to the **Clark County Fire Safety Exhibit Guidelines**. For questions or further information, contact the Clark County Fire Department at (702) 455-7311.

**Hilton Exhibitors**
Please refer to the **Las Vegas Hilton's Fire and Safety Regulations**. For questions or further information, contact the Clark Countrry Fire Department at (702) 455-7311.

[back to top]

### Union Jurisdictions/Exhibitor Rights

Full-time personnel of an exhibiting company may perform booth construction activities and set-up of product with the following exceptions:

**Teamsters**

- GES is the sole provider and operator of all motorized vehicles and equipment. The exception to this is at the Sands where electrical forklifts are handled by SES.
- Teamsters control GES-consigned freight, banners (LVCC only) and decorating.
- Teamsters assemble and hang non-electrical signs. Note: SES is responsible for all non-electrical signs over 200 lbs. at the Sands.

### Electricians

- Electricians do electrical work, electrical sign hanging, and lighting without dimmers.
- Electricians always hang electrical hanging signs including rotating and header.
- Electricians distribute power from the source to the booth floor. Exhibitors may plug-in their equipment into the one (1) 20A/120VAC receptacle provided per booth. An electrician must be called for any increase in electrical service. Exhibitors may hang up to four (4) small clip-on lights per booth. The Sands will not allow exhibitors to hang their own clip lights unless they are doing all of their own work which means that they do not bring in any union labor for anything.
- Electricians must be called for distribution of power in excess of 20A/120VAC per booth, all power above 208 VAC, and all concealed and under carpet wiring.
- Electricians hoist teamster-assembled signs weighting 300 lbs. or greater at LVCC and 200 lbs. or greater at the Sands.

### Stagehands

- Stagehands handle theatrical lighting, production, related rigging, and audio-visual equipment.

### Exhibitors

- Exhibitors may hand carry if contained to one (1) trip. Use of dollies are not permitted other than small, two-wheel luggage type.
- Exhibitor's full-time personnel may place their own product.
- Exhibitors choosing to use full-time company personnel must notify International CES in writing in accordance with Show Management policy and must furnish proof of insurance, both general liability and worker's compensation insurance.
- Exhibitors may use small power tools such as drills and electric screwdrivers.

### Truss Guidelines

- Ground-supported, stand alone, whose sole purpose is overhead electrical is to be installed and removed by the electricians.
- Suspended trusses with motorized hoists and non-dimmable and non-programmable lights are electrician's work.
- Ground-supported in meeting rooms and the show floor when there are no electrical devices attached and when trusses are mixed purposes are teamster's work.
- Suspended trusses with or without legs, that contains dimmable or programmable lighting, studio or motion picture lighting, sound system projectors, video wall, special effects equipment, and laser lighting is to be installed and removed by the stagehands. If the above list of equipment is not present on the truss, then it is either teamster or electrician's work as stated above.
- Meeting room ground-supported truss with stagehand's equipment is stagehand's responsibility.
- At the Sands, all assembly and hanging of truss and lighting systems is handled by SES.

This is a brief guide to common labor situations. LVCC exhibitors: contact the GES Exhibitor Service Center at (800) 475-2098 or via e-mail at servicenter@GES.com, or TSE at (702) 450-4300 for additional guidance in unusual situations. Sands exhibitors: contact Specialized Event Services (SES) at (702) 733-5070.

[back to top]

### Cash and Carry Prohibited

- **CES policy prohibits over-the-counter sales (i.e.: cash, check, or credit card).**
- **Only bona fide business orders for future delivery are permitted.**

- **CES reserves the right to close down booths in violation of this regulation.**

CES Show Management and representatives from the Clark County Business License office will be walking the show floors on show days looking for exhibitors violating this policy. Should any exhibitors be found in violation of this policy, CES Show Management will take the proper steps to shut down the exhibitor's booth immediately. **This action will be strictly enforced at the 2006 event.**

Please be sure to share this information with those staffing your booth on-site. We appreciate your attention to the serious nature of this policy, and ask all exhibitors to adhere to this important regulation.

