## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V., a Netherlands corporation,<br><br>        Plaintiff(s),<br><br>    vs.<br><br>KXD TECHNOLOGY, INC, *et al.*,<br><br>        Defendant(s). | 2:05-cv-1532-RLH-GWF<br><br>**O R D E R** |

Before this Court is the Order & Findings and Recommendation of United States Magistrate Judge (#969, filed January 22, 2009), entered by the Honorable George W. Foley, regarding Harmon & Davies, P.C.'s Motion to Withdraw as Counsel of Record for Defendants Amoi Electronics, Inc., Amoi Electronics Co., Ltd., and Amoi Electroinics, Ltd and to Adjudicate Attorney's Lien (#967). No objection was filed to Magistrate Judge Foley's Order & Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-1 or 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-1 and 3-2 and determines that the Order is not clearly erroneous or contrary to law and should be affirmed, and the Findings and Recommendation of Magistrate Judge should be accepted and adopted.

/ / / /

1

1    IT IS THEREFORE ORDERED that Magistrate Judge Foleys's Order & Findings
2    and Recommendation (#969) AFFIRMED and ACCEPTED and ADOPTED, counsel's Motion to
3    Withdraw (#967) is granted as stated therein.
4    IT IS FURTHER ORDERED that counsel's Motion to Adjudicate Attorney's Lien
5    (#967) is denied.
6    Dated:   February 17, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**

2