UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS NV<br><br>Plaintiff(s),<br><br>VS.<br><br>KXD TECHNOLOGY, INC. ET AL<br><br>Defendant(s), | 2:05-CV-1532-RLH-GWF |

**ORDER FOR DESTRUCTION OF EXHIBITS**

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: January 27, 2011.

_____
**U.S. DISTRICT JUDGE**