[back to top]

## Good Neighbor Policy

Any exhibitor using audio or video content in their booth for the purpose of demonstrating equipment or otherwise hereby agrees that such content shall be appropriate for a general audience, and agrees to refrain from using content that may be considered offensive to such an audience.

In the event of a complaint from any person regarding the content used by an exhibitor, CEA will investigate and if, in the sole discretion of CEA, such content is determined to be offensive, exhibitor agrees to cease using such content. In the event the exhibitor refuses CEA's request, or a subsequent complaint is filed against the same exhibitor, CEA reserves the right to shut off the power to exhibitor's booth until the exhibitor complies with CEA's request. Repeated violations of this policy can, at CEA's discretion, result in expulsion from the show.

**NEW THIS YEAR!**
Attention Island Booths - When having your booth designed, we ask that you "be a good neighbor," consider the smaller booths around you and not severely block or obstruct their display. Please refer to a floor plan for the specific layout of your area on the show floor.

[back to top]

## Product Demonstrations

Product demonstrations are permitted. Please abide by the following regulations:

- A maximum noise level of 85 dB will be maintained on the exhibit floor, a standard which is endorsed by the International Association of Exposition Managers (IAEM).
- In booths 10' deep, the demonstration must be set back a minimum of 3' into the booth. For booths greater than 10' in depth, the demonstration must be set back a minimum of 10'. This allows room for the viewing attendees to be contained within the booth limits.
- CES has instituted a "No Tolerance" policy. Demonstrations found to be objectionable due to noise level or vibration level (dB or SPL) or blocking traffic flow may be closed down at the discretion of Show Management.
- Exhibitors shall be responsible for supervising the actions of all visitors and employees operating display equipment in their area.
- All product demonstrations must be contained wholly within the purchased exhibit space.

[back to top]

## Booth Activity / Crowd Control

As a matter of safety and courtesy to others, booth demonstrations must be confined within the exhibit space so as not to interfere with traffic flow in the show aisles or encroach into neighboring exhibits. Booth activity includes sales presentations, product demonstrations, entertainment, celebrity appearances, etc. Exhibitors must contract sufficient space in order to comply with this rule.

If you are planning any type of booth activity for which you anticipate the gathering of a large crowd, you are responsible to assign booth personnel and/or hire security guards to manage crowd control and keep the aisles and neighboring exhibits clear. Show management reserves the right to determine whether excessive crowds are in violation of this rule, and if so, will hire security to manage crowd control at the exhibitor's expense.

[back to top]

## Performance of Music or Video

If any copyrighted music is to be played at your display, you must obtain the necessary licenses from the copyright owner or licensing agency representing the copyright owner.

Music or video being played for the sole purpose of demonstrating a product (speakers, plasma screens, headphones, etc.) is permissible without a license.

Licensing is required when music or video is being played for entertainment purposes (live or recording such as CDs or DVDs). The proper license must be posted in your booth and available for inspection at the request of CES Show Management or authorized agents of the American Society of Composers, Authors and Publishers (ASCAP) or Broadcast Music, Inc. (BMI).

We advise you contact these agencies as listed below to acquire proper licenses:

| ASCAP General Licensing | BMI General Licensing |
|---|---|
| phone: (800) 505-4052 | phone: (800) 925-8451 or (615) 401-2000 |
| Or visit: http://www.ascap.com/ | Or visit: http://www.bmi.com/ |

The Consumer Electronics Association, producer of the International CES, does not have a license, therefore exhibitors are responsible for obtaining their own licensing.

Adherence to these federally mandated copyright licensing laws is of critical importance. Please take a few minutes to ensure a hassle-free event by acquiring the proper licenses. If you encounter any difficulty with either ASCAP or BMI in your attempt to obtain a license, please contact us immediately.

[back to top]

## FCC Requirements

Most electronic equipment that uses radio frequency energy, must meet Federal Communications Commission (FCC) regulations limiting such emissions and must receive a grant of the appropriate equipment authorization from the FCC prior to being manufactured, imported or marketed. Equipment requiring such an authorization, which is displayed at the 2004 International CES, must either have already received the necessary FCC authorization or must be accompanied by the following notice conspicuously displayed:

> "This device has not been approved by the Federal Communications Commission. This device is not, and may not be, offered for sale or lease, or sold or leased until the approval of the FCC has been obtained."

Radio frequency devices that could not be granted an equipment authorization or operated legally, may not be advertised, displayed or sold. Failure to follow these guidelines, as well as other appropriate FCC rules, is a violation of federal law (47 U.S.C. Section 302(b)). It is anticipated that FCC investigators will attend CES looking for such violations

For further information regarding the types of equipment that require FCC authorization, see the FCC Rules at 47CFR Section 2.803, or contact the FCC Laboratory headquarters at (301) 362-3000 or visit them online at www.FCC.gov

[back to top]

**Sound Restrictions**

A maximum noise level of 85 dB will be maintained on the exhibit floor, a standard which is endorsed by the International Association of Exposition Managers (IAEM).

The International CES noise abatement policy is as follows:

- Exhibitors demonstrating audio equipment in an open display should use a sound chamber or acoustically contained area to keep the sound level from intruding on any adjacent exhibits. Loudspeakers of any kind must be directed toward the interior of the demonstrator's exhibit space. Speakers may not face aisles or other exhibitors' booths.
- When demonstrating audio equipment within an enclosed demonstration room, position subwoofers away from walls that abut neighboring exhibitors. Sonic vibration and SPL nuisance complaints will be acted upon by CES Operationst; if situations are not rectified by the offending party, CES Operations reserves the right to shut down exhibits.
- While demonstrating audio equipment contained in a vehicle on display in the exhibit area, the vehicle's doors and windows must be closed.
- Demonstrations found to be objectionable due to noise or sound pressure/vibration level will be closed down.
- Exhibitors shall be responsible for supervising the actions of employees, visitors or spectators testing display equipment located in their exhibit area. Exhibitors must make every effort to respond to neighboring exhibitors' complaints concerning noise, sound and/or vibration nuisances.

CES Operations will intervene if necessary, and reserves the right to shut down exhibits deemed objectionable. Floor managers in each show location will rove through the exhibit areas monitoring the decibel level during show hours. Measurements will be taken at a distance no greater than 10' from the offending display. After measuring the continuous emission of a decibel level of greater than 85 dB, following a complaint being registered by either a spectator, a neighboring exhibitor or personal observation by a roving designate, the following will be strictly enforced as follows:

**FIRST WARNING:**

- Violating exhibitor will be given a written notification of the warning.
- Booth power may be turned off for one hour.

**SECOND WARNING:**

- Violating exhibitor will be given a written notification of the 2nd warning.
- Booth power may be turned off for one day.

**THIRD WARNING (FINAL):**

- Violating exhibitor will be given a written notification of the 3rd warning.
- Up to five (5) priority points will be deducted from the exhibitor.

[back to top]

**Lighting Restrictions**

- Due to weight and power restrictions, truss lighting is limited in some exhibit areas.
- Neon is acceptable so long as it is in accordance with local neon regulations.
- Small flashing-chaser lights are permitted in a booth to a maximum height of 8'.
- Strobe, rotating and garish neon lighting are not permitted.
- Lighting should be directed to the inner confines of the booth space and not project onto other exhibits or show aisles.

### LVCC Halogen Lighting Policy

In a move to ensure the safety of building customers at the Las Vegas Convention Center, the building has placed a ban on certain halogen lamps. Halogen lamps are limited to 75 watts and must be of the sealed variety, which prevents direct handling of the bulb. The ban became effective January 1, 2003.

For further details on halogen lighting and examples of what is and is not permitted, please refer to the **LVCC Policy on Halogen Lighting** in the following pages.

Please note that the Halogen Lighting policy was established by the LVCVA, however we encourage Sands exhibitors to follow these guidelines, as well, for your safety and the safety of others.

[back to top]

### Photography Regulations

The International CES will allow cameras on the show floor. However, media are required to obtain passes/stickers for their camera equipment. Exhibitors and attendees may take pictures within the show for purposes of company or annual reports, company media pieces, marketing materials, etc. Under no circumstances will anyone be permitted to take pictures of an exhibitor's product without permission of the exhibitor. Many products on display at CES are innovative, one-of-a-kind or prototype items. Exhibitors have the right to report to security any instance of inappropriate photographing of company products or displays.

[back to top]

### Age Restrictions To Exhibit Hall

No one under the age of 16 is permitted in the exhibit hall at any time without signing a liability waiver and obtaining a child wristband for $25.00 per day, from the registration area.

[back to top]

### Equipment/Product Removal Pass

**Product may be removed from the exhibit floor with a merchandise pass beginning one hour before show closing.** A maximum of five merchandise passes are available only to exhibitors who present the proper exhibitor credentials and personal identification. Merchandise passes are available at CES Floor Manager counters located throughout the exhibit halls.

Only exhibitors, manufacturers and manufacturers' representatives will be permitted to remove merchandise from the show location with the proper pass.

If you are leaving your display with a local retailer, it should be shipped out as freight or hand carried after the close of the show on Sunday, January 8 at 4 p.m. and 3 p.m. at the Sands.

[back to top]

### Late Work Permits

Installation and dismantle hours are from 7:30 a.m. - 7 p.m. Should you require access to the exhibit hall outside these hours, you must obtain prior approval and Late Work Permits from the Floor Manager in the appropriate show location by 2:30 p.m. the day the late work is to occur, and every late-work day thereafter.

NOTE: Except for late move-in (January 4) exhibitors, exhibit set-up must be complete by 3:00 p.m. on January 4. No exceptions will be allowed.

[back to top]

## Food & Beverages

The LVCC, Sands and the Las Vegas Hilton have catering services that must be used for all in-house food and beverage; this includes water bottles and food items with your company name or other logo. **Exclusive contracts prohibit food and beverage from being supplied by an outside vendor.**

Exhibitors planning to distribute food items from their booth (other than candy, fortune cookies, etc.) must have prior approval from both CES Operations and the catering service at their show location. Please contact the appropriate show location via the Official Contractor Listing found in the Key Contact Info section.

[back to top]

## Raffles / Games Of Chance

**Raffles ARE allowed within your booth.** However, Nevada state law prohibits them if money is involved. Exhibitors considering a raffle, game of chance or the use of a slot machine in their booth should contact the Nevada Gaming Control Board at (702) 486-2000.

[back to top]

## Literature Disbursements, Giveaways, Surveys

Literature, samples and giveaways must be disbursed from within your booth. Surveys may not be conducted outside of your booth. Corporate greeter sponsorships are available; call Liz Tardif with CES Sponsorship Opportunities at (401) 849-9300.

**No "stick-on" decals** or other similar adhesive backed promotional items may be distributed or used in the exhibit facilities.

**No balloons of any kind may be used for giveaway.** Any damage to the show locations caused by such unauthorized giveaways will be paid for by the party responsible.

[back to top]

## Americans With Disabilities Act

Exhibitors acknowledge their responsibility under the "Americans With Disabilities Act" (ADA) to make their booth accessible to handicapped persons. Exhibitors shall indemnify and hold harmless CEA, CES, and the show locations against cost, expense, liability or damage which may be incident to, arise out of or be caused by Exhibitor's failure to have their booth comply with requirements under the ADA.

Information and arrangements for transportation can be made by contacting CMAC at (401) 826-4100 or on-site by contacting their office or CES Operations.

[back to top